Michael C. Ormsby
United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 03 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-0075-LRS |
| Plaintiff, | INDICTMENT |
| vs. | Vio: 26 U.S.C. § 5861(f) |
| JOSEPH JEFFREY BRICE, | Manufacturing an Unregistered Firearm |
| Defendant. | |

The Grand Jury Charges:

That on or about April 18, 2010, in the Eastern District of Washington, the Defendant, JOSEPH JEFFREY BRICE, knowingly made a firearm, to wit: an explosive bomb which is a destructive device as defined pursuant to 26 U.S.C. § 5845(a)(8), (f)(1)(A), in violation of 26 U.S.C. § 5861(f).

DATED this 3rd day of May, 2011.

A TRUE BILL

*[signature]*

*[signature]*
Michael C. Ormsby
United States Attorney

*[signature]*
Russell E. Smoot
Assistant United States Attorney

INDICTMENT
PJ0502RC RSA.wpd