RETURN TO CLERK USDC
P.O. BOX 1493
SPOKANE, WA 99210

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br><br>**JOSEPH JEFFREY BRICE**<br>_Defendant_ | Case No. **CR-11-75-LRS-1**<br><br>FILED IN THE<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON<br><br>MAY 12 2011<br><br>JAMES R. LARSEN, CLERK<br>_____ DEPUTY<br>SPOKANE, WASHINGTON |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   **JOSEPH JEFFREY BRICE**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
   26 USC 5861(f) MANUFACTURING AN UNREGISTERED FIREARM

JAMES R. LARSEN, CLERK, U.S. DISTRICT COURT

Date: May 4, 2011             By: _[signature]_
                                 Deputy Clerk

City and state:  Spokane, Washington          **BAIL FIXED AT: AUSA SEEKS DETENTION**
**BY HONORABLE:** MAGISTRATE JUDGE CYNTHIA IMBROGNO

### Return

This warrant was received on (date) 5/4/2011, and the person was arrested on (date) 5/9/2011
at (city and state) Spokane, WA                    within the E/WA

Date: _____      (Agency) FBI
                            Executed on 5/9/2011
                            Sign: _[signature]_
                            _Arresting officer's signature_
                            _Printed name and title_