1  Michael C. Ormsby
   United States Attorney
2  Eastern District of Washington
   Russell E. Smoot
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
5

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 21 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

6              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
7

8                                          )
                                           )    11-CR-00075-LRS
9  UNITED STATES OF AMERICA,               )
                                           )    SUPERSEDING INDICTMENT
10             Plaintiff,                  )
                                           )    Vio: 26 U.S.C. § 5861(f)
11       vs.                               )         Manufacturing an Unregistered
                                           )         Firearm (Count 1)
12                                         )
   JOSEPH JEFFEREY BRICE,                  )    18 U.S.C. §§ 842(p)(2) and
13                                         )    844(a)(2)
               Defendant.                  )    Distribution of Information
14                                         )    Relating to Explosives,
                                           )    Destructive Devices, and
15                                         )    Weapons of Mass Destruction
                                           )    (Count 2)
16                                         )
                                           )    18 U.S.C. § 2339A(a), (b)(1-3)
17                                         )    Attempt to Provide Material
                                           )    Support to Terrorists (Count 3)
18                                         )

19

20       The Grand Jury Charges:

21                      COUNT ONE

22       That on or about April 18, 2010, in the Eastern District of Washington, the

23  Defendant, JOSEPH JEFFEREY BRICE, knowingly made a firearm, to wit: a

24  destructive device as defined pursuant to 26 U.S.C. § 5845(a)(8), (f)(1)(A), in

25  violation of 26 U.S.C. §§ 5822, 5861(f), 5871, and 18 U.S.C. § 921(a)(4).

26

27

28

SUPERSEDING INDICTMENT - 1
6-21-11 Brice Superseding Indictment.wpd

## COUNT TWO

That on or about May 8, 2011, in the Eastern District of Washington, the Defendant, JOSEPH JEFFEREY BRICE, did knowingly distribute to another person information pertaining to, in whole or in part, the manufacture or use of an explosive, a destructive device, or a weapon of mass destruction, specifically an Acetone Peroxide Ammonium Nitrate ("APAN") explosive, with the knowledge that the teaching, demonstration, and information would be used for, or in furtherance of, an activity that constitutes a Federal crime of violence, including 18 U.S.C. § 2332a (use of weapons of mass destruction), in violation of 18 U.S.C. §§ 842(p)(2)(A) and 844(a)(2).

## COUNT THREE

That on or about December 21, 2010, and continuing through on or about May 8, 2011, in the Eastern District of Washington, the Defendant, JOSEPH JEFFREY BRICE, did attempt to provide material support or resources, in the form of "training," defined as "instruction or teaching designed to impart a specific skill," and "expert advice or assistance," defined as "advice or assistance derived from scientific, technical or other specialized knowledge," knowing and intending that such "training" and "expert advice and assistance" were to be used in the preparation for, or in carrying out the specified Federal offenses, to wit: the use, threatened use, or attempted use of a weapon of mass destruction against any person or property which would have affected interstate commerce, in violation of 18 U.S.C. § 2332a(a)(2) (use of weapons of mass destruction); all in violation of 18 U.S.C. § 2339A(a).

DATED this 21st day of June, 2011.

A TRUE BILL

Michael C. Ormsby
United States Attorney

Russell E. Smoot
Assistant United States Attorney

SUPERSEDING INDICTMENT - 3
6-21-11 Brice Superseding Indictment.wpd