Matthew Campbell
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R. SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH JEFFREY BRICE, ) <br> ) <br> Defendant. ) | CR-11-075-LRS <br><br> SUPPLEMENT TO MOTION <br> FOR TEMPORARY RELEASE |

This Supplement is submitted pursuant to the Court's Order of November 28, 2011. It is based on the files and records herein and the annexed declaration of Matthew Campbell.

Dated:     November 23, 2011

            Respectfully Submitted,

            s/ Matthew Campbell
            WA 38696
            Attorneys for BRICE
            Federal Defenders of
            Eastern Washington and Idaho
            10 North Post, Suite 700
            Spokane, Washington 99201
            Telephone: (509) 624-7606

Fax: (509) 747-3539
Email: Matt_Campbell@fd.org

I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

1. I spoke with staff at Dr. Allen's office on November 28, 2011.

2. After checking their records, staff informed me that Dr. Allen saw Joey Brice on April 19, 2011.

3. They stated that Joey had been referred to Dr. Allen from other physicians.

I hereby declare under penalty of perjury, that the foregoing is true and correct. Executed this 28th day of November, 2011, at Spokane, Washington.

s/Matthew Campbell

Matthew Campbell
Federal Defenders of Eastern Washington & Idaho

SUPPLEMENT TO MOTION
FOR TEMPORARY RELEASE                2

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Russel E. Smoot, Assistant United States Attorney.

    s/ Matthew Campbell
    WA 38696
    Attorneys for BRICE
    Federal Defenders of
    Eastern Washington and Idaho
    10 North Post, Suite 700
    Spokane, Washington 99201
    Telephone: (509) 624-7606
    Fax: (509) 747-3539
    Email: Matt_Campbell@fd.org