```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )    No. CR-11-075-LRS
              Plaintiff,       )
                               )    ORDER FOLLOWING
v.                             )    STATUS CONFERENCE
                               )
JOSEPH JEFFREY BRICE,          )
                               )
              Defendant.       )
                               )
```

Defendant shall voluntary surrender to the U.S. Marshal on January 10, 2012, at the Spokane County Jail. The parties do not request another status conference.

**IT IS SO ORDERED.**

DATED December 19, 2011.

                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING STATUS CONFERENCE - 1