UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-075-LRS |
| Plaintiff, | ) | |
| | ) | ORDER DENYING DEFENDANT'S |
| v. | ) | MOTION FOR RECONSIDERATION |
| | ) | OF DETENTION |
| JOSEPH JEFFREY BRICE, | ) | |
| | ) | ☑ MOTION DENIED |
| Defendant. | ) | **(Ct. Rec. 113** |
| | ) | |

Date of bail review hearing: **January 13, 2012.**

☐ Insufficient information presented to reasonably assure Defendant's future appearance.

☑ There are no conditions or combination of conditions other than detention that will ensure the safety of the community.

**IT IS ORDERED** Defendant's Motion for release from custody (ECF No. 113) is **DENIED**. Defendant shall remain in the custody of the U.S. Marshal pending further order of the court.

DATED January 13, 2012.


                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE


ORDER DENYING DEFENDANT'S MOTION FOR
RECONSIDERATION OF DETENTION   1