Matthew Campbell
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) JOSEPH JEFFREY BRICE, ) ) Defendant. ) | CR-11-075-LRS<br><br>MOTION TO DISMISS FOR OUTRAGEOUS GOVERNMENT CONDUCT |

TO: MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
RUSSELL E. SMOOT, ASSISTANT UNITED STATES ATTORNEY

JOSEPH JEFFREY BRICE, through undersigned counsel, hereby moves to dismiss Counts Two and Three of the Superseding Indictment (E.C.F. No. 31) due to outrageous government conduct. This motion is based on the annexed Memorandum in Support, all pleadings and records on file in this matter, and any testimony and argument presented at a subsequent hearing on this motion.

Dated: December 1, 2011

MOTION TO DISMISS FOR
OUTRAGEOUS GOVERNMENT CONDUCT    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Respectfully Submitted,

s/ Matthew Campbell
WA 38696
Attorneys for BRICE
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Matt_Campbell@fd.org

MOTION TO DISMISS FOR
OUTRAGEOUS GOVERNMENT CONDUCT        2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Russel E. Smoot, Assistant United States Attorney.

        s/ Matthew Campbell
        WA 38696
        Attorneys for BRICE
        Federal Defenders of
        Eastern Washington and Idaho
        10 North Post, Suite 700
        Spokane, Washington 99201
        Telephone: (509) 624-7606
        Fax: (509) 747-3539
        Email: Matt_Campbell@fd.org