Matthew Campbell
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                   )<br>           Plaintiff,                    ) <br>                                                   )<br>   vs.                                        )<br>                                                   )<br>JOSEPH JEFFREY BRICE,        )<br>                                                   )<br>           Defendant.                  )<br>_____) | CR-11-075-LRS<br><br>MOTION FOR BILL OF PARTICULARS |

TO:  MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
       RUSSELL E. SMOOT, ASSISTANT UNITED STATES ATTORNEY

JOSEPH JEFFREY BRICE, through undersigned counsel, hereby moves for a bill of particulars in regard to Counts Two and Three. Those counts fail to provide sufficient notice of the crimes charged, thereby informing Mr. Brice if the nature and cause of the accusation against him. This motion is based on the annexed Memorandum in Support, all pleadings and records on file in this matter, and any testimony and argument presented at a subsequent hearing on this motion.

Dated:       December 20, 2011

MOTION FOR BILL OF PARTICULARS         1

Respectfully Submitted,

s/ Matthew Campbell
WA 38696
Attorneys for BRICE
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Matt_Campbell@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Russel E. Smoot, Assistant United States Attorney.

s/ Matthew Campbell
WA 38696
Attorneys for BRICE
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Matt_Campbell@fd.org

MOTION FOR BILL OF PARTICULARS        3