Matthew Campbell
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR-11-075-LRS |
| ) | |
| vs. ) | RENEWED MOTION FOR |
| ) | BILL OF PARTICULARS |
| JOSEPH JEFFREY BRICE, ) | |
| ) | |
| Defendant. ) | |

JOSEPH JEFFREY BRICE, through undersigned counsel, hereby renews his motion for a bill of particulars in regard to Count Three. Mr. Brice previously filed a motion for bill of particulars (ECF No. 164) and supporting memorandum. (ECF No. 165).

After a prior hearing, the Court "tentatively" denied the motion for bill of particulars in regard to Count Three without prejudice. The Court stated that the motion could be revisited if, after additional discovery, "Defendant has not learned enough of the charges against him to prepare for trial and to avoid surprise at trial."

//

//

RENEWED MOTION FOR
BILL OF PARTICULARS                    1

(ECF No. 173). Additional discovery and pleadings have not cured the defects in Count Three.

    This motion is based on the previously filed Motion for Bill of Particulars (ECF No. 164), the Memorandum in Support (ECF No. 165), all pleadings and records on file in this matter, argument presented at the previous hearing, and any testimony and argument presented at a subsequent hearing on this motion.

Dated:        March 1, 2012

                              Respectfully Submitted,

                              s/ Matthew Campbell
                              WA 38696
                              Attorneys for BRICE
                              Federal Defenders of
                              Eastern Washington and Idaho
                              10 North Post, Suite 700
                              Spokane, Washington 99201
                              Telephone: (509) 624-7606
                              Fax: (509) 747-3539
                              Email: Matt_Campbell@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Russell E. Smoot, Assistant United States Attorney.

>s/ Matthew Campbell
>WA 38696
>Attorneys for BRICE
>Federal Defenders of
>Eastern Washington and Idaho
>10 North Post, Suite 700
>Spokane, Washington 99201
>Telephone: (509) 624-7606
>Fax: (509) 747-3539
>Email: Matt_Campbell@fd.org