1  Matthew Campbell
   FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
2  10 North Post, Suite 700
   Spokane, Washington 99201
3  (509) 624-7606

4
   Attorneys for Defendant
5
                    UNITED STATES DISTRICT COURT
6                   EASTERN DISTRICT OF WASHINGTON
                      (HONORABLE LONNY R SUKO)
7

8  UNITED STATES OF AMERICA,   )
                               )
9         Plaintiff,           )   CR-11-075-LRS
                               )
10    vs.                      )   MOTION FOR EMERGENCY
                               )   HEARING RE: VIOLATION OF
11 JOSEPH JEFFREY BRICE,       )   ATTORNEY-CLIENT AND/OR
                               )   WORK-PRODUCT PRIVILEGE
12        Defendant.           )   AFFIDAVIT OF MATTHEW
                               )   CAMPBELL
13 _____)

14
       Mr. Brice, through undersigned counsel, hereby moves for an emergency
15
   hearing regarding violation(s) of attorney-client and/or work-product privilege.
16
   This motion is based upon the facts related in the attached Affidavit of Matthew
17
   Campbell.
18
       An emergency hearing is necessary because based on the facts recited in that
19
   Affidavit, it appears that the Government has violated attorney-client and/or work-
20
   product privileges, in violation of the Sixth Amendment. As discussed in the
21
   Affidavit, it appears that the Government seized materials from Mr. Brice's cell
22
   which included legal materials and documents protected from disclosure by
23

24
   MOTION FOR EMERGENCY HEARING
   RE: VIOLATION OF PRIVILEGE              1

attorney-client and/or work product privilege.

It may be possible to mitigate the damage caused by those violations if a hearing is held immediately. Absent a hearing, irrevocable damage may be done.

An emergency hearing is necessary in order to prevent the further violation of attorney-client privilege. The Ninth Circuit has determined that potential violations of attorney-client privilege may be dealt with at the earliest opportunity, implicitly recognizing that certain bells cannot be unrung. *See, e.g., Bittaker v. Woodford,* 331 F.3d 715, 716-18 (9th Cir.2003) (*en banc*) (allowing an interlocutory appeal of a protective order that precluded the use of privileged materials outside the context of a habeas petition for ineffective assistance of counsel, which petition required the waiver of the attorney-client privilege as to all communications with the allegedly ineffective counsel).[1]

The purposeful invasion of attorney-client and work product privileged materials can violate the Sixth Amendment by both communicating the defense strategy to the prosecution and tainting evidence. *See, e.g., United States v.*

---

[1] *Bittaker* cites approvingly *In re Ford Motor Co.*, 110 F.3d 954, 962-64 (3d Cir.1997) ("Appeal after final judgment cannot remedy the breach in confidentiality occasioned by erroneous disclosure of protected materials.... [T]he cat is already out of the bag.... [T]here is no way to unscramble the egg scrambled by the disclosure...."); *In re Cont'l Ill. Sec. Litig.,* 732 F.2d 1302, 1307-08 (7th Cir.1984) ("Once the Report was released, any error in releasing it would be impossible to correct.")

MOTION FOR EMERGENCY HEARING
RE: VIOLATION OF PRIVILEGE            2

1  *Danielson*, 325 F.3d 1054, 1067 (9th Cir.2003) (citing *Weatherford v. Bursey,* 429
2  U.S. 545, 558 (1977)).  Based upon the facts presently known, a hearing is
3  necessary to determine the scope of any violation of privilege, as well as to prevent
4  further violations from occurring.

6  **Conclusion**

7      For the reasons expressed herein, Mr. Brice respectfully requests that the
8  Court conduct an emergency hearing regarding the violation of attorney-client
9  and/or work product privilege.

11 Dated:  May 22, 2012

                                       Respectfully Submitted,
                                       s/ Matthew Campbell
                                       WA 38696
                                       Attorneys for BRICE
                                       Federal Defenders of
                                       Eastern Washington and Idaho
                                       10 North Post, Suite 700
                                       Spokane, Washington 99201
                                       Telephone: (509) 624-7606
                                       Fax: (509) 747-3539
                                       Email: Matt_Campbell@fd.org

MOTION FOR EMERGENCY HEARING
RE: VIOLATION OF PRIVILEGE        3

Matthew Campbell
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R SUKO)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CR-11-075-LRS |
| vs. | ) | AFFIDAVIT OF MATTHEW CAMPBELL |
| JOSEPH JEFFREY BRICE, | ) | |
| Defendant. | ) | |

I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

1. I am counsel of record for Joseph Brice in this case.

2. The following affidavit is based upon my own personal knowledge and my review of materials provided via discovery.

3. On the morning of May 22, 2011, I received a phone call from Joseph Brice. Mr. Brice was then housed at the Spokane County Jail.

4. Mr. Brice informed me that this morning, his cell was searched by United States Marshals as well as the FBI. Written materials were taken, including legal materials involved in this case.

5. Mr. Brice also informed me that after the search, he was transferred to a

MOTION FOR EMERGENCY HEARING
RE: VIOLATION OF PRIVILEGE                4

1 cell on 6-East, which is on a different floor than he has been housed.

2     6.    I contacted the United States Marshals via email to find out what was
3 going on. I received the following response:

> 4 I would defer any questions of what was seized or found to the us attorney smoot or fbi sa mcewen. I can confirm that a cell search was conducted with
> 5 the usms role as liaison and determining which materials were privileged legal or personal upon cursory inspection. The factors of found material and
> 6 activity lead classifeation to 6E.

7     7.    I then contacted AUSA Russ Smoot and asked why Mr. Brice's cell
8 was tossed. Initially, he stated he would have to refer me back to the United States
9 Marshals. I told him that I had already contacted the Marshals and that they had
10 referred me to him.

11     8.    I informed Mr. Smoot that I was concerned about the violation of
12 attorney-client privilege. Mr. Smoot informed me that he could not provide me with
13 the answers that I sought at this time. He stated that he wanted to be able to provide
14 me with complete information, and thus needed to defer discussing the matter for at
15 least a day.

16     9.    I informed Mr. Smoot that I viewed this as a breach of attorney-client
17 privilege. He stated that no privileged materials had been provided to him. I stated
18 that to the best of my knowledge, no special master was used. He responded that he
19 did not believe that the case agent, Agent Leland McEuen, had been given any
20 privileged materials.

21     10.    Mr. Smoot repeated that he wanted to be able to give me complete
22 information, and needed a day or so. I stated that I did not think this matter could
23 wait, as once privilege is violated, the bell cannot be unrung.

24

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on May 22, 2012

                                           Respectfully Submitted,

                                           s/ Matthew Campbell
                                           WA 38696
                                           Attorneys for BRICE
                                           Federal Defenders of
                                           Eastern Washington and Idaho
                                           10 North Post, Suite 700
                                           Spokane, Washington 99201
                                           Telephone: (509) 624-7606
                                           Fax: (509) 747-3539
                                           Email: Matt_Campbell@fd.org

MOTION FOR EMERGENCY HEARING
RE: VIOLATION OF PRIVILEGE        6

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Russell E. Smoot, Assistant United States Attorney.

s/ Matthew Campbell
WA 38696
Attorneys for BRICE
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Matt_Campbell@fd.org

MOTION FOR EMERGENCY HEARING
RE: VIOLATION OF PRIVILEGE         7