Matthew Campbell
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R SUKO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-11-075-LRS |
| vs. | ) | NOTICE OF APPEAL |
| JOSEPH JEFFREY BRICE, | ) | |
| Defendant. | ) | |

Mr. Brice, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit for:

( )  Final Judgment (Fed.R.Crim.P. 32(b))

( )  Sentence Only

(X)  Other: Ruling by Court that no violation of attorney-client or work product privileges occurred during search of legal and non-legal materials contained in Mr. Brice's cell at Spokane County Jail (ECF No. 272)

entered in this proceeding on May 23, 2012.

NOTICE OF APPEAL         1

Dated: May 24, 2012

Respectfully Submitted,
s/ Matthew Campbell
WA 38696
Attorneys for BRICE
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Matt_Campbell@fd

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Russell E. Smoot, Assistant United States Attorney.

s/ Matthew Campbell
WA 38696
Attorneys for BRICE
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Matt_Campbell@fd.org