Matthew Campbell
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-11-075-LRS |
| vs. | NOTICE OF FILING EMERGENCY MOTION IN NINTH CIRCUIT |
| JOSEPH JEFFREY BRICE, | |
| Defendant. | |

Mr. Brice, through undersigned counsel, hereby notifies the Court and counsel that he has filed an emergency motion to stay any order returning to the Government the materials seized from Mr. Brice's cell. (See Attached). This notice is filed in anticipation of the hearing to be held on May 25, 2012.

Dated: May 24, 2012

Respectfully Submitted,

s/ Matthew Campbell
WA 38696
Attorneys for BRICE
Federal Defenders of
Eastern Washington and Idaho

NOTICE OF EMERGENCY MOTION          1

10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Matt_Campbell@fd.org

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Russell E. Smoot, Assistant United States Attorney.

s/ Matthew Campbell
WA 38696
Attorneys for BRICE
Federal Defenders of
Eastern Washington and Idaho
10 North Post, Suite 700
Spokane, Washington 99201
Telephone: (509) 624-7606
Fax: (509) 747-3539
Email: Matt_Campbell@fd.org