1  Michael C. Ormsby
   United States Attorney
2  Eastern District of Washington
   Russell E. Smoot
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
5

6              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
7

8  UNITED STATES OF AMERICA,        )
                                    )
9              Plaintiff,           )
                                    )        11-CR-00075-LRS
10      vs.                         )
                                    )        United States' Bill of
11 JOSEPH JEFFEREY BRICE,           )        Particulars, Road Map, and
                                    )        Discussion of Relevant
12             Defendant.           )        Evidence
                                    )
13                                  )
                                    )
14

15      Plaintiff, United States of America, by and through Michael C. Ormsby,

16 United States Attorney for the Eastern District of Washington, and Russell E.

17 Smoot, Assistant United States Attorney for the Eastern District of Washington,

18 submits the following Bill of Particulars, Road Map, and Discussion of Relevant

19 Evidence.[1]

20 ───────────────────

21      [1]Given that the United States *has provided* the practical equivalent of "full

22 discovery," United States v. Mitchell, 744 F.2d 701, 705 (9th Cir. 1984) (citing

23 United States v. Griese, 597 F.2d 1170, 1180 (9th Cir. 1979), cert. denied, 444 U.S.

24 979 (1979)), and two comprehensive trial memorandums, *see* ECF Docs. 182, 185,

25 and grand jury testimony that resulted in the Superseding Indictment, the United

26 States respectfully submits that when the purpose of a bill of particulars has been

27 served through the indictment and discovery, any attempt to *re*-advise the

28 defendant in the context of a "bill of particulars" is simply redundant.  In short,

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 1
P20907rs.RSA.billofparticulars.evidence.wpd

1    **I.     Bill of Particulars:**

2        **A.     Legal Standard:**

3        As previously stated in objection to providing a bill of particulars, the

4    Federal Rules of Criminal Procedure states that a court may direct the government

5    to file a bill of particulars.  Fed. R. Crim. P. 7(f).  A bill of particulars has three

6    purposes: "to apprise the defendant of the specific charges being presented so as to

7    minimize surprise at trial, to aid the defendant in preparing for trial, and to protect

8    against double jeopardy." United States v. Burt, 765 F.2d 1364, 1367 (9th Cir.

9    1985) (citing United States v. Long, 706 F.2d 1044, 1054 (9th Cir. 1983)).

10        A defendant is not entitled to a bill of particulars as a matter of right.  Wong

11   Tai v. United States, 273 U.S. 77, 82 (1927).  *The purpose of a bill of particulars*

12   *is served if the indictment itself provides sufficient details of the charges and if the*

13   *Government provides full discovery to the defense.*  United States v. Mitchell, 744

14   F.2d 701, 705 (9th Cir. 1984) (emphasis added) (citing United States v. Griese, 597

15   F.2d 1170, 1180 (9th Cir. 1979), cert. denied, 444 U.S. 979 (1979)).  A defendant

16   "is not entitled to know all the evidence the government intends to produce but

17

18   _____

19   providing a "bill of particulars" when *the particulars* of the case have *already*

20   *been provided* through pre-trial discovery and advisory pleadings begs the

21   question of what purpose is served by providing a subset of what has already been

22   provided – other than to encourage defense counsel to delay its review of all the

23   discovery until the government points out what's important to its case-in-chief

24   (which, according to the Ninth Circuit, a defendant "is not entitled to know").

25   Further, because the Court used terms such as "road map" and "opening

26   statement" interchangeably with "bill of particulars," the United States proceeds in

27   this pleading without concrete direction, or precedence, on how to "advise" the

28   Defendant on information and material that has already been provided.

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 2
P20907rs.RSA.billofparticulars.evidence.wpd

only the theory of the government's case." <u>United States v. Ryland</u>, 806 F.2d 941, 942 (9th Cir. 1986), <u>cert. denied</u>, 481 U.S. 1057 (1987).

**B.    The Superseding Indictment:**

On June 21, 2011, the Defendant was changed by Superseding Indictment as follows:

COUNT ONE

That on or about April 18, 2010, in the Eastern District of Washington, the Defendant, JOSEPH JEFFEREY BRICE, knowingly made a firearm, to wit: a destructive device as defined pursuant to 26 U.S.C. § 5845(a)(8), (f)(1)(A), in violation of 26 U.S.C. §§ 5822, 5861(f), 5871, and 18 U.S.C. § 921(a)(4).

COUNT TWO

That on or about May 8, 2011, in the Eastern District of Washington, the Defendant, JOSEPH JEFFEREY BRICE, did knowingly distribute to another person information pertaining to, in whole or in part, the manufacture or use of an explosive, a destructive device, or a weapon of mass destruction, specifically an Acetone Peroxide Ammonium Nitrate ("APAN") explosive, with the knowledge that the teaching, demonstration, and information would be used for, or in furtherance of, an activity that constitutes a Federal crime of violence, including 18 U.S.C. § 2332a (use of weapons of mass destruction), in violation of 18 U.S.C. §§ 842(p)(2)(A) and 844(a)(2).

COUNT THREE

That on or about December 21, 2010, and continuing through on or about May 8, 2011, in the Eastern District of Washington, the Defendant, JOSEPH JEFFREY BRICE, did attempt[2] to provide material support or resources, in the

---

[2]The Ninth Circuit Jury Instruction for "Attempt" provides:

The defendant is charged in the indictment with attempting to commit [specify crime charged].  In order for the defendant to be

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 3
P20907rs.RSA.billofparticulars.evidence.wpd

form of "training," defined as "instruction or teaching designed to impart a specific skill," and "expert advice or assistance," defined as "advice or assistance derived from scientific, technical or other specialized knowledge," knowing and intending that such "training" and "expert advice and assistance" were to be used in the preparation for, or in carrying out the specified Federal offenses, to wit: the use, threatened use, or attempted use of a weapon of mass destruction against any person or property which would have affected interstate commerce, in violation of 18 U.S.C. § 2332a(a)(2) (use of weapons of mass destruction); all in violation of 18 U.S.C. § 2339A(a).

## C.    The Discovery:

In terms of setting forth "full discovery" in this "bill of particulars," the United States respectfully submits that there are thousands of pages of law enforcement reports and search warrant affidavits and returns (including electronic media that could result in tens of thousands of pages of printed documents) and, as such, it is too voluminous to incorporate in this pleading.[3]  However, the grand

found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant intended to [specify elements of crime charged]; and

Second, the defendant did something that was a substantial step toward committing the crime.

Mere preparation is not a substantial step toward committing the crime.  To constitute a substantial step, a defendant's act or actions must demonstrate that the crime will take place unless interrupted by independent circumstances.

[3]Twice, in objection to the Defendant's request for a bill of particulars, the United States provided:

the United States provided significant discovery, including search warrant affidavits, law enforcement reports, and transcripts of grand jury testimony[;]

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 4
P20907rs.RSA.billofparticulars.evidence.wpd

1  jury testimony of Federal Bureau of Investigation (FBI) Special Agent Bomb

2  Technician (SABT) Lee McEuen is set forth as *Attachment A* (FILED UNDER

3  SEAL) and *incorporated herein by reference* as it is the best evidence of what

4  "apprised" and persuaded ordinary citizens that the facts supported a finding of

5  probable cause that the Defendant committed the offenses set forth in the

6  Superseding Indictment.  If the grand jury testimony is insufficient, the

7  Defendant's post arrest confession is set forth as *Attachment B* (FILED UNDER

8  SEAL) and  *incorporated herein by reference* as significant evidence that the

9  Defendant *himself* was aware that his conduct in providing detailed explosive

10 information to "Abu Harith" through social media would result in him being

11 ─────────────

12 *see* ECF Doc. 123; and

13       In addition to the above-referenced "discovery, including
   search warrant affidavits, law enforcement reports, and transcripts of

14 grand jury testimony," the United States filed a First Trial
   Memorandum Re: Evidence Admissible Pursuant to Federal Rules of

15 Evidence 401, 402, 404(b), 801(d)(1)(A) and Applicable Case Law,
   *see* ECF Doc. 182 (filed Feb. 17, 2012), and a Second Trial

16 Memorandum Re: Summary of Factual Basis for Charges.  *See* ECF
   Doc. 185 (filed Feb. 29, 2012).  In terms of the Second Trial

17 Memorandum, the United States set forth a specific articulation of
   facts related to Count One, Count Two, and Count Three.  While the

18 Second Trial Memorandum disclaims that "the United States reserves
   the right to supplement and/or amend this Second Trial Memorandum

19 through subsequent pleadings and oral argument[,]" it does include
   approximately 12 pages of text referencing the Defendant's conduct

20 from December 2010 through his arrest on May 9, 2011, *see* ECF
   Doc. 185, pgs, 26-38, which is the time-period alleged in Count

21 Three.
       Given that the Defendant "is not entitled to know all the

22 evidence the government intends to produce but only the theory of the
   government's case[,]" United States v. Ryland, 806 F.2d 941, 942 (9[th]

23 Cir. 1986), cert. denied, 481 U.S. 1057 (1987), (cited in ECF Doc.
   123 and included *supra*), the United States respectfully submits that it

24 *has* provided a *defacto* bill of particulars through its early disclosure
   of a non-required trial memoranda.  In short, the United States has

25 gone beyond the mere threshold of required discovery in advising the
   Defendant relevant to the theory of its case prior to trial.  As such, the

26 practical effect of requiring the United States to provide a "bill of
   particulars" would simply be to file the same Second Trial

27 Memorandum under a different caption and docket number.

28 *See* ECF Doc. 219.

   United States' Bill of Particulars,
   Road Map, and Discussion of Relevant Evidence - 5
   P20907rs.RSA.billofparticulars.evidence.wpd

1   charged with terrorism and result in him going to jail.  Finally, notwithstanding the

2   volumes of detailed reports the United States has provided and could attach to this

3   "bill of particulars" the e-mail exchange with FBI undercover employee "Abu

4   Harith" (not actual name) is set forth *infra* AS evidence of the primary act of

5   providing explosive information (Count Two) and attempted material support in

6   the form of training (Count Three).

7        Of course the United States provides *Attachment A, B,* with the caveat that

8   these three attachments are just a small portion of the discovery provided in this

9   matter.  Providing such voluminous excerpts does not relieve defense counsel of

10  his duty of due diligence to review all of the discovery.  Just as the United States

11  must work through the law enforcement reports, search warrant returns,

12  Defendant's statements and conduct, to find proof of the allegations beyond

13  reasonable doubt, the Defendant cannot simply rely on the United States to explain

14  the discovery to counsel.

15      **D.    Theory of the Case and Government's Burden:**

16      Here, the "theory of the case" is simple: Defendant JOSEPH JEFFEREY

17  BRICE's on-going and arguably insatiable interest in manufacturing, detonating,

18  and assisting others in manufacturing and detonating explosives is the

19  predominant motivation resulting in his on-going search for information,

20  knowledge, skill, experience, and gratification obtained from manufacturing

21  chemical explosives and the effects of detonation of such explosives.  The

22  evidence in this matter, while in many instances is relatively simple, is also

23  complex in terms of not just the who, what, where, when and how, as the Court

24  pointed out during the August 6, 2012, Pretrial Conference, but the "why."   It is

25  not so much a "why" question, however.  Rather, the question, and ultimate

26  burden on the United States is did the Defendant really *intend* to "distribute to

27

28

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 6

1   another person information pertaining to, in whole or in part, the manufacture or

2   use of an

3   explosive, a destructive device, or a weapon of mass destruction, specifically an

4   Acetone Peroxide Ammonium Nitrate ("APAN") explosive, with the knowledge

5   that the teaching, demonstration, and information would be used for, or in

6   furtherance of, an activity that constitutes a Federal crime of violence[,]" *see*

7   Count Two, and did the Defendant really *intend* "to provide material support or

8   resources, in the form of "training," defined as "instruction or teaching designed to

9   impart a specific skill," and "expert advice or assistance," defined as "advice or

10  assistance derived from scientific, technical or other specialized knowledge,"

11  knowing and intending that such "training" and "expert advice and assistance"

12  were to be used in the preparation for, or in carrying out the specified Federal

13  offenses, to wit: the use, threatened use, or attempted use of a weapon of mass

14  destruction against any person or property which would have affected interstate

15  commerce, in violation of 18 U.S.C. § 2332a(a)(2) (use of weapons of mass

16  destruction)[.]" *See* Count Three.

17       In this case, there are several *mens rea* elements that the United States must

18  prove. First, that the Defendant knowingly made a destructive device. *See* 26

19  U.S.C. § 5861(f). Second, that the Defendant knowingly distributed information

20  about the manufacture of explosives with the knowledge that the information be

21  used in furtherance of a crime of violence. *See* 18 U.S.C. §§ 842(p)(2)(A),

22  844(a)(2). Finally, that the Defendant provided training knowing and intending

23  that the training was to be used in the preparation for the use, attempted use, or

24  threatened use of a weapon of mass destruction. *See* 18 U.S.C. § 2339A(a).

25       Not only must the United States prove the above elements, the Defendant

26  has put his intent squarely at issue. After the Defendant was arrested, he

27

28

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 7
P20907rs.RSA.billofparticulars.evidence.wpd

participated in a consensual interview with SABT McEuen and SA Harril.  Within

the first fifteen minutes of the interview, the Defendant stated,

> It's going to look like I'm a fucking Muslim terrorist, but I was just fucking
> with these guys.  I was just toying with them.  I drink beer, I drink beer
> every day.  I do, I do everything opposite of whatever it looks like.  I was
> just fucking with them, there's a guy, this is going to look so bad!

(*See Govt. Ex.* ***267, 268***). The Defendant continued to disclaim his involvement in

any sort of terrorism or support of terrorism. Yet when he was in the privacy of his

home and with the anonymity of the internet the Defendant consistently praised

jihadi activities, (*See Govt. Ex.* ***126, 139***), uploaded training manuals to a jihadi

website, (*See Govt. Ex.* ***200***), and made statements on the forum of a jihadi

website that included, "I fight for the cause of Allah and Islam so I fear not." (*See*

*Govt. Ex.* ***198***).

During his post-arrest interview, the Defendant stated "the only reason why

I talk about [Timothy McVeigh] was because that's where I learned of what ANF-,

like AN-ANFO was." (*See Govt. Ex.* ***267, 268***). Again however, when he was in

the privacy of his home and with the anonymity of the internet the Defendant

consistently showed a depth of knowledge of McVeigh's philosophy, personal

life, and the tactics McVeigh used to destroy the Oklahoma City federal building.

(*See Govt. Ex.* ***146 ,85***)  The Defendant went as far as to create and post a

dedication video about McVeigh on YouTube. (*See Govt. Ex.* ***48***). The Defendant

also stated, "[McVeigh's] characteristics are nearly the same as myself,

physically/politically." (*See Govt. Ex.* ***146, Slide #121***).

In a third example, when asked about his "Strength of Allah" YouTube

account, the Defendant again minimized his role and contradicted other evidence.

During his interview, in response to a question about what he posted on his

"Strength of Allah" account, the Defendant stated, "I just had one, I just had a

video of, uh, I just had a video of one of my boosters." (*See Govt. Ex.* ***267, 268***).

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 8
P20907rs.RSA.billofparticulars.evidence.wpd

Despite his answer that he only posted one video to the "Strength of Allah" account, the Defendant had in fact posted six videos. (***See Govt. Ex. 55-57, 59-60, 60.1)***. Each glorifying Jihad and the use of explosives. The above is only a sampling of the United States' exhibits but it illustrates the clear contrast between what the Defendant says and does in private and what he says and does in public. On the one hand there is the Defendant during his post arrest interview minimizing and excusing his conduct. On the other had, there is a Defendant who makes extensive statements about anti-government violence and jihad–which is true?

Credibility and the scienter elements of the three counts are questions of fact. Questions for the jury to decide.  See Tennant v. Peoria & P. U. Ry. Co., 321 U.S. 29, 35 (1944)[4]. Questions that the jury can only decide if given the opportunity to do so. That opportunity rests on the ability of the jury to see, hear, and weigh the evidence. As indicated, the Defendant has put his intent at issue and the United States must prove intent. The Defendant's actions and statements on the internet and to his close confidants contradict the Defendant's statements made during his post-arrest interview. However, if the jury is excluded from evidence of the Defendant's contradictory statements and actions there is no way for the jury to truly determine credibility. Without evidence of the Defendant's relevant statements, there is no way for the jury to truly determine whether the Defendant truly intended his training to be used in the preparation for the use or attempted use of a weapon of mass destruction. See 18 U.S.C. § 2339A(a); see also

[4] "It is the jury, not the court, which is the fact-finding body. It weighs the contradictory evidence and inferences, judges the credibility of witnesses, receives expert instructions, and draws the ultimate conclusion as to the facts. The very essence of its function is to select from among conflicting inferences and conclusions that which it considers most reasonable." Tennant, 321 U.S. at 35.

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 9
P20907rs.RSA.billofparticulars.evidence.wpd

1  Huddleston v. United States, 485 U.S. 681, 685 ("Extrinsic acts evidence may be

2  critical to the establishment of the truth as to a disputed issue, especially when that

3  issue involves the actor's state of mind and the only means of ascertaining that

4  mental state is by drawing inferences from conduct.").

5      With the Government's burden of proof in mind, the United States submits

6  the following "road map."

7  **III.    Road Map and Exhibits:**

8      **A.    Introduction:**

9      Defendant JOSEPH JEFFEREY BRICE is a twenty-two year-old single

10 male, who was living in Clarkston, Washington, in the Eastern District of

11 Washington.  Based on the investigation, BRICE appears to be a very intelligent

12 young man who considers himself an "expert" in manufacturing explosive devices

13 ranging from simple pipe bombs to complicated chemical combinations.  BRICE's

14 "expertise" is the result of his  own research and trial and error.[5]  (**See Govt. Ex. 1-**

15 **10, 12-31, *and generally* 146, 150, 168, 185, 206)**

16     On May 3, 2011, BRICE was charged by Indictment with manufacturing an

17 unregistered firearm (destructive device), in violation 26 U.S.C. § 5861(f), on

18

19  ───────────────

20     [5]BRICE's expertise in the manufacturing of explosive devices was gained

21 through research and his own experience, which is relevant to all three charged

22 offense.  In Count One, the United States must prove that BRICE manufactured a

23 destructive devise.  In Count Two, the United States must prove that BRICE

24 distributed information pertaining to the manufacture or use of an explosive,

25 destructive device, or weapon of mass destruction.  In Count Three, the United

26 States must prove that BRICE attempted to provided training or expert advice or

27 assistance related to the use, threatened use, or attempted use of a weapon of mass

28 destruction.

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 10
P20907rs.RSA.billofparticulars.evidence.wpd

April 18, 2010.  The charge arises out of an incident in Whitman County, in the Eastern District of Washington, where an eight-pound Acetone Peroxide Ammonium Nitrate ("APAN") bomb BRICE manufactured prematurely detonated after BRICE "lit" the fuse, but before BRICE could get away from the blast area. **(*See Govt. Ex.* 4-10, 12-20, 24-31, 150, 267-269)**.  Due to BRICE's sustaining of severe, life-threatening injuries, and a perception by the Whitman County Sheriff's Office that BRICE "learned his lesson," BRICE was not prosecuted by the state for manufacturing, possessing, or detonating the improvised explosive devise ("IED").

Law enforcement interest in BRICE was renewed, however, in January 2011, based on two coincidental occurrences.  First, the Federal Bureau of Investigation ("FBI") received a tip that in December 2010 someone had posted alarming, explosive-related and jihad-related videos on a YouTube channel named "StrengthofAllah." **(*See Govt. Ex.* 11)** Based in part upon the YouTube videos, the FBI Spokane Resident Office and Inland Northwest Joint Terrorism Task Force ("INJTTF") initiated an investigation of BRICE as a potential supporter of terrorist activity.  Second, on January 17, 2011, local Spokane, Washington, law enforcement discovered an IED in an "abandoned" backpack that had been strategically placed along the Martin Luther King Day Parade route (hereinafter

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 11
P20907rs.RSA.billofparticulars.evidence.wpd

"MLK-IED incident").[6]  Initially, BRICE was included (but ultimately ruled out) as a possible suspect in the MLK-IED incident.[7]

---

[6]On January 17, 2011, in Spokane, Washington, an IED was located in an "abandoned" backpack along the route of the annual Martin Luther King Day parade.  The device (hereinafter "MLK-IED") was set to detonate in a manner that would most likely have cause severe (if not fatal) injuries to parade participants who happened to be near the MLK-IED at the time of the intended detonation.  Fortunately for the parade participants, the backpack was discovered and disarmed prior to detonation.  The discovery of the MLK-IED resulted in an intensive federal, state, and local law-enforcement effort to investigate every lead related to bombs, bomb-making, domestic terrorism, and radical hate-groups.

[7]The concurrent timing of this investigation and the MLK-IED investigation is significant.  While it is clear that BRICE was not involved in the activities conducted by Kevin Harpham (ultimately convicted of attempted use of a weapon of mass destruction, in violation of 18 U.S.C. § 2332a), the existence of the highly publicized case becomes relevant in this case for two reasons.  First, on March 29, 2011, INJTTF Task Force Officer ("TFO")  J.C. Collins interviewed BRICE under the ruse that he had initially been under surveillance as a result of the MLK-IED incident. After TFO Collins explained to BRICE that he was not a suspect, BRICE confessed to having manufactured the destructive device that caused his injuries on April 18, 2010, and provided statements relevant to his own expertise in explosives, destructive devices and weapons of mass destruction.  Second, during his post-arrest interview with FBI SABT McEuen and FBI SSA Harrill, BRICE made comments that he was not Kevin Harpham.  As such, references to the concurrent, but ultimately unrelated Harpham case are inextricably intertwined with the evidence of how the investigation became focused on BRICE *and*

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 12
P20907rs.RSA.billofparticulars.evidence.wpd

As the combination "StrengthofAllah / MLK-IED" investigation progressed, evidence of BRICE's online activity and conversations through social media became more alarming to the FBI-INJTTF investigating agents. **(*See generally Govt. Ex.* 32-192, 206-211)**. The FBI and INJTTF concluded that BRICE had not "learned his lesson," as the Whitman County Sheriff's Office initially opined. Rather, it became clear that BRICE began to see himself as a self-taught, experienced, expert in manufacturing IEDs. **(*See generally Govt. Ex.* 146, 150, 168, 185, 206)**. Since his near fatal incident on April 18, 2010, BRICE, previously a self-declared, conservative, right-wing Christian, also *appeared* to undergo a "rapid radicalization" to Islam. **(*See Govt. Ex.* 146)**

As the investigation progressed, FBI conducted a substantial review of BRICE's online activity and conversations dating from 2009 to May 9, 2011, which evidenced BRICE's on-going interest in explosives, interest in Islamic jihad, **(*See Govt. Ex.* 146)**, and his desire to provide his expertise in explosives to other known, discrete individuals and unknown persons who might receive his information through public and private internet websites. **(*See Govt. Ex.* 146, 168, 185, 193).**

---

inextricably intertwined with BRICE's own confessions. The United States submits that references to the Kevin Harpham matter are not unduly prejudicial as clear testimony that BRICE was not associated or connected in any manner to Kevin Harpham and typical Ninth Circuit jury instructions indicating that BRICE is not on trial for the acts of other persons should eliminate any inaccurate inferences.

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 13
P20907rs.RSA.billofparticulars.evidence.wpd

On Sunday, May 8, 2011, BRICE engaged in an online conversation[8] with an FBI online covert employee ("OCE"), during which BRICE provided his expertise in manufacturing APAN explosives to a person he believed was a jihad terrorist planning retaliation for the elimination of Usama Bin Laden.  On Monday, May 9, 2011, BRICE was arrested on the Sealed Indictment.  BRICE waived his right to counsel and voluntarily participated in an approximate four-hour interview with FBI SABT McEuen and FBI SSA Harrill.[9] (**See Govt. Ex. 267, 268**).

On June 21, 2011, BRICE was charged by Superseding Indictment with: manufacturing of an unregistered firearm (destructive device), in violation of 26 U.S.C. § 5861(f) (Count One); providing instruction on explosive devices, in violation of 18 U.S.C. § 842(p) (Count Two); and attempting to provide material support to terrorists, in violation of 18 U.S.C. § 2339A (Count Three).

### B.    Manufacturing/Detonation of Destructive Device: April 18, 2010

#### 1.    Whitman County IED Explosion:

Whitman County[10] Sheriff's Office Deputy Brian Keller reported, in incident report number 10-S1038 that, on April 18, 2010, at approximately 4:16 p.m.,

---

[8]The actual time period in which BRICE and the FBI OCE were in communication was from May 1, 2011, to May 8, 2011.  As set forth *infra*, the communications started through the Deen Al Haq website and culminated with direct email conversations between the FBI OCE (a/k/a "Abu Harith") using <abuharith1978@gmail.com> and "Yusuf" (a/k/a BRICE) using <allahguidance@gmail.com.>

[9]The validity of BRICE's Fifth and Sixth Amendment waiver and the voluntary nature of his post-arrest statement has been previously litigated.

[10]Whitman County is located in the Eastern District of Washington.

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 14
P20907rs.RSA.billofparticulars.evidence.wpd

1    Alyssa Pittman ("Pittman") called into to law enforcement that there was a

2    firearms accident on SR193 at approximately Mile Post 1[11].  At the scene, Pittman

3    reported that she was the girlfriend of JOSEPH JEFFEREY BRICE.  BRICE was

4    conscious[12] when law enforcement arrived and reported that he filled a paint can

5    with Tannerite[13] powder and wrapped the can with duct tape.  BRICE was at the

6    scene being treated by paramedics for injuries to both legs.  ***(See Govt. Ex.* 5).**

7    BRICE was heard stating, "What have I done to myself."  BRICE stated there were

8    no more explosives and he was just trying to get rid of what he had.  Photographs

9    were taken ***(See Govt. Ex.* 4-9)** and Deputy Keller collected the evidence at the

10   scene and impounded it at the station. ***(See Govt. Ex.* 10)** The vehicle at the scene

11   was Pittman's Silver 2000 VW Golf (bearing Washington license 632UIC, VIN

12   WVWDH21J6YW6298), registered to Debra Pittman, which was searched, but

13   nothing was taken.

14        Deputy Keller interviewed Pittman at the hospital.  Pittman stated BRICE

15   and she wanted to go shooting.  According to Pittman, she picked up BRICE in

16   her car at his house and BRICE had some targets made of Tannerite which they

17   were going to shoot.  Pittman explained that BRICE had ordered the "Tannerite"

18

19        [11] The original Whitman County Sheriff dispatch incident report stated the

20   explosive incident occurred near  Mile Post #1, however Whitman County Sheriff

21   Deputies confirmed the post blast investigation was in fact near Mile Post #3 as

22   identified by Federal Bureau of Investigation Special Agent Bomb Technician Lee

23   McEuen (Spokane Resident Office).

24        [12]BRICE lost consciousness either at the scene or in the ambulance and did

25   not regain consciousness for approximately 12 days.

26        [13] Tannerite is a "lawful" (currently unregulated/unenforced) shock sensitive

27   explosive used in exploding firearm targets.

28

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 15
P20907rs.RSA.billofparticulars.evidence.wpd

over the Internet.  Pittman further told Deputy Keller that BRICE placed a quart

sized aluminum can containing the explosives in her car, and they drove to the

railroad tracks, where she waited while BRICE walked further and placed the

explosive and used a sparkler as a fuse, lit it and it exploded as he was moving

away.  Pittman said the explosive was not in a bucket.  She said BRICE likes to go

shooting.  Pittman told Deputy Keller they were going to shoot the Tannerite.

However, Pittman could not explain why they didn't have any firearms with them

at the time of the explosion.  Pittman then changed her account, and stated they

were going to light the Tannerite to detonate it.  She admitted to initially reporting

it was a firearms accident, explaining she was scared and did not want to get into

any trouble.[14]

Jeffrey Brice, the father of JOSEPH JEFFEREY BRICE, was also

interviewed and stated that BRICE likes to go shooting at the river (the location of

the incident).  According to Jeffrey Brice, BRICE told his father about exploding

targets that  his friends owned.

### 2.    BRICE's Admission to Manufacturing an Explosive Device:

On August 14, 2010, Deputy Keller spoke with BRICE over the telephone.[15]

 BRICE stated he made the Improvised Explosive Device ("IED") out of a

---

[14]Alyssa Pittman is likely to be called as a trial witness.  Through the

discovery process, defense counsel has been advised that Ms. Pittman initially

provided a false statement to Deputy Keller at the scene of the April 18, 2010,

explosive incident.

[15] Due to the injuries BRICE sustained during the explosion (including

severe burns to his legs, broken bones, loss of consciousness for approximately 12

days, and damage to his vocal chords), Deputy Keller was not able to interview

BRICE until approximately four months after the incident.

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 16
P20907rs.RSA.billofparticulars.evidence.wpd

combination of ammonium nitrate fertilizer, acetone peroxide, hydrogen peroxide and concrete bleach (a strong acid).[16]  The IED weighed about 2.5 pounds [it may have been as much as eight pounds].   BRICE stated that he used a refrigerator in the process of making the explosives.  BRICE further stated he used a gun powder charge to ignite the IED, and that he brought his girlfriend along to detonate it.  In this statement, BRICE recalled lighting the fuse and concluded that something caused it to ignite unexpectedly, almost instantly. BRICE recalled noting that the explosion of the IED severely injured him, and that his shirt and pants had been blown off his person.  He lost consciousness after getting into the ambulance, and recalled waking up twelve days later at Harbor View Hospital.

BRICE stated he has always been good at chemistry and "likes doing things like this."  BRICE explained that he bought the chemicals for the IED on the Internet.  **(*See Govt. Ex.* 1-3, 147-150)** Deputy Keller noted in his incident report that he (Deputy Keller) did not think the Whitman County Sheriff's Office would go forward with submitting criminal charges to the prosecutor because he (Deputy Keller) thought BRICE had learned his lesson the hard way.[17]

---

[16]According to FBI SABT McEuen this combination of chemicals is used to make "TATP" explosives, and "APAN" explosives, both of which are highly unstable and have no known legal commercial use.

[17]By the time of Deputy Keller's interview, approximately four months after the incident, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") agents assigned to the Inland Northwest Joint Terrorism Task Force ("INJTTF") had been contacted and investigated what, at the time was mistakenly believed to be a premature  "tannerite" explosion resulting in BRICE's injuries.  The federal agents closed the investigation.  Neither the ATF nor INJTTF were advised by the Whitman County Sheriff's Office of BRICE's August 14, 2010, admission that he

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 17
P20907rs.RSA.billofparticulars.evidence.wpd

C.    **Inland Northwest Joint Terrorism Task Force Investigation:**

In early January 2011, Federal Bureau of Investigation ("FBI") Special Agent Bomb Technician ("SABT") Lee McEuen and the Inland Northwest Joint Terrorism Task Force ("INJTTF") had received alarming information concerning BRICE's on-going interest in explosives – and what appeared to be a possible interest in Islam and jihad. FBI SABT Lee McEuen initiated an investigation of BRICE.

1.    *Strengthof Allah* **YouTube Videos:**

In January 2011, FBI SABT McEuen learned that during December 2010, the "*Strengthof Allah*" YouTube channel (which is also the moniker of the user that created and used that channel) was being used to post five videos, which are described in more detail below.  The YouTube profile for the *Strengthof Allah* user stated the user had joined the YouTube service on December 28, 2010, was 20 years old, and resided in the United States.  **(*See Govt. Ex.* 32, 33, 146)**  FBI SABT McEuen and FBI Intelligence Analyst ("IA") Mark Fitterer viewed the videos. **(*See Govt. Ex.* 11)**

The first[18] video, posted by *Strengthof Allah* on January 10, 2011, was titled, "50 Kg ANFO," with the comment, "50 Kilograms ANFO inside a small house

_____

had manufactured and detonated an APAN IED until after the FBI began investigating BRICE in January 2011.  Although FBI SABT McEuen was aware of the April 18, 2010, incident, he was not involved in the initial investigation.

[18]The references to videos being the "first," "second," et seq., are not intended to designate which videos were chronologically posted first in time. Rather, the references as used in this pleading are simply for organizational and descriptive purposes.  A sixth video was not available at that time online, but was subsequently located by a search warrant.

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 18
P20907rs.RSA.billofparticulars.evidence.wpd

1   Praise be to Allah (SWT)." ***(See Govt. Ex. 11, 32, 33, 146)***.  According to FBI
2   SABT McEuen, the video began with a logo known to be associated with
3   Al-Tawhid Wal Jihad (translation: "Al-Qa'ida in Iraq") and a Nashid chant
4   soundtrack.  The video then showed a small, dark-red house along a paved street
5   in a heavily treed location.  The resultant explosion and shockwave destroyed the
6   house and sent debris across the road before knocking the camera down.  The
7   audio and video appeared to indicate the use of explosives to destroy the house.
8   According to FBI SABT McEuen, "ANFO" is an acronym for Ammonium Nitrate
9   Fuel Oil explosives and the blast depicted in the video appeared to be consistent
10  with the use of a large quantity (approximately 50 pounds or so) of such
11  high-explosives.
12          The second and third videos titled, ".5 kg APAN" and ".3KG APAN" were
13  posted by *StrengthofAllah* on December 28, 2010. ***(See Govt. Ex. 11, 32, 33, 146)***
14  Each of the videos began with a logo for Al-Tawhid Wal Jihad (translation:
15  "Al-Qa'ida in Iraq") and a Nashid chant soundtrack, followed by a small explosion
16  on the ground.  The location in both videos was the same, near a dirt access road
17  along a river with rolling hills in the background.  There were wooden fence posts
18  along the road and debris.  The author's comment for the video titled ".3KG
19  APAN" read, "All praise due to Allah under all conditions.  Sorry about the
20  camera work, was too close had to step back and caused bad filming."  The
21  "APAN" videos depicted explosions of less magnitude than the first video of the
22  50 pound charge.  According to FBI SABT McEuen, APAN is an acronym for the
23  Acetone Peroxide Ammonium Nitrate explosives, which is a sensitive improvised
24  (homemade), and unstable high explosive, and the blast appeared to be consistent
25  with the use of high-explosives, which was consistent with the videos' titles.  As
26  FBI IA Fitterer viewed the ".5 kg APAN" and ".3KG APAN" videos, he observed
27  that the location of the explosions appeared to be in the area of the Snake River,
28

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 19
P20907rs.RSA.billofparticulars.evidence.wpd

1   located near Clarkston, Washington.  Upon being advised of the general location

2   by FBI IA Fitterer, FBI SABT McEuen recalled that BRICE had been involved in

3   an explosives detonation injury in the Clarkston, Washington, area in the Spring of

4   2010.

5          The fourth and fifth videos were titled "shaheedan" and "zmuzh ghanian,"

6   and were posted by the user *StrengthofAllah* on December 29, 2010.  **(See Govt.**

7   **Ex. 11, 32, 33, 146).**  Each of the videos began with a logo, comprising a map of

8   Afghanistan with two swords and an image of  the Koran.  The Arabic inscription

9   below the logo was translated to mean "the righteous religion" by FBI Language

10  Analyst Ghassan Hajjar.  The same logo was imposed in the upper left corner of

11  the screen throughout the duration of the videos.  Both videos depicted still

12  photographs of mujahedeen and martyrs.  A Nashid chant soundtrack was looped

13  for the duration of the video.  The author's comment for the video titled

14  "Shaheedan" read "For our martyrs."

15         As of January 13, 2011, the YouTube channel, *StrengthofAllah*, and

16  associated videos were no longer available.  When FBI SABT McEuen attempted

17  to again access the channel, a YouTube generated message stated, "This channel is

18  no longer available because the user closed their account."

19         **2.**    ***StrengthofAllah* Videos & Whitman County IED Explosion:**

20         On January 14, 2011, FBI SABT McEuen contacted Whitman County

21  Sheriff's Office Sergeant Chris Chapman to review the aforementioned incident

22  report 10-S1038, detailing the April 18, 2010, IED explosion that injured BRICE.

23  Sergeant Chapman and FBI SABT McEuen reviewed the crime scene photographs

24  **(See Govt. Ex. 4-9)**, and compared the location with the previously described

25  second and third videos depicting APAN explosions.  **(See Govt. Ex. 11).**  Based

26  on his visual comparison, FBI SABT McEuen concluded that the crime scene

27  location of the April 18, 2010, explosion, appeared to be the same location as

28

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 20
P20907rs.RSA.billofparticulars.evidence.wpd

1   depicted in the APAN videos posted on the *StrengthofAllah* YouTube channel.

2   **(*See Govt. Ex.* 12-18)** FBI SABT McEuen reported that he was able to specifically

3   identify the ground debris, ground color, wood posts, background and dirt road

4   depicted in both the *StrengthofAllah* videos and the crime scene photographs that

5   he obtained from the Whitman County Sheriff's Office.  FBI SABT McEuen also

6   observed numerous craters in the ground that appeared, based on his training and

7   experience, to have been caused by the detonation of explosive devices.  **(*See*

8   *Govt. Ex.* 19, 20-31)**.

9           **3.      Grand Jury Subpoenas; Search Warrants; Pen Registers:**

10          Based on FBI SABT McEuen's training and experience, he knows that a

11  person who chats online, posts videos online, will often have content of their

12  interests, in this case: explosives, IED manufacturing, online research for chemical

13  purchases in their electronic service provider data and computer.  Therefore, FBI

14  SABT McEuen continued the investigation through the execution of search

15  warrants, grand jury subpoenas, and pen register orders on internet accounts, and

16  cellular telephone service believed to be associated with BRICE. **(*See Govt. Ex.*

17  32-37, 147-149, 151, 155)**.

18          In aggregate, the "electronic social media" phase of FBI SABT McEuen's

19  investigation resulted in FBI receiving an extensive amount of social media

20  conversations involving BRICE and known and unknown individuals through

21  email correspondence, text-messaging, and internet postings (including

22  conversations and/or "chats") evidencing BRICE's interest with explosives **(*See*

23  *Govt. Ex.* 38, 39, 41, 42, 45, 50, 55-58, 64, 67-71, 77-79, 82, 86-88, 91, 95-98,

24  100, 103, 107, 109, 115, 131, 137, 138, 157, 158, 160-162, 165, 167-192, 202,

25  208, 222, 224, 238, 234, 244)** (including researching on line, trial and error in

26  manufacturing explosives, motives for using explosives (e.g. bank robbery

27  diversion and destruction of the U.S. Courthouse in Spokane, Washington **(*See*

28

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 21
P20907rs.RSA.billofparticulars.evidence.wpd

***Govt. Ex.* 41, 99**)), individual terrorist emulation and criticism (e.g. Timothy McVeigh and other terrorist individuals, groups and martyrs who utilize explosive devices **(See *Govt. Ex.* 40, 43, 44, 47-49, 51-53, 59-61, 66, 76, 80, 81, 83, 84, 85, 89, 90,93, 94, 99, 101, 102, 104, 105, 106, 108, 110-130, 132-136, 138-140, 143-145, 159, 163, 164, 166, 202, 211, 220, 221, 225, 226, 229-233, 237, 254-256**)), and other violent acts (including anti-government statements **(See *Govt. Ex.* 41, 46, 49, 54, 62, 72, 73, 75, 92, 99, 119, 122, 128, 138, 140, 141, 142, 211)**. **(See also generally *Govt. Ex.* 146, 150, 156, 168, 185, 193, 206)**.  A sample of BRICE's online social media activity and text-messaging, in the form of party statements and inextricably intertwined and other acts evidence, as gleaned from the search warrants and other investigative methods was provided in the First Trial Memorandum and Second Trial Memorandum, *see* ECF Doc. 182, 185,[19] and discrete references to such statements was provided in the Draft Exhibit List and the electronic and paper copies of the exhibits.  Additionally, shorthand references to BRICE's statements have been set forth *infra* in a chronological time-line evidencing (1) a pervasive commentary emulating and idolizing Timothy

---

[19]The scope of the "electronic media" phase of the investigation pre-dates the April 18, 2010, APAN IED detonation and continues to the execution of federal search warrants on BRICE's residence, BRICE's parent's residence, BRICE's vehicle, and Alyssa Pittman's vehicle on May 9, 2011.  As such, BRICE's online activity and texting encompasses evidence relevant to both the manufacturing of explosive devices prior to April 18, 2010, which forms the basis of Count One, and BRICE's continued interest in explosive devices and jihad activity after the April 18, 2010, APAN IED detonation, which forms the basis of Counts Two and Three.  As such, there is considerable overlap of relevant evidence.

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 22
P20907rs.RSA.billofparticulars.evidence.wpd

1    McVeigh and his explosive-expertise, bravery, and political cause, which centers
2    around BRICE making the statement on January 14, 2010, that "McVeigh's
3    characteristics are nearly the same as myself, physically/politically"; (2)
4    continuous research and commentary on developing his own expertise in
5    manufacturing explosives; (3) statements expressing his own knowledge and
6    experience with explosives in a manner that evidences an advertisement or self-
7    promoting of his own skills; (4) statements expressing his own self-learned
8    knowledge of jihad including the use of arabic words in a manner that evidences
9    an advertisement or self-promoting of his own true belief (whether actually true or
10   not); (5) violent anti-government statements that, while "political" in nature,
11   evidence an intent that the explosive information he provided be used against the
12   U.S. government.  **(*See generally Govt. Ex.* 146, 150, 152, 156, 168, 185, 193,**
13   **206)**.

14            **4.    Chronology of Comments:**

15   | Date | General Content (Abbreviated) | Type of Statement |
|------|-------------------------------|-------------------|
16   | 3/1/2009 | The world is not too modern to revolt | Anti-Govt. |
17   | 7/29/2009 | pipe bomb | Explosives |
18   | 7/30/2009 | "we will still be here doing domestic bombings" | Anti-Govt. |
19   | | | Explosives |
20   | 8/30/2009 | fake ID | Explosives |
21   | 9/27/2009 | RF charge/rocket launcher | Explosives |
22   | 10/2/2009 | explosives | Explosives |
23   | 10/5/2009 | wires and bomb fuses | Explosives |
24   | 10/25/2009 | monster pipe bomb | Explosives |
25   | 10/30/2009 | Jon Robinson's McVeigh | McVeigh |
26   | 10/30/2009 | OKC coverup | McVeigh |
27   | 11/6/2009 | ANFO stuff | Explosives |

28

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 23
P20907rs.RSA.billofparticulars.evidence.wpd

| | | | |
|---|---|---|---|
| 1 | 11/13/2009 | explosives | Explosives |
| 2 | 11/14/2009 | explosives | Explosives |
| 3 | 11/19/2009 | explosives | Explosives |
| 4 | 11/21/2009 | Acetone per. Bomb | Explosives |
| 5 | 12/1/2009 | 1600 gram … | Explosives |
| 6 | 12/1/2009 | channel comment re: bomb | Explosives |
| 7 | 12/1/2009 | McVeigh didn't want to kill kids | McVeigh |
| 8 | | | Anti-Govt. |
| 9 | 12/2/2009 | Apan 2 kg | Explosives |
| 10 | 12/4/2009 | "bomb them all" | Explosives |
| 11 | | | Anti-Govt. |
| 12 | 12/4/2009 | Rep. Nancy Pelosi and APAN | Explosives |
| 13 | | | Anti-Govt. |
| 14 | 12/4/2009 | explosives | Explosives |
| 15 | 12/5/2009 | McVeigh | McVeigh |
| 16 | 12/12/2009 | Any justification to kill thousands? "Yes." | McVeigh |
| 17 | | | Anti-Govt |
| 18 | | | Terrorism |
| 19 | 12/13/2009 | I make grenades and bombs | Explosives |
| 20 | 12/14/2009 | weak vote strong take action | Anti-Govt. |
| 21 | 12/15/2009 | don't show face on video | Explosives |
| 22 | 12/16/2009 | explosives | Explosives |
| 23 | 12/18/2009 | illegal explosive | Explosives |
| 24 | 12/19/2009 | TATP | Explosives |
| 25 | 12/23/2009 | explosive diagram | Explosives |
| 26 | 12/25/2009 | nearest Fed building | Explosives |
| 27 | | | Anti-Govt. |
| 28 | | | |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 24
P20907rs.RSA.billofparticulars.evidence.wpd

| | | | |
|---|---|---|---|
| 1 | 12/25/2009 | we are the real chemists. It's not wise to insult us | Explosives |
| 2 | | | Anti-Govt. |
| 3 | 12/30/2009 | McVeigh and explosives | McVeigh |
| 4 | | | Explosives |
| 5 | 12/30/2009 | booster info | Explosives |
| 6 | 1/3/2010 | ANFO explosives | Explosives |
| 7 | 1/3/2010 | McVeigh should have just killed reno | McVeigh |
| 8 | | | Anti-Govt |
| 9 | | | Terrorism |
| 10 | 1/4/2010 | explosives info | Explosives |
| 11 | 1/5/2010 | explosives | Explosives |
| 12 | 1/6/2010 | you don't have to be tan to be Muslim | Islam |
| 13 | | | Jihad |
| 14 | 1/8/2010 | Watch my videos, followers of Islam do | Explosives |
| 15 | | | Jihad |
| 16 | 1/9/2010 | explosives | Explosives |
| 17 | 1/10/2010 | if you love allah watch my videos | Explosives |
| 18 | | | Jihad |
| 19 | 1/12/2010 | Don't talk about McVeigh unless you | |
| 20 | | actually support. Don't be a wannabe | McVeigh |
| 21 | | | Anti-Govt |
| 22 | | | Terrorism |
| 23 | 1/12/2010 | TATP | Explosives |
| 24 | 1/13/2010 | explosives | Explosives |
| 25 | 1/14/2010 | pipe bomb and public reaction | Explosives |
| 26 | | | |
| 27 | | | |
| 28 | | | |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 25
P20907rs.RSA.billofparticulars.evidence.wpd

| | | | |
|---|---|---|---|
| 1 | 1/14/2010 | McVeigh characteristics are nearly | |
| 2 | | the same as myself, physically/politically | McVeigh |
| 3 | | | Anti-Govt. |
| 4 | | | Terrorism |
| 5 | 1/15/2010 | Terrista95 McVeigh | McVeigh |
| 6 | | | Terrorism |
| 7 | 1/19/2010 | 20 kg anfo | Explosives |
| 8 | 1/19/2010 | work on bomb project | Explosives |
| 9 | 1/20/2010 | McVeigh | McVeigh |
| 10 | 1/21/2010 | McVeigh | McVeigh |
| 11 | 1/22/2010 | McVeigh | McVeigh |
| 12 | 1/22/2010 | 85% nitrate | Explosives |
| 13 | 1/22/2010 | offer help to IRA | Explosives |
| 14 | | | Terrorism |
| 15 | 1/22/2010 | car bomb, car bomb, car bomb | Explosives |
| 16 | | | Terrorism |
| 17 | 1/22/2010 | those who cant grasp chem. Use pipe bombs | Explosives |
| 18 | 1/25/2010 | prill | Explosives |
| 19 | 1/25/2010 | ANFO ratio | Explosives |
| 20 | 1/27/2010 | McVeigh: "US doesn't bomb radomly? Lol wow" | McVeigh |
| 21 | | | Anti-Govt |
| 22 | | | Terrorism |
| 23 | 1/27/2010 | never know who is plotting | Anti-Govt |
| 24 | | | Terrorism |
| 25 | 1/30/2010 | McVeigh's ideals are correct | McVeigh |
| 26 | | | Anti-Govt |
| 27 | | | Terrorism |
| 28 | | | |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 26

| | | | |
|---|---|---|---|
| 1 | 1/30/2010 | "I just like when people can progress | |
| 2 | | their knowledge of explosives" | Explosives |
| 3 | 1/30/2010 | FBI wont be at your door and no AN is not safe | Explosives |
| 4 | 1/30/2010 | OKC and ANFO | Explosives |
| 5 | | | McVeigh |
| 6 | | | Terrorism |
| 7 | 1/31/2010 | terrorists are kind moral people | Terrorism |
| 8 | 2/1/2010 | 20lb bag of anfo | Explosives |
| 9 | 2/1/2010 | bulk AN | Explosives |
| 10 | 2/3/2010 | buying explosives | Explosives |
| 11 | 2/4/2010 | 40 lb. tannerite | Explosives |
| 12 | 2/6/2010 | McVeigh did it because 'bullied' by the fed | McVeigh |
| 13 | | | Anti-Govt |
| 14 | | | Terrorism |
| 15 | 2/7/2010 | explosives info | Explosives |
| 16 | 2/8/2010 | photo of self | Identification |
| 17 | 2/10/2010 | armored car robbery | Explosives |
| 18 | 2/10/2010 | Someone will act soon. Trust me. | Terrorism |
| 19 | 2/17/2010 | bio-toxins | Terrorism |
| 20 | 2/19/2010 | McVeigh's philosophy | McVeigh |
| 21 | | | Anti-Govt. |
| 22 | 2/21/2010 | anfo explosives and bragging | Explosives |
| 23 | 2/21/2010 | "wannabe" | Explosives |
| 24 | 2/22/2010 | Directing people to youtube channel | |
| 25 | | and McVeigh Explosives | McVeigh |
| 26 | | | Anti-Govt. |
| 27 | | | Terrorism |
| 28 | | | |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 27
P20907rs.RSA.billofparticulars.evidence.wpd

| | | | |
|---|---|---|---|
| 1 | 2/26/2010 | denial about terror | Terrorism |
| 2 | 3/1/2010 | knows about guns and explosives | Explosives |
| 3 | 3/3/2010 | McVeigh was not racist | McVeigh |
| 4 | 3/4/2010 | The only thing the government | |
| 5 | | understands is force | Anti-Govt. |
| 6 | | | Terrorism |
| 7 | 3/4/2010 | unimpressed w. Mcveigh's results but | |
| 8 | | he deserves a tribute | Explosives |
| 9 | | | McVeigh |
| 10 | | | Anti-Govt. |
| 11 | | | Terrorism |
| 12 | 3/13/2010 | fake pipe bomb | Explosives |
| 13 | 3/20/2010 | bomb stuff | Explosives |
| 14 | 3/22/2010 | info about bomb acid | Explosives |
| 15 | 3/28/2010 | bomb ratio | Explosives |
| 16 | 3/31/2010 | an powder | Explosives |
| 17 | 4/4/2010 | ANFO prill or powder | Explosives |
| 18 | 4/7/2010 | McVeigh was smart | Explosives |
| 19 | | | McVeigh |
| 20 | | | Anti-Govt. |
| 21 | | | Terrorism |
| 22 | 4/11/2010 | make some AP | Explosives |
| 23 | 4/13/2010 | 125g of apan | Explosives |
| 24 | 4/14/2010 | Jersey barriers | Explosives |
| 25 | | | Anti-Govt. |
| 26 | | | Terrorism |
| 27 | 4/14/2010 | APAN ratios | Explosives |
| 28 | | | |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 28
P20907rs.RSA.billofparticulars.evidence.wpd

| | | | |
|---|---|---|---|
| 1 | 4/16/2010 | ANFO booster | Explosives |
| 2 | 4/16/2010 | Bomb post | Explosives |
| 3 | 4/17/2010 | OKC and ANFO | Explosives |
| 4 | | | McVeigh |
| 5 | | | Anti-Govt. |
| 6 | | | Terrorism |
| 7 | 4/17/2010 | OKC coverup talk | McVeigh |
| 8 | | | Anti-Govt. |
| 9 | | | Terrorism |
| 10 | 8/21/2010 | learning farsi | Jihad |
| 11 | | | Terrorism |
| 12 | 9/16/2010 | reading the quran | Islam |
| 13 | | | Jihad |
| 14 | 9/23/2010 | policies are criminal | Anti-Govt. |
| 15 | 9/23/2010 | message to banibaker re: "trasition from | |
| 16 | | knowledge to action?" | Terrorism |
| 17 | 10/11/2010 | muslim, yet racist | Islam |
| 18 | 10/23/2010 | McVeigh | McVeigh |
| 19 | 10/29/2010 | prill | Explosives |
| 20 | 10/29/2010 | PETN | Explosives |
| 21 | 10/29/2010 | bomb comment re: times square bomber | Explosives |
| 22 | | | Terrorism |
| 23 | 11/1/2010 | McVeigh | McVeigh |
| 24 | 11/1/2010 | McVeigh | McVeigh |
| 25 | 11/6/2010 | ANFO | Explosives |
| 26 | 11/9/2010 | christians are pagans | Islam |
| 27 | | | Jihad |
| 28 | | | |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 29
P20907rs.RSA.billofparticulars.evidence.wpd

| | | | |
|---|---|---|---|
| 1 | 11/10/2010 | Islam is the light | Islam |
| 2 | 11/12/2010 | terrorists are intelligent | Terrorism |
| 3 | 11/12/2010 | read the quran | Islam |
| 4 | | | Jihad |
| 5 | 11/15/2010 | Life is your gift from allah so do your duty | Jihad |
| 6 | | | Terrorism |
| 7 | 11/16/2010 | I support muslims fighting | Jihad |
| 8 | | | Terrorism |
| 9 | 11/21/2010 | Read the quran | Islam |
| 10 | | | Jihad |
| 11 | 11/21/2010 | Kill the little ones | Jihad |
| 12 | | | Terrorism |
| 13 | | | Violence |
| 14 | 11/24/2010 | Islam is truth | Islam |
| 15 | 11/24/2010 | Alhamdulillah | Islam |
| 16 | | | Jihad |
| 17 | | | Terrorism |
| 18 | 11/27/2010 | "wannabees" re: tree lighting ceremony | |
| 19 | | bombing terrorist | Anti-Govt |
| 20 | | | Jihad |
| 21 | | | Terrorism |
| 22 | 12/1/2010 | Youtube user converts | Islam |
| 23 | 12/4/2010 | christians are pagans | Islam |
| 24 | 12/7/2010 | Islam is the light | Islam |
| 25 | 12/8/2010 | entrapment (re: arrest of bomb plotters) | Explosives |
| 26 | | | Terrorism |
| 27 | | | |
| 28 | | | |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 30
P20907rs.RSA.billofparticulars.evidence.wpd

| | | | |
|---|---|---|---|
| 1 | 12/9/2010 | I will take the challenge in response to | |
| 2 | | request to kill all the Jews, their families | |
| 3 | | and babies. | Anti-Govt. |
| 4 | | | Terrorism |
| 5 | 12/10/2010 | russian helicopter | Jihad |
| 6 | 12/10/2010 | fucking kuffar | Jihad |
| 7 | 12/10/2010 | allahu akbar | Jihad |
| 8 | 12/10/2010 | theological debate/denouncing christianity | Islam |
| 9 | 12/13/2010 | nato troops killed | Jihad |
| 10 | 12/13/2010 | McVeigh watched ruby ridge | McVeigh |
| 11 | | | Anti-Govt. |
| 12 | 12/14/2010 | Chslosers commented on | |
| 13 | | Rzaforshiza McVeigh video | McVeigh |
| 14 | 12/16/2010 | allahu akbar | Jihad |
| 15 | | | Terrorism |
| 16 | 12/16/2010 | Nusantarean | Jihad |
| 17 | | | Terrorism |
| 18 | 12/18/2010 | posted docs to forum | Jihad |
| 19 | | | Terrorism |
| 20 | 12/21/2010 | hand-2-hand combat | Jihad |
| 21 | 12/22/2010 | OKC McVeigh | McVeigjh |
| 22 | 12/23/2010 | AN explosive | Explosives |
| 23 | 12/23/2010 | terrorists use homemade explosives | Explosives |
| 24 | | | Terrorism |
| 25 | 12/26/2010 | kuffar | Jihad |
| 26 | | | Terrorism |
| 27 | | | |
| 28 | | | |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 31
P20907rs.RSA.billofparticulars.evidence.wpd

| | | |
|---|---|---|
| 1 | 12/26/2010  german and arabic | Jihad |
| 2 | | Terrorism |
| 3 | 12/26/2010  insha'Allah | Jihad |
| 4 | | Terrorism |
| 5 | 12/26/2010  allahu akbar This chechnya? | Jihad |
| 6 | | Terrorism |
| 7 | 12/26/2010  german and arabic are the laguage of jihad | Jihad |
| 8 | | Terrorism |
| 9 | 12/27/2010  Bragging about bombs and his scars | Explosives |
| 10 | 12/27/2010  Bomb and bragging about his scars | Explosives |
| 11 | 12/28/2010  posted youtube link | Explosives |
| 12 | | Jihad |
| 13 | | Terrorism |
| 14 | 12/29/2010  jazak allah | Jihad |
| 15 | | Terrorism |
| 16 | 12/29/2010  fuse info | Explosives |
| 17 | 12/29/2010  jazak allah khair | Jihad |
| 18 | | Terrorism |
| 19 | 12/29/2010  make dua (pray for terrorists) | Jihad |
| 20 | | Terrorism |
| 21 | 1/7/2011    explosives are easy to acquire | Explosives |
| 22 | 1/8/2011    one more dead kuffar | Anti-Govt |
| 23 | | Jihad |
| 24 | | Terrorism |
| 25 | 1/8/2011    glad she was shot (Giffords) | Anti-Govt. |
| 26 | | Terrorism |
| 27 | | |
| 28 | | |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 32
P20907rs.RSA.billofparticulars.evidence.wpd

| Date | Description | Category |
|---|---|---|
| 1/10/2011 | fights for allah | Jihad |
|  |  | Terrorism |
| 1/11/2011 | "better to drown a puppy.." re: giffords | Anti-Govt. |
| 1/12/2011 | watch my bomb videos | Explosives |
| 1/12/2011 | "this was nothing" re: pipe bomb v. leg | Explosives |
| 1/12/2011 | AZ shooter could make bombs | Explosives |
| 2/4/2011 | allah akabar | Jihad |
|  |  | Terrorism |
| 2/25/2011 | bomb stuff | Explosives |
| 3/10/2011 | kuffar/member of islam sites | Jihad |
|  |  | Terrorism |
| 3/13/2011 | may allah bless them (bahrain protests) | Jihad |
| 3/24/2011 | "black man told me to find god" |  |
|  | (conversion to Islam) | Islam |
| 4/2/2011 | long paragragh about islam | Islam |
| 4/28/2011 | inspire 5 (Al Quada magazine posted by Brice) | Jihad |
|  |  | Terrorism |
| 4/29/2011 | Injury / medical marijuana | Identification |
| 5/2011 | medical care for wounded terrorists | Jihad |
| 5/1/2011 | McVeigh and Islam | McVeigh |
|  |  | Jihad |
|  |  | Terrorism |

On February 16, 2011, FBI SABT McEuen received a response from Google regarding a federal search warrant for the records Google had regarding the e-mail account joeybrice55@gmail.com, rzaforshiza@gmail.com and strengthofallah@gmail.com. **(See Govt. Ex. 32, 33)**

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 33
P20907rs.RSA.billofparticulars.evidence.wpd

1    As of January 2011, the Google usage logs showed strengthofallah@gmail
2   was accessed by the IP address 24.117.1.73 and 74.112.57.173.  As of January
3   2011, the IP usage logs showed joeybrice55@gmail.com was using the IP address
4   24.117.1.73 and 24.112.57.173.  The same IP addresses (24.117.1.73) were
5   associated with all the e-mail addresses.  The YouTube username "Chslosers" was
6   registered with the e-mail account joeybrice55@gmail.com and in January 2011,
7   used the IP address 24.117.1.73.  The YouTube username Newspeakgeneration
8   was registered with the e-mail account strengthofallah@gmail.com on December
9   28, 2010, again using the  IP address 24.117.1.73.  The YouTube username
10  TheRazaforshaza was registered with the e-mail account rzaforshiza@gmail.com
11  on December 14, 2010, using the IP address 24.117.1.73.  FBI SABT McEuen
12  searched ARIN (IP address registry) and learned the following: IP address
13  24.117.1.73 is owned by Cable One, Inc. 1314 N. Third St. First Floor, Phoenix,
14  AZ 85004.

15         **5.    Pen Register and Trap and Trace Devices and Followup
                   Investigation**
16
17         On March 1, 2011, an internet pen register and trap and trace order was
18  served upon Cable One for the address of 538 Riverview Blvd #3 Clarkston, WA.
19  On May 4, 2011, FBI Special Agent ("SA") Norma Loza[20] reviewed the last
20  previous 30 days of the Pen Trap/Trace activity associated with IP address
21  24.116.122.254, (supplied by Cable One in response to the order on 538
22  Riverview Blv. #3, Clarkston, WA, the residence of Joseph Brice.)  FBI SA Loza
23  observed contact between IP address 24.116.122.254 and 188.241.116.95 on the
24  following days; April 6, 7, 9, 15, 17, 18, 20, 22, 23, 24 and April 26 thru May 1,

25
26         _____
           [20]FBI Special Agent ("SA") David Whitlow also reviewed the pen register
27  and trap and trace data.
28

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 34
P20907rs.RSA.billofparticulars.evidence.wpd

2011.  FBI SA Loza directed her internet browser to IP address 188.241.116.95

and determined it was a web site known as "Deen Al Haq".[21]  **(See Govt. Ex. 193)**

On this website, FBI SA Loza observed a web page that contained two

crossed swords and two men whose faces were obscured by scarves; one of the

men was holding a rocket propelled grenade launcher on his shoulder.  The page

also contained images of holy sites in Mecca.  FBI SA Loza clicked on the "Join"

button, and was informed that only registered users can post messages.  The page

also provided criteria to register included a required reference.  FBI SA Loza then

clicked on the "Welcome" button and was directed to a page with the words

"Islamic Caliphate" written across what appeared to be a map of the Middle East.

Under the map was a photo of men wearing scarves over their faces; some of these

men were holding weapons.  The caption stated, "Allah grants a respite to the

oppressor, but when he finally seizes him, he will not let him escape."  The second

picture changes back and forth from a map of what appears to be the Middle East

to a picture of Usama Bin Laden.  There was an "English Section" button which

FBI SA Loza clicked.  FBI SA Loza then saw the following forums listed:

"General Discussion";

"Jihad in Afghanistan and Pakistan,"

"Sharia," Islam in the West";

"Jihad News"; and

"Pictures and Videos."

---

[21]According to FBI Intelligence Analyst Fitterer, the "Deen al-Haqq"
website is a password-protected extremist forum.  As stated *infra*, the Deen Al
Haq website is significant and inextricably intertwined with Counts Two and
Three.

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 35
P20907rs.RSA.billofparticulars.evidence.wpd

The page stated there were 888 posts under the English section, but the posts were not observable to those who had not registered, and were listed as, "Private."

On March 1, 2011, a pen register and trap and trace order was served upon Cable One for the Internet Service Account registered to the address of 1748 Westwood Dr., Clarkston, WA.  On May 4, 2011, SA Norma Loza reviewed the last 30 days of the Pen Trap/Trace activity associated with IP address 24.117.126.20, (supplied by Cable One in response to the order on 1748 Westwood Dr., Clarkston, WA.)  FBI SA Loza observed contact between IP address 24.117.126.20 and 188.241.116.95 (the previously described "Deen Al Haq" web site) on April 6, 2011, and April 11, 2011.

On May 5, 2011, FBI SABT McEuen reviewed the internet pen register trap and trace activity for the Internet Service Account registered to 1748 Westwood Dr., Clarkston, WA. On March 4, 2011, the IP assigned to the modem at that address was 24.117.1.73  and IP remained to be 24.117.1.73 until approximately March 21, 2011.  As stated above, 24.117.1.73 was associated with most of Joseph Brice's Internet accounts, as evidenced through registration, usage, or both.

### 6.    Microsoft Search Warrant:

During the investigation, Joey_brice@hotmail.com[22] was located by FBI Intelligence Analyst ("IA") Fitterer as using the screen name "Joey", identified as a "super moderator" on The Young News Channel ("YNC").  **(*See Govt. Ex.* 209)** The YNC is a public internet video sharing service that caters to users that wish to

---

[22]According to FBI SABT McEuen, gmail.com accounts are provided by Google, and that YouTube is a subsidiary of Google Inc.  Hotmail.com accounts are provided by the Microsoft corporation.

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 36
P20907rs.RSA.billofparticulars.evidence.wpd

post extreme pornographic and violent video content.[23]  Users can also post messages to the YNC service.  "Joey" posted on the YNC over 1,869 times, and identified himself as from Washington state.  **(See generally Govt. Ex. 152 (slides 18, 19, 20), 206, 208-211).**  On July 23, 2010, "Joey" posted to a thread titled "Is this website illegal".  On May 30, 2010, "Joey" posted to the thread, "Joey had an accident…talked to him Today Sunday May 30th."  **(See Govt. Ex. 208)**.  The posting stated, " Thanks everyone I've been in  the hospital for a month and a few days now and I am heading to a semi-rehab Tuesday to learn to stand again…The explosive was about 8 lbs of fertilizer mixed with aluminum.  The charge that detonates the fertilizer was sparked early and went off as I was jogging away.  The force broke my right leg and many of the other wounds are from shrapnel."  On December 18, 2010, "Joey" posted to a thread titled, "Suicide bomb aftermath- 22 killed," attaching an image, depicting the aftermath of a suicide bombing in Quetta, Pakistan, in which mutilated bodies were visible. **(See Govt. Ex. 211).**

---

[23]Evidence related to BRICE's interest in, and statements made through, the Young New Channel website is relevant to the element of BRICE's state of mind in terms of the fact that the information or expertise he was providing was to be used in a violent manner against other persons.  As such, his interest in violent conduct and the visual images of violent conduct depicted on the Young News Channel is relevant to his motive to provide information or expertise in furtherance of the potential use of a weapon of mass destruction.  Additionally, some of BRICE's statements and posting on the Young News Channel are evidence of his own manufacturing of the destructive device that resulted in his injuries and his interest in jihad, which is relevant to his intent to provide material support to terrorists.

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 37
P20907rs.RSA.billofparticulars.evidence.wpd

1    On December 7, 2010, the YNC service contained a message thread titled:
2    "make bomb in kitchen of your mom Al Qaeda releases INSPIRE, an Jihadi
3    magazine." **(*See Govt. Ex.* 210)**.  On this thread,  "Joey" posted , "Exclusive
4    interview with Abu Basir Mujahideen 101 are a few of the featured articles…I will
5    try to find more links if anybody cares to look through them.  I got this link off a
6    Jihad website but all the other links for the other issues don't work."  In this
7    posting, "Joey" inserted a hyperlink to the INSPIRE magazine internet address,
8    which would enable the download of the magazine content.  **(*See Govt. Ex.* 202)**.
9    According to FBI SABT McEuen, al-Qaeda linked INSPIRE magazine frequently
10   contains instructions and information on how to make explosives, use them as
11   destructive devices and weapons of mass destruction, and provides guidance on
12   how to place those devices in support of violent jihad.

13              **7.    Google Search Warrant:**

14   On February 2, 2011, a search warrant was served upon Google for the
15   account contents of *StrengthofAllah* YouTube channel.  **(*See Govt. Ex.* 32-36,**
16   **146)**.  On March 14, 2011, Google responded with the following information; The
17   e-mail address associated with the account was strengthofallah@gmail.com; as
18   explained *supra*, strenghofallah@gmail.com was registered to Joey BRICE. The
19   usage logs, video posts and IP address used to create the account was 24.117.1.73.
20   The posted videos included 50 Kg ANFO, Blessed Chechen Mujahedeen attacked
21   by pro-Russian Forces and Kadyrov, Shaheedan, Zmuzh Ghazian, .3 KG APAN,
22   .5 KG APAN, and blessed Chechen.  **(*See Govt. Ex.* 146)**.  This content consisted
23   of the same videos as described *supra*, in addition to other content.[24]  On February
24   2, 2011, a search warrant was served upon Google for the account contents of
25   rzaforshiza@gmail.com.  On March 14, 2011, Google responded with the

26

27              [24]*See generally* ECF Doc. 182 (First Trial Memorandum).

28

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 38
P20907rs.RSA.billofparticulars.evidence.wpd

following noted information; rzaforshiza@gmail.com was used to create the user *Therzaforshiza* on December 14, 2010, using the IP address 24.117.1.73 (the same IP address as Brice used above), and which the Defendant used to make statements through the social media of YouTubeby the user *Therzaforshiza.*[25]  Google also provided private messages from *Chslosers* (as explained above was registered from the e-mail account joeybrice55@gmail.com). *See* ECF Doc. 182 (sample).  Google also provided private the account contents of *rzaforshiza.*

In response to a search warrant to Google Inc., for account content of joeybrice55@gmail.com, to which Google responded with additional statements by the Defendant and the following information:

**August 19, 2010:** From Paypal.com to "Timothy McVeigh joeybrice55@gmail.com, the shipping address was listed as Timothy McVeigh, 1749 Westwood Ct., Lewiston, ID., Telephone number (509) 552-0072, the purchase was for electronic access, so no actual physical delivery was to occur.

On February 22, 2011, FBI SABT McEuen went to the YouTube channel *Newspeakgeneration* via Google cache and viewed the screen snapshot of the site as of February 20, 2011.  There was a video title posted, "I found a FBI or ATF tracking device on my vehicle ! Real.."  It was uploaded by the user *Newspeakgeneration* on February 19, 2011, along with the comment, "So recently there was a bomb scare at a MLK day parade, the FBI has expanded their search to my area.  For some reason they have singled out myself. Email me at rzaforshiza@yahoo.com."  The user profile listed the age as 32 and the join date as

---

[25]Additional *Therazaforshiza* postings (including *Therzaforshiza* YouTube videos which were uploaded from IP 24.117.1.73 and contained the two titles, "500g APAN Booster" and "Timothy McVeigh Oklahoma City Bombing Dedication") have been previously noted in the First Trial Memorandum.  *See* ECF Doc. 182.  **(*See Govt. Ex.* 146).**

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 39
P20907rs.RSA.billofparticulars.evidence.wpd

February 15, 2011.  According to FBI SABT McEuen, FBI agents had placed a GPS tracker on BRICE's dark green Jeep Cherokee (Washington license plant number 507ZGZ) vehicle.  BRICE apparently discovered the tracker, turned the device in to the Clarkston Police Department, and made a police report.   FBI SABT McEuen obtained a copy of the police report, Incident number 11P00765, dated February 13, 2011.  In the report, BRICE stated his telephone number was (509) 758-1971 and cell number (509) 552-0072.  BRICE stated he found the tracker under his dark green Jeep Cherokee, (BRICE did not have his vehicle with him, could not provide the license plate for it, and stated the registration return does not list a registered owner).

During the investigation, search warrants were served upon Inland Cellular for account information and text messages from or to (509) 552-0072, the telephone number that BRICE had provided to the Clarkston Police Department on (or about) February 13, 2011.  Inland Cellular responded with text messages sent from and received by (509) 552-0072.[26]  **(See Govt. Ex. 147-150).**

In addition to specific, discrete text message conversations depicted in the First Trial Memorandum, according to FBI SABT McEuen, a review of the text messaging occurring to and from (509) 552-0072, revealed that in late January 2010, BRICE exchanged seven calls and 22 text messages with the owner (a/k/a "Smith") of a Maryland business, which sold ammonium nitrate and the chemicals to construct exploding targets utilizing tannerite.  **(See Govt. Ex. 1-3, 150).** BRICE indicated he was looking to obtain some product for his "boss" and asked, "if he could order with cash through the mail. He doesn't want any paperwork." Smith asked BRICE for an identification and BRICE responded: "Its [sic] not possible to do without id though? We try to stay as anonymous ar [sic] possible. I

---

[26]*See generally* ECF Doc. 182 (First Trial Memorandum).

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 40
P20907rs.RSA.billofparticulars.evidence.wpd

figured extra cash for your trouble."  Smith agreed and asked Brice what he was looking to purchase.  BRICE indicated, "One bulk 20 lbs."  Several days later, Smith replied indicating, "Money is here I have a tracking # 1ZA1483Y0393296040.  It's already packed and will go out today.  Thanks for the business!! Hope you buy from me later on!"  On May 17, 2011, the owner (a/k/a Smith) of the business was interviewed by the FBI and confirmed, with documentation, BRICE's purchase of 20 pounds of ammonium nitrate, a key component in Brice's explosive devices.

On February 4, 2011, FBI obtained a search warrant of the Microsoft Corporation for the account information and content of joey_brice@hotmail.com. Microsoft responded on February 18, 2011.  **(*See Govt. Ex.* 151, 152).**  In accordance with the U.S. Magistrate Court's instructions, a second warrant was requested when indicia of additional criminal activity was noted.  This additional warrant was authorized on March 11, 2011.  The following registration information was received: login, Joey_brice@hotmail.com, registration date March 10, 2002, X-box subscription information, joey BRICE (509) 758-1971 1748 Westwood Dr., Clarkston, WA.  In addition to joey_brice@hotmail.com references previously set forth *supra* and in the First Trial Memorandum, *see* ECF Doc. 182, **(*See Govt. Ex.* 154)**, the following e-mails were noted in the saved folder of the account:

**April 12, 2010:** from Joe Unknown <joey_brice@hotmail.com> to brady_zachow@hotmail.com, Subject zion job, File Attachment "Zion Job". The attachment described in detail and with annotated photographs how Brice and Zachow would rob the Zion Bank including, "I suggest reporting a bomb threat and make real explosives although there won't be an active trigger detonator. Unconnected wires will be fine.  We will leave the container on school property preferably in the mid orchards as to not have the downtown cops remain while getting the orchards police to also go to the bomb threat scene."…"I will need your rifle support though because if someone makes a grab for my gun while getting the money out of drawers we will have to kill someone."…"I suggest we do it on the 30th, most people get paid on the 15th/30th of the month.  April 30th is a Friday so

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 41
P20907rs.RSA.billofparticulars.evidence.wpd

there will be a lot of cash coming in."  [April 18th was the day Brice was injured by his IED.]

**(*See Govt. Ex.* 152, 153).**

### 8.    Initial INJTTF Online Undercover Contact with BRICE:

On March 30, 2011, an FBI online covert employee ("OCE") requested an account on Deen al-Haqq using the online moniker "Abu Harith" and email account Harith1978@gmail.com.  **(*See generally Govt. Ex.* 193).** The account was activated several days later, and the FBI- OCE conducted a review of postings by username "Yusuf90," known to be associated with BRICE.  **(*See Govt. Ex.* 194)** The following information was noted:

> **December 21, 2010:** Yusuf90 (b/t/b BRICE) created a thread titled, "Guerilla strategies, explosives guides, general Jihad articles" in the "General Discussion" forum on Deen al-Haqq.  The posting stated, "All praise is to Allah.  Guide us on the path to righteousness, we ask of thee. Amen."

According to the FBI-OCE, the above-referenced posting included 13 hyperlinks to files on the website www.mediafire.com, an online media sharing service.  At least eight files were password protected and Yusuf90 (b/t/b BRICE) provided the password to access the files in his posting.  **(*See Govt. Ex.*  195, 196)** The files included:

- Basic Guide Ammonium Nitrate-Nitro Methane
- Clandestine organization guide
- How to kill military tanks
- Fuel-Air-Explosives
- Chemistry of PETN explosive
- Personal self contained explosive container
- Undercover operations manual for police

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 42
P20907rs.RSA.billofparticulars.evidence.wpd

- Wilderness living guide
- Make a Zip gun
- Criminal rules and rights
- Engineering-Fluid Dynamics
- Guard Dog Training
- 500g APAN Charge, good for use as booster in large explosives.

The FBI received a search warrant return from Mediafire for the aforementioned files and reviewed the files for content. (*See Govt. Ex.* **155**). Additionally, the OCE accessed the files on the Mediafire website and downloaded most of the aforementioned files. The following information was noted:

- Basic Guide Ammonium Nitrate-Nitro Methane: A three-page instruction manual with pictures on how to manufacture improvised Ammonium Nitrate Nitro Methane (ANNM) explosives. The manual included instructions on how to manufacture Acetone Peroxide and Hexamethylene Triperoxide Diamine (HMTD) improvised explosives for use as an improvised blasting cap for the ANNM. The file was password-protected. (*See Govt. Ex.* **157**)

- Clandestine organization guide: A 43 page manual, which provided detailed information on how to set up a secret cell structure, surveillance techniques, counter surveillance, clandestine communications, and minimizing failure. The file was password-protected. (*See Govt. Ex.* **158**)

- How to kill military tanks: A 31 page document, which appeared to be a military manual descriptive of the title. (*See Govt. Ex.* **159**)

- Fuel-Air-Explosives: A series of five documents comprised of United States patents for fuel air explosives, including the chemical

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 43
P20907rs.RSA.billofparticulars.evidence.wpd

composition of those explosives.  The files were password-protected. (***See Govt. Ex.* 160**)

- Chemistry of PETN explosive:  A five-page article on how to manufacture Pentaerythritol Tetranitrate (PETN) explosives.  The file was password-protected. (***See Govt. Ex.* 161**)

- Personal self contained explosive container:  A five-page United States patent (#4,920,852), dated May 1, 1990, which provided instructions for a portable, self contained unit for transporting and mixing ingredients to form a fluid explosive.  The file was password-protected. (***See Govt. Ex. 162***)

- Undercover operations manual for police:  A 374 page training manual for UNDCP law enforcement undercover operations.  The file was password-protected marked "Restricted For Law Enforcement." (***See Govt. Ex.* 163**)

- Wilderness living guide:  An 84 page article, which included topics such as: caches, resupply systems, evading pursuit, covert signals, firearms for survival, and camouflage, among other topics.

- Make a Zip gun:   A six-page article on how to make improvised firearms. (***See Govt. Ex.* 164**)

- Criminal rules and rights:  This document was not included in the search warrant return from Mediafire.

- Engineering-Fluid Dynamics: A 276 page article published on August 26, 1999 by the NASA Ames Research Center.  The article contained mathematical equations regarding fluid dynamics. (***See Govt. Ex. 165***)

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 44
P20907rs.RSA.billofparticulars.evidence.wpd

- Guard Dog Training: A 512 page book regarding the Koehler method of guard dog training.  The file was password-protected. (***See Govt. Ex.* 166**)

- 500g APAN Charge, good for use as booster in large explosives: A 14 second video, which depicts an explosion and resulting crater at Brice's explosives range.  (***See Govt. Ex.* 167**)

**December 26, 2010:** an individual created a thread titled, "I'm a Proud Terrorist" in the English Section "General Discussion" forum on Deen al-Haqq.  (***See Govt. Ex.* 199**) [According to the FBI OCE, the posting described the arrest of a former policeman claiming links to the Al Qaeda terror network who provided weapons, ammunition, and basic military training to members of an outlawed terrorist group for jihad (holy war).  The posting indicated the former policeman had held meetings with suspected militants and "discussed jihad against the interests of the United States, Israel and their allies, in line with bin Laden's calls."]

**December 26, 2010:** Yusuf90 (b/t/b/ BRICE)[27] replied to the thread titled, "I'm a Proud Terrorist," with the following posting:

> *Strike fear into the hearts of the Kuffar namely the United States and it's* [sic] *allies.  But I call not for the lives of the innocent citizens of the United States but mainly it's* [sic] *government systems which are the real criminals.  There are so many ignorant Americans it's unbelievable.  They don't even know their own holy book,, we know theirs* [sic] *better than they do.*
>
> *Allah grants blessings to those who fight against tyranny and prey on the weak.*

(***See Govt. Ex.* 199**)

---

[27]BRICE subsequently confirmed that he was in fact "Yusef90" during a post-arrest interview on May 9, 2011.

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 45
P20907rs.RSA.billofparticulars.evidence.wpd

**April 28, 2011:** Yusuf90 (b/t/b/ BRICE) replied to a thread titled, "Anyone know what happened to the Inspire 5?" in the English Section "General Discussion" forum on Deen al-Haqq.  Yusuf90 (b/t/b/ BRICE) posted a hyperlink to a file on the website www.mediafire.com, which investigation revealed was the fifth edition of al-Qa'ida's Inspire Magazine. *(See Govt. Ex. 200, 202).*

According to FBI OCE, the magazine featured articles by Shaykh Abu Hurairah, the military commander of al-Qa'ida in the Arabian Peninsula, Shaykh Anwar Al-Awlaki, and Dr. Ayman al-Zawahiri.  The magazine encouraged and glamorized violent jihad, and provided instructions for conducting "Open Source Jihad."[28] *(See Govt. Ex. 202)*.

**May 1, 2011:** an individual started a thread titled, "Medical Care" in the "English Section" forum on Deen al-Haqq. *(See Govt. Ex. 203)*

According to FBI OCE, the posting discussed acquiring blood-clotting medicine to save the lives of wounded mujihadeen.  The individual provided detailed information regarding two specific blood-clotting medicines.  The first was QuickClot which the individual indicated was manufactured in the United States and could not be shipped internationally.  The second was Celox, which the individual indicated was manufactured in the United Kingdom.  The individual acknowledged these two treatments were "from Kuffar lands," but urged others to acquire Celox to "protect and save the lives of our mujihaden [sic]."  The

---

[28]The fifth edition of Inspire Magazine defined "Open Source Jihad" as a resource manual for those who loath the tyrants; includes bomb making techniques, security measures, guerilla tactics, weapons training and all other jihad related materials. *(See Govt. Ex. 202).*

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 46
P20907rs.RSA.billofparticulars.evidence.wpd

individual stated she was attempting to identify distributors of Celox in "Muslim lands." (*See Govt. Ex.* **193, 204)**

**May 1, 2011:** Yusuf90 (b/t/b BRICE) replied to the thread titled, "Medical Care," with the following posting:

> *Buying this powder in large amounts will bring unnecessary attention, even more so if it is ordered in regions where our mujahideen brothers, may Allah bless them, are fighting the occupiers. So if someone was to use this advice in order to help the Jihad movement, one would have to buy it far away and travel to deliver. These types of styptic powders can be found in most medical stores, but they are only found in small amounts.*
>
> *I suggest calcium carbonate powder. This is used for those with weak bones and bad hearts.  They are pills but if it is crushed into powder, it works the same way as this website link you have shown us. These type of medical items are less suspicious and can be bought in large amounts.*
>
> *But one should realize that these powders will not stop the progression of an explosive injury or wound. It should only be used to temporarily stop bleeding from ammunition wounds or deep cuts until the akhi can be brought to get medical help. Infection is only a major issue when trying to use these for devastating wounds.*
>
> *May Allah be pleased with your advice though.*
>
> *JakakAllah khair Sister*

(*See Govt. Ex.* **193**).

**May 1, 2011:** FBI OCE (a/k/a "Abu Harith") also replied to the thread titled, "Medical Care," with the following posting:

> *Shukran Jazillan Ukhti for the great information, Jazaki Allahu Khayran.*
>
> *Same for you akhi Yusuf*
>
> *As I watch Al Jazeerah everyday and see what is going on in our Umma, from Iraq to Afghanistan to Yemen, Libya, and now Syria I cannot help but think how badly needed this is.  While akhi yusuf offers great alternative solutions it is very limited. We need to think of how we can work around those limitations and try to find and ship this great and well needed product to our brothers and sisters who need it most.*

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 47
P20907rs.RSA.billofparticulars.evidence.wpd

> *Let us put our heads together and find a solution and do our Jihad instead of just talking about it.*

(***See Govt. Ex.*** **193**).

**May 1, 2011:** FBI OCE (a/k/a "Abu Harith") sent a private message to Yusuf90 (b/t/b BRICE) titled, "Help," with the following posting:

> *AKhi Yusuf,*
>
> *Thank you again for you valuable information again.  You seem like a very knowledgable mujahid.  You mentioned that Calcium Carbonate is easily obtainable in big quantities. Would please let me know where I can get it.  My situation allows me to travel much here in the U.S. and allows me great flexibility of buying it from different states without inshallah drawing attention.*
>
> *Guide me to where I can get it and we can both serve our brothers and the mujahideen in our struggle against the kuffar. Also can I buy it online without drawing any attention?  Also if I do buy it online will the companies I buy it from ship overseas?*
>
> *I look forward to your advice*
>
> *Jazak Allahu Khayran Allah, May Allah favor you in Yawm Al Qiyama.*
>
> *Akhook Abu Harith*

(***See Govt. Ex.*** **193**).

**May 2, 2011:** Yusuf90 (b/t/b BRICE) replied to the private message from FBI OCE (a/k/a "Abu Harith") titled, "Re: Help," with the following posting:

> *My akhi Abu,*
>
> *If you look for "calcium carbonate bulk" on search engines, you will find many places to buy up to 50 lbs. Each mujahid should have .5 kg of this crushed into smaller powder. Not too thin of powder. You take a bandage, apply on the wound, then put pressure on the wound. It will hurt very bad but so does ani septic (sic). The powder must stay clean or you will spread infection or cause healing issues. But you must remember, Allah may wish the mujahid to enter paradise so many deep puncture wounds can't not be delayed or slowed greatly. This*

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 48
P20907rs.RSA.billofparticulars.evidence.wpd

*advice is only for minor rifle injury, cut injuries or explosive injuries.*

*You may translate "calcium carbonate bulk" to your native language if it helps you find it closer to your region. Do you mind if I ask where you live? You don't have to answer but if you need help I may need to know this. I am worthy of trust.*

*Do you know AllahsServant well?*

*wa'l-salaam*

**(*See Govt. Ex.* 193)**.

**May 2, 2011:** FBI OCE (a/k/a "Abu Harith") replied to the private message from Yusuf90 (b/t/b BRICE) titled, "Re: Help," with the following posting:

*As Salamu 3alaykum Akhi Yusuf,*

*Shukran Akhi for your eagerness to help. I am sure in lieu of the yesterday's events the time to help with calcium carbonate has passed. Before we can trust you to help us we need to know about you and your expertise.*

*For security reasons all I can divulge to you is that i* [sic] *live in, midwest, Dar El Harb* [Translation: "America"]. *We need to be very careful akhi and in the future I would like to communicate through secure e-mail like gmail.*

*Regarding your other question I am not in the habit of discussing my ikhawan wa akhawat.*

*Jazaka Allahu Kharan*
*Akhook Abu Harith*

> **5.    Continued INJTTF Online Undercover Contact with BRICE:**

The following online conversation between the FBI OCE (a/k/a "Abu Harith") and BRICE occurred between May 3, 2011, and May 8, 2011.

**May 3, 2011:** FBI OCE (a/k/a "Abu Harith") sent an additional reply to the private message from Yusuf90 (b/t/b BRICE) titled, "Re: Help," with the following posting:

*Akhi Yusuf,*

*I have reading your posts and it is time to act. Are you willing help.*

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 49
P20907rs.RSA.billofparticulars.evidence.wpd

1    *contact me on abuharith1978@gmail.com*

2    *Jazak Allah Kheyr*

3    *Akhook Abu Harith*

4    (**See Govt. Ex.** 193, 206).

5    **May 5, 2011:** BRICE created the email account allahguidance@gmail.com

6    and sent a message to FBI OCE (a/k/a "Abu Harith")

7    <abuharith1978@gmail.com> titled, "The Beginning," with the following

8    posting:

9        *as-salaamu 3alaykum* [Translation: "Peace be upon you."]

10   *I am sorry it took me days to respond Akhi* [Translation:
     *Brother] Abu. I am also in Dar al-Harb* [Translation:
11   "America; house or land of war"]

12   *Indeed, now is the time for action. But we must keep safe in this
     time as well.*

13
     *Knowledge is for acting upon, so our duty as Muslims is to act
14   swift and with strength.*

15   *Stay safe.*

16   *May Allah, the merciful, watch over us.*

17   *Amen* [Translation: "Amen"]

18   *Yusuf*

19   (**See Govt. Ex.** 193, 206).

20   **May 6, 2011:** FBI OCE (a/k/a "Abu Harith") <abuharith1978@gmail.com>

21   replied to the email titled, "Re: The beginning," with the following posting:

22   *Akhi* [Translation: "brother"] *Yusuf,*

23   *Assalamu 3alaykum wa ra7matu Allahi wa barakatihi.*
     [Translation: "Peace be upon you and Allah's blessing and
24   blessings."]

25   *Thank you for the reply I was start to worry about you not
     wanting to help.  Let me command you for your cautiousness
26   by reaching for me on gmail, it is safest.  Living in Dar El
     Harb* [Translation: "House or land of War"] *we have to be very
27   safe.*

28

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 50

*Akhi* [Translation: "Brother"] *we read your posts on Din el Haqq and are very impressed by your know of chemistry. We are in the middle of planning something big that will hurt the* kuffar [Translation: "Infidels"] *and inshallah* [Translation: "God willing"] *teach them a lesson. Forgive me for not providing you with details, the less you know the better for you. But we need your help very soon.*

*We have the needed material but are having problems with consistently making the taffir* [Translation: "detonation"]. *Can you help us?*

*Jazak Allah Kheyr Akhi.* [Translation: "May Allah reward you for your good deeds brother."]

*Akhook Abu Harith* [Translation: "Your brother Abu Harith"]

**(See Govt. Ex. 193, 206)**.

**May 7, 2011:** Yusuf (b/t/b BRICE) <allahguidance@gmail.com> replied to

the email titled, "Re: The beginning," with the following posting:

*[Arabic Printing]* [Translation: "Peace be upon you"]

*I am always willing to help my brothers but I must know more specific parts of your plan. I must also stress that the kafir* [Translation: "infidel"] *is becoming very smart in order to fool fellow brothers and sisters into joining them , then they are arrested . Can you prove to me you are who you say you are and that I can trust you?*

*What problems are you having with your project? If you have the needed materials, insha'Allah* [Translation: "Allah or God willing"]. *you should be able to build the correctly. My trust is in you, therefore I expect in return.*

*Stay safe.*

*[Arabic Printing] akhi* [Translation: "May Allah reward you for your good deeds brother"]

*Y.*

**(See Govt. Ex. 193, 206)**.

**May 7, 2011**: FBI OCE (a/k/a "Abu Harith") replied to the email titled, "Re:

The beginning," with the following posting:

*[Arabic Printing]* [Translation: "Peace be upon you as well and Allah's mercy and blessings."]

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 51
P20907rs.RSA.billofparticulars.evidence.wpd

*Akhi* [Translation: "Brother"] *Yusuf*

*I am very impressed by your cautiousness and have to agree with you about the Kufar* [Translation: "infidels"]. *I have been living in Dar El Harb [House or land of war] for a while and have seen too many ikhwan mujahideen* [Translation: "holy warrior brothers"] *being arrested, because of carelessness and have to be honest wondered about you as weell* [sic]. *WHat* [sic)] *can I do to prove to you that I am who I say I am?*

*As for the target I cannot go into details for the same reasons we talked about before, but I can tell you that the target is those who have been hurting our Ikhwan* [Translation: "brothers"] *in Iraq and other places for years and specifically our Sheikh Abu Abdallah* [Translation: "Usama Bin Laden"] *last week, the junud* [Translation: "Soldiers"].

*Akhi* [Translation: "brother"] *I will let you decide whether you want to help or not. Here is our problem. We are using nail polish remover (acitone)* [sic] *and beroxide* [sic] *cap in diesel fuel and amoniom* [sic] *ntrate* [sic] *but we are not always getting infjar* [Translation: "Detonation"] *all the time, ahyanan* [Translation: "sometimes"] *yes wa* [and] *ahyanan* [Translation: "sometimes"] *No.*

*Akhi* [Translation: "brother"] *you decide if you want to help or not but either way let me know soon.*

*[Arabic Printing]* [Translation: "May Allah reward you for your good deeds."]

*[Arabic Printing]* [Translation: "Your brother in Allah Abu Harith.]

**(*See Govt. Ex.* 193, 206)**.

**May 8, 2011:** Yusuf (b/t/b BRICE) <allahguidance@gmail.com> replied to the email titled, "Re: The beginning," with the following posting:

*The only way to earn my trust is to give me more information what you are planning.*

*Do not use nail polish remover. Use real 90% or higher acetone , you can buy this at hardware stores. If you are making TATP which is acetone peroxide, you cannot use this as a blasting cap for ANFO (ammonium nitrate/diesel). If you are using tatp for your caps you need to build a booster to bridge the two. ANFO is difficult to detonate. You need to take your acetone peroxide and dehydrate your nitrate by baking in the oven for 30-60 minutes. Ammonium nitrate will not work properly if the water molecules from the air are absorbed. DO*

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 52
P20907rs.RSA.billofparticulars.evidence.wpd

*NOT PUT THE ACETONE PEROXIDE IN THE OVEN. JUST THE FERTILIZER.*

*A booster should be around 300-500 grams.*

*To make this , take a ratio of 12:88 APAN ( Acetone peroxide -ammonium nitrate). So if you have 100 grams of APAN, you should measure 12 grams of AP and 88 grams of nitrate .. and then mix the two well. This booster can be detonated with a simple acetone peroxide blast cap. Bury the cap in the booster with just the fuse or wire from the cap sticking out. It's important to cover the cap inside the booster entirely or you may have a failed detonation.*

*Once you have a booster made, you can then mix your Ammonium nitrate- diesel fuel at a ratio of 94:6 . Remember that this measurement is by weight so if you made a 100 gram anfo device, you would measure 94 grams of nitrate and 6 grams of fuel. Mix this well and let it absorb for a hour. Make sure to seal both the booster and the anfo so it does not absorb water from the air. Plastic gallon sized bags are good to use . Double wrap them to avoid fuel leaking through and getting on your hands or to hide the smell of fuel.*

*Wrap the AN-FO around the booster . If you have done this correctly , your nitrate will detonate. ANFO requires heavy detonation so you must use a booster to build a bridge between the cap and the ANFO.*

*BUT, you have to perfect your work , there are often many failed detonations before you achieve success. Be careful , this is dangerous work, follow all precautions safely.*

*First you need to make sure you are making correct acetone peroxide, then move on to your booster. Test your booster before building a large explosive as to avoid wasting your time.*

*You will most likely need to ask me more questions because it is hard to explain everything in one email. But I need you to tell me , where are you getting your ammonium nitrate from ? You have to be using the correct type. Some have new ingredients in the nitrate so that they cannot be made into explosives.*

*I will design a diagram for you to better understand how to use the booster but first i need you to answer these questions in the next email.*
*-Where are you getting your nitrate from?*
*-Are you stabilizing the acetone peroxide with baking soda powder after you filter it ?*
*-In acetone peroxide there are 3 chemicals; Acetone, hydrogen peroxide, and third is an acid. Sulfuric acid is too difficult to*

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 53
P20907rs.RSA.billofparticulars.evidence.wpd

*acquire, use an acid called "muriatic acid" . This is found in all hardware stores for a very low price, it is used to clean pools and concrete ground. It is dangerous so avoid inhaling.*

*Jazak Allah khayr akhi* [Translation: "May Allah reward you for your good deeds brother."]

**D.    Arrest of JOSEPH JEFFEREY BRICE:**

On May 9, 2011, FBI and INJTTF arrested BRICE on the Sealed Indictment and executed federal search warrants on his residence, his parent's residence, his vehicle and Alyssa Pittman's vehicle. **(*See Govt. Ex.* 213-262, 274-298)**. When BRICE was taken into custody, FBI SABT McEuen and FBI SSA Harrill advised BRICE of the pending federal Indictment and his rights.  BRICE waived his right to remain silent, signed an Advice of Rights form, and provided a recorded statement (approximately four hours) to FBI SABT McEuen and FBI SSA Harrill. **(*See Govt. Ex.* 267, 268)**. Essentially, BRICE stated he was a member of the "jihadi" website "Deen al-Haqq" and used the screen name "Yusuf90" on that site. **(*See Govt. Ex.* 267, 268)**.  BRICE admitted that he posted files that contained step by step instructions to make the improvised explosives, including TATP and APAN on that site. **(*See Govt. Ex.* 267, 268)**. BRICE further admitted that he was in contact with a person who used the screen name "Abu Harith" on "Deen al-Haqq." **(*See Govt. Ex.* 267, 268)**.  BRICE indicated he created the account allahguidance@gmail.com and sent abuharith1979@gmail.com detailed information on how to make and use explosives. **(*See Govt. Ex.* 267, 268)**. BRICE also admitted posting an Inspire Magazine on the Young News Channel. **(*See Govt. Ex.* 267, 268)**.

BRICE stated he was not a Muslim convert, but did study Islam. **(*See Govt. Ex.* 267, 268)**.  BRICE stated he supplied the explosives knowledge and files to the Jihadists in order to gain their trust, obtain access to them, and learn what their plans were. **(*See Govt. Ex.* 267, 268)**. He stated he did not report any of his

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 54
P20907rs.RSA.billofparticulars.evidence.wpd

activities to law enforcement, but may have in the future. **(*See Govt. Ex.* 267, 268)**.

BRICE indicated he had cannon fuse and a drill in his car for the purpose of creating bombs to destroy two televisions sets he had in his apartment. **(*See Govt. Ex.* 267, 278)**. The FBI Seattle Evidence Response Team (ERT) located the cannon fuse and drill in Brice's vehicle. **(*See Govt. Ex.* 275, 276, 277)**.

During the post-arrest interview, BRICE also signed a Consent to Search his computer, which included an Intel HP (which contained bombing recipes and contact with the Deen Al Haq website) and a Consent to Assume Online Presence, **(*See Govt. Ex.* 273)**. which included allahguidance@gmail.com (password ronald55); Yusef90 (password ronald55); and rzafoshiza on YouTube. BRICE also initialed numerous documents including a timeline relevant to BRICE's online activity and manufacturing and detonation of destructive devices; **(*See Govt. Ex.* 269)**; a photograph of the area in which the destructive devices were detonated; **(*See Govt. Ex.* 270)**; a photograph of an end cap from a homemade pipe bomb; plans for the Zion Bank robbery; and a printout from the Young News Channel website. **(*See Govt. Ex.* 270.1-272)**. On May 16, 2011, the FBI accessed the account using the provided screen name and password. The following information was noted:

> **May 8, 2011:** allahguidance@gmail.com (BRICE) received an invitation to join the Ansar Al-Mujahideen (www.ansar1.info), a well known jihadi forum.

The string of email communications between allahguidance@gmail.com (BRICE) and abuharith1978@gmail.com (FBI OCE) was located. **(*See Govt. Ex.* 193)**.

**IV.**   **The Evidence:**

    **A.**   **Context:**

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 55
P20907rs.RSA.billofparticulars.evidence.wpd

During the August 6, 2012, Pretrial Hearing, the United States interpreted the Court's expressed concern about some of the exhibits as not being relevant as viewing the exhibits essentially in a vacuum, without the context of presentation. As such, the United States attempted to explain that analysis of the exhibits must be done through the present lens of social media conversation.  The United States explained:

> [P]erhaps part of the, part of the confusion is that we're – when, if one looks at the exhibits as we might normally have, I guess, Your Honor, the pardigm or the lens that we're all used to looking at these exhibits in terms of trial, does this exhibit stand on its own, does this exhibit, what does this exhibit mean?
>
> If this exhibit doesn't come in, does it affect three other exhibits or is it separate?
>
> I think we have, for good reason, because that's how exhibits are typically presented in trials.   This case is a little bit different in terms of the exhibit list and maybe I can explain how the process of these exhibits was developed.
>
> The first – and this would come out in trial, in terms of the authentication of the exhibits.
>
> A search warrant was issued to Google.  A number of search warrants were issued, but we'll take the Google search warrant issued.
>
> Google returned a disk and the disk is analyzed.  Okay.
> The United States would, intended [sic], that if necessary it would admit that disk as a whole.  This is the complete set of evidence that came from Google.
>
> If the Court recalls, we officially put that on a discovery disk, honestly not thinking that if that particular disk would have been opened, it could potentially open up to viruses that would have been on individual e-mails within that disk.  So we removed it.
>
> * * *
>
> Now the testimony from Special Agent McEwen would be, in review of this disk, Google provided that these comments were made. And a comment was made, I don't know, I'll just make up something. That I prefer chemical bombs to pipe bombs.
>
> * * *

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 56
P20907rs.RSA.billofparticulars.evidence.wpd

So Special Agent McEwen finds this comment.  Okay.  This seems to be relevant.  And Special Agent McEwen's analysis of it, at the bottom of that comment is a strange set of numbers that, you could say are encrypted, but basically it's some lower case numbers, some upper case numbers, and letters and some numbers that's a code.

If that code then is typed into an internet search, then what it does is it automatically – it's like a web site.  It brings up the YouTube web page that that comment was made to [sic].

And bringing up that page, perhaps that web page says, "Chemical Bombs Versus Pipe Bombs."  Maybe that's the title of the web page.

If that was the title of the web page, then and the comment was, "I prefer chemical bombs to pipe bombs," then a decision was made by the United States in this process so far to say, that statement, the comment stands by itself without the context, other than title of the video.

The United States doesn't need to show the video, in order to present that comment and its relevance.

Now, it may be that a comment comes up that says, okay, maybe the comment is more – the comment doesn't stand by itself.

* * *

Now that video and it maybe has a certain title, and Special Agent McEwen watches that video, and myself included in this process, we watch that video, and say, wow, after you watched the video, now the comment has a context.

So for many, so in order to say, this is what this comment may mean or may, why it may be relevant, after seeing, arguably, the first part of the conversation, the video, here's the response to it, here's the comment.

So in those circumstances, the United States has submitted the videos, not because they're designed to be emotionally charged on their ow, but because, without the video, the comment has no meaning.

And I would argue that what we're used to, in terms of evidence, is, here's a video, that has value.  Here's a comment, that has value.  But in this case, in many cases, it's two parts that come together to make the relevant exhibit.  And that's why they have been listed that way.

I guess that – that's what, that's kind of the explanation of how this, how this works in terms of there's maybe, let's say there's a hundred comments.

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 57
P20907rs.RSA.billofparticulars.evidence.wpd

1    Many of those comments stand by themselves.  But there's only
2    23 videos that need to be played in order for the comment to make
     sense.

3    I would argue that we're looking at a day and age to where,
4    here's a defendant whose anywhere from 18, 19, 20, 21 years old, and
     is a part of a genertion, arguably, that communicates through text
5    messages, communicates through social media, communicates
     through YouTube.

6                                    * * *

7    We see that, Your Honor, on Spokesman Review articles that
8    are posted on the web.  S soon as something's posted, there's a blog
     or whatever they call it, to where people can post comments.

9    Those comments in and of themselves constitute statements
10   made by an individual, but those statements are in response to,
     arguably, a statement made by the Spokesman Review.

11   I this case, if a video, if there's a comment that the United
12   States believes that the video is necessary to provide the relevance of
     the comment, then arguably it's a two-part conversation.  The video is
13   the first part of the conversation, the defendant's comment is the
     second part of the conversation.

14   So it's just, it's understandably, looking at it in terms of exhibit
15   1, exhibit 2, exhibit 3, exhibit 4, and checking that off, doesn't
     necessarily make a lot of sense.

16   *See* Hearing Trans., Pg. 34, Line 12 to Pg. 39, Line 2 (August 6, 2012)).

17   **B.    Exhibit List and Relevance:**

18   The Court ultimately clarified its concern about how the exhibits support

19   Count Two and Count Three.  While the United States respectfully submits that

20   the best approach to analyzing the relevance of the exhibits would be to view the

21   exhibits with argument during the September 12-13, 2012, hearing, the United

22   States nevertheless sets forth the following table analysis.

23

24

25

26

27

28

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 58
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 1 | **Document:** Sales Receipt for Explosive Material Purchased from Smith Industries, LLC, Elkridge, Maryland | Count 1: acquisition of explosive material |
| 2 | **Document:** Copy of Identification of Jeffrey Brice and Notes from Smith Industries, LLC, Elkridge, Maryland | Count 1: acquisition of explosive material |
| 3 | **Document:** Copy of UPS Tracking Information for Item Shipped from Smith Industries, LLC, Elkridge, Maryland | Count 1: acquisition of explosive material |
| 4 | **Photograph:** Whitman County Sheriff's Office Investigation of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 5 | **Photograph:** Whitman County Sheriff's Office Investigation of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 6 | **Photograph:** Whitman County Sheriff's Office Investigation of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 7 | **Photograph:** Whitman County Sheriff's Office Investigation of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 8 | **Photograph:** Whitman County Sheriff's Office Investigation of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 59
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 9 | **Photograph:** Whitman County Sheriff's Office Investigation of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 10 | **Item**: White Plastic Fragments Taken from Area of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: item of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 11 | **CD**: Five Video Files Downloaded from Strengthofallah YouTube Channel by FBI SABT Lee McEuen | Count 3: Inextricably intertwined with Attempting to Provide Material Support |
| 12 | **Photograph:** FBI Investigation of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 13 | **Photograph:** FBI Investigation of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 14 | **Photograph:** FBI Investigation of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 15 | **Photograph:** FBI Investigation of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 16 | **Photograph:** FBI Investigation of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 60
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 17 | **Photograph:** FBI Investigation of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 18 | **Photograph:** FBI Investigation of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 19 | **Document:** FBI Sketch of Area of Detonation of Improvised Explosive Device on April 18, 2010 (3 pages) | Count 1: demonstrative exhibit of explosive incident |
| 20 | **Soil Samples**: Taken from Area of Detonation of Improvised Explosive Device by FBI | Count 1: item of explosive incident |
| 21 | **Item**: Metal Pipe Cap Found in Area of Detonation of Improvised Explosive Devices by FBI | Count 1: item of explosive incident<br>Count 2: experience/knowledge of explosives |
| 22 | **Item**: Pipe Fragments Taken from Area of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: item of explosive incident<br>Count 2: experience/knowledge of explosives |
| 23 | **Item**: Fragments of White Plastic Found in Area of Detonation of Improvised Explosive Devices by FBI | Count 1: item of explosive incident<br>Count 2: experience/knowledge of explosives |
| 24 | **Photograph:** FBI photo of evidence collected by Whitman County SO of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 61
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 24.1 | **Photograph:** FBI photo of evidence collected by Whitman County SO of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 24.2 | **Photograph:** FBI photo of evidence collected by Whitman County SO of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 24.3 | **Photograph:** FBI photo of evidence collected by Whitman County SO of Detonation of Improvised Explosive Device on April 18, 2010 | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 25 | **Photograph:** FBI photo of evidence collected  of Detonation of Improvised Explosive Devices | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 26 | **Photograph:** FBI photo of evidence collected  of Detonation of Improvised Explosive Devices | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 27 | **Photograph:** FBI photo of evidence collected  of Detonation of Improvised Explosive Devices | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 28 | **Photograph:** FBI photo of evidence collected  of Detonation of Improvised Explosive Devices | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 29 | **Photograph:** FBI photo of evidence collected  of Detonation of Improvised Explosive Devices | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 62
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 30 | **Photograph:** FBI photo of evidence collected of Detonation of Improvised Explosive Devices | Count 1: photograph of explosive incident<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 32 | CD: Google SW return 2/2/2011 MJ -11-022-00 | Counts 1, 2, 3: Authentication of Comments Admitted through Google PowerPoint Summary ***Govt. Ex. 146***<br><br>[No Present Intent to Publish] |
| 33 | CD: Google SW return 2/4/2011 MJ -11-031-00 Internal ref#63115-127560 2/16/2011 | Counts 1, 2, 3: Authentication of Comments Admitted through Google PowerPoint Summary ***Govt. Ex. 146***<br><br>[No Present Intent to Publish] |
| 34 | Document: Google subpoena return letter, account information and I.P. usage (9 pages) Internal ref# 63115-127233 2/2/2011 | Counts 1, 2, 3: Authentication of Comments Admitted through Google PowerPoint Summary ***Govt. Ex. 146***<br><br><br>[No Present Intent to Publish] |
| 35 | CD: Google SW return 5/3/2011 MJ-11-204-00 Internal ref #63115-137274 5/9/2011 | Counts 1, 2, 3: Authentication of Comments Admitted through Google PowerPoint Summary ***Govt. Ex. 146***<br><br>[No Present Intent to Publish] |
| 36 | CD: Google SW return 6/7/2011 Internal Ref #63115-140844 (Allahguidance) | Counts 1, 2, 3: Authentication of Comments Admitted through Google PowerPoint Summary ***Govt. Ex. 146***<br><br>[No Present Intent to Publish] |
| 36.1 | CD: PowerPoint of Allahguidance (10 pages) | Summary Exhibit Relevant to Count 3. |
| 37 | Document: Google subpoena return for Terroists95 and Nusantarean (14 pages) Internal Ref#63115-136976 5/3/2011 | Count 3: Authentication for video [Govt. Ex. 49] and comment [Govt. Ex. 129] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 63
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 38 | **CD:** YouTube Video "Jon Robinson's McVeigh segment Part 1/6" http//www.youtube.com/all_comments?v=Yo9OhDZknXw | The video is admissible to show the context of the Defendant's social media statement to [Govt. Ex. 65]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives<br>Count 2:  Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive;<br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 39 | **CD:** YouTube Video "Timothy McVeigh: Martyr Without a Cause" http//www.youtube.com/all_comments?v=iom3Aahn6_0 | The video is admissible to show the context of the Defendant's social media statement to [Govt. Ex. 85]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives<br>Count 2:  Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive;<br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 40 | **CD:** YouTube Video (Audio) "The Turner Diaries Audio Book Part 4" http//www.youtube.com/all_comments?v=sXKofl539OI | The video is admissible to show the context of the Defendant's social media statement to [Govt. Ex. 93]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: Defendant's motive to manufacture chemical explosives<br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 64
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|---|---|---|
| 41 | **CD:** YouTube Video "Car Bomb with Concrete Jersey Barriers" http://www.youtube.com/all_comments?v=dJv14fcDBVY | The video is admissible to show the context of the Defendant's social media statement to [Govt. Ex. 99]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: Defendant's motive to manufacture chemical explosives<br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 42 | **CD:** YouTube Video "how to make a fake/prop pipe bomb" http://www.youtube.com/all_comments?v=VfSxs-GKaIE | The video is admissible to show the context of the Defendant's social media statement to [Govt. Ex. 65]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: Defendant's *intent* to manufacture chemical explosives<br>Count 2: Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive;<br><u>Count 3</u>: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 43 | **CD:** YouTube Video "We Are Waiting For the Enemy to Come: Vanguard Extra" http://www.youtube.com/all_comments?v=Hhul4BQ-DYA | The video is admissible to show the context of the Defendant's social media statement to [Govt. Ex. 104]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3 to prove the Defendant's *intent* to provide material support to terrorists<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 65
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 44 | **CD:** YouTube Video "Jon Robinson's McVeigh segment Part 6/6" http//www.youtube.com/ all_comments?v=7gLwH FAU21Y | The video is admissible to show the context of the Defendant's social media statement to [Govt. Ex. 106]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives<br>Count 2: Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive;<br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 45 | **CD:** YouTube Video "Wireless Fireworks Ignition Circuit" http//www.youtube.com/ all_comments?v=JQtXlg a4J2M | The video is admissible to show the context of the Defendant's social media statemen to [Govt. Ex. 115]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 46 | **CD:** YouTube Video "Napolitano: 'We're Always Leaning Forward'" http//www.youtube.com/ all_comments?v=OthK4 urNyt4 | The video is admissible to show the context of the Defendant's social media statement to [Govt. Ex. 117]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 66
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 47 | **CD:** YouTube Video "Terror From Hell: The Children of Beslan Tell Their Stories (3 of 6)" http//www.youtube.com/all_comments?v=3nf2tG9Xi34 | The video is admissible to show the context of the Defendant's social media statement to [Govt. Ex. 124]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 48 | **CD:** "Timothy McVeigh Oklahoma City Bombing Dedication" YouTube Encrypted # Yts5gjCkURs | The video is the Defendant's own social media conversation statement through posting the video on the internet which is party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401: <br><br> <u>Count 1</u>: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives <br> <u>Count 2</u>:  Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive; <br> <u>Count 3</u>: Defendant's *intent* to provide material support to terrorists. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 49 | **CD:** YouTube Video "[No Title - Subject Matter: Twin Towers" (Posted by Nusantarean) http//www.youtube.com/all_comments?threaded=1&v=hCTixaFJUNQ | The video is admissible to show the *context* of the Defendant's own social media conversation statement [*Govt. Ex. 129*] which is party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401: <br><br> Count 3: to prove the Defendant's *intent* to provide material support to terrorists <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [Published through *Govt. Ex.* 146] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 67
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 50 | **CD:** "500g APAN Booster" Encrypted ID # tagZvsAtKwo | The video is the Defendant's own social media conversation statement through posting the video on the internet which is party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401:<br><br>Count 1 to prove the Defendant's *intent* to knowingly make a destructive device;<br>Count 2: to prove the Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive;<br>Count 3: to prove the Defendant *provided* training, expert advice or assistance and to prove the Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[Published through *Govt. Ex.* 146] |
| 51 | **CD:** YouTube Video "Nice Nasheed by Chechen Mujahideens<br><br>http//www.youtube.com/ all_comments?v=wX76 mKj_HTQ | The video is admissible to show the context of the Defendant's social media statement to [Govt. Ex. 134]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 52 | **CD:** YouTube Video "Chechen Mujahadeen Destroying Russian Military"<br>http//www.youtube.com/ all_comments?v=KWHl EMOBwQl | The video is admissible to show the context of the Defendant's social media statement to [Govt. Ex. 135]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 68
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 53 | **CD:** YouTube Video "Mock Times Square Bomb Testing" http//www.youtube.com/all_comments?v=XwOQnhoo_Hg | The video is admissible to show the context of the Defendant's social media statement to [Govt. Ex. 138]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 54 | **CD:** YouTube Video "Witness to AZ Shooting Told Investigators Someone Else Was Working With Shooter" http//www.youtube.com/all_comments?v=B6vpWvvy9Eo | The video is admissible to show the context of the Defendant's social media statement to [Govt. Ex. 141]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 55 | **CD:** YouTube Video ".3 Kg APAN" Encrypted ID # HjU038RKj0w | The video is the Defendant's own social media conversation statement through posting the video on the internet which is party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401: Count 1 to prove the Defendant's *intent* to knowingly make a destructive device; Count 2: to prove the Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive; Count 3: to prove the Defendant *provided* training, expert advice or assistance and to prove the Defendant's *intent* to provide material support to terrorists. It is not unduly prejudicial pursuant to Rule 403. [Published through *Govt. Ex.* 146] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 69

| No.# | Description | Relevance |
|------|-------------|-----------|
| 56 | **CD:** YouTube Video ".5 kg apan" Encrypted ID # Jjy59TvvbRY | The video is the Defendant's own social media conversation statement through posting the video on the internet which is party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401: Count 1 to prove the Defendant's *intent* to knowingly make a destructive device; Count 2: to prove the Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive; Count 3: to prove the Defendant *provided* training, expert advice or assistance and to prove the Defendant's *intent* to provide material support to terrorists. It is not unduly prejudicial pursuant to Rule 403. [Published through *Govt. Ex.* 146] |
| 57 | **CD:** YouTube Video "50 kg ANFO" Encrypted ID # OTyt8TpNUqc | The video is the Defendant's own social media conversation statement through posting the video on the internet which is party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401: Count 1 to prove the Defendant's *intent* to knowingly make a destructive device; Count 2: to prove the Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive; Count 3: to prove the Defendant *provided* training, expert advice or assistance and to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. [Published through *Govt. Ex.* 146] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 70

P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 58 | **CD:** YouTube Video "APAN 550 grams" Encrypted ID # 3HSCbUM2294 | The video is the Defendant's own social media conversation statement through posting the video on the internet which is party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401: <br><br> Count 1 to prove the Defendant's *intent* to knowingly make a destructive device; <br> Count 2: to prove the Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive; <br> Count 3: to prove the Defendant *provided* training, expert advice or assistance and to prove the Defendant's *intent* to provide material support to terrorists. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [Published through *Govt. Ex.* 146] |
| 59 | **CD:** YouTube Video "Shaheedan" Encrypted ID # aQDyu22c5iI | The video is the Defendant's own social media conversation statement through posting the video on the internet which is party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401: <br><br> Count 3: to prove the Defendant's *intent* to provide material support to terrorists. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [Published through *Govt. Ex.* 146] |
| 60 | **CD:** YouTube Video "Zmuzh Ghazian" Encrypted ID # 1nddS2Yr_tM | The video is the Defendant's own social media conversation statement through posting the video on the internet which is party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401: <br><br> Count 3: to prove the Defendant's *intent* to provide material support to terrorists. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [Published through *Govt. Ex.* 146] |
| 60.1 | **CD**: YouTube Video "Blessed Chechen" Encrypted ID # ns2k9dND9WI | The video is relevant pursuant to Rule 401 to: <br><br> Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 71
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 61 | **Document:** Comments Posted to YouTube Video "russian helecopter shot down by missile" (8 pages) http//www.youtube.com/all_comments?v=v8ZvRUDCjA&page=2 | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:  Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403.  It is not unduly prejudicial pursuant to Rule 403.  [ Published through *Govt. Ex.* 146 ] |
| 62 | **Document:** Comments Posted to YouTube, Video "Anti-gun politicians get OWNED", http//www.youtube.com/all_comments?v=Yzb4R1x60CI&page=3 | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:  Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403.  It is not unduly prejudicial pursuant to Rule 403.  [ Published through *Govt. Ex.* 146 ] |
| 63 | **Document:** Comments Posted to YouTube Video "Pipe Bomb/Molotov Cocktail" (14 pages) http//www.youtube.com/all_comments?v=GI4rZeLGU | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:  Count 1: intent to manufacture explosive Count 2: experience/knowledge of explosives Count 3: knowledge that training would be successful  [ Published through *Govt. Ex.* 146 ] |
| 64 | **Document:** Comments Posted to YouTube Video "300g Monster Pipe Bomb w/ Flash Powder" (29 pages) http//www.youtube.com/all_comments?v=anGMZhs-UJU | This is the Defendant's social media statement .  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:  Count 1: intent to manufacture explosive Count 2: experience/knowledge of explosives Count 3: knowledge that training would be successful  [ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 72

P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 65 | **Document:** Comments Posted to YouTube Video "Jon Robinson's McVeigh segment Part 1/6" (13pages) http//www.youtube.com/all_comments?v=Yo9OhDZknXw | This is the Defendant's social media statement to [Govt. Ex. 38]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 1: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives <br> <u>Count 2</u>: Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive; <br> <u>Count 3</u>: Defendant's *intent* to provide material support to terrorists. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 66 | **Document:** Comments Posted to YouTube Video "Oklahoma City Bombing Federal Surveillance Tapes Coverup" (39 pages) http//www.youtube.com/all_comments?v=i5v8v4Pl-Qc | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> <u>Count 1</u>: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives <br> <u>Count 2</u>: Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive; <br> <u>Count 3</u>: Defendant's *intent* to provide material support to terrorists. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 67 | **Document:** Comments Posted to YouTube Video "1 kg ANFO underwater" (12 pages) http//www.youtube.com/all_comments?v=blCc7KLvGM | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 1: intent to manufacture explosive <br> Count 2: experience/knowledge of explosives <br> Count 3: knowledge that training would be successful <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 73
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 68 | **Document:** Comments Posted to YouTube Video "Acetone peroxide bomb" (3 pages) http//www.youtube.com/ all_comments?v=n24qzo 56Dl8 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 69 | **Document:** Comments Posted to YouTube Video "1600gram + 2.5gram HMTD (4 pages) http//www.youtube.com/ all_comments?v=tTvkn9 DOKuY | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 70 | **Document:** Comments Posted to YouTube Channel "Pyrotech Heaven" (4 pages) http//www.youtube.com/ user/vdll996/feed?filter= 1 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 71 | **Document:** Comments Posted to YouTube Video "APAN (2 kg)" (3 pages) http//www.youtube.com/ all_comments?v=9HDE XPqlslU | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 74
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 72 | **Document:** Comments Posted to YouTube Video "Democrat vs. Republican" (30 pages) http//www.youtube.com/all_comments?v=2-E8P9AfGEM | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 73 | **Document:** Comments Posted to YouTube Video "Mark Levin Rips Nancy Pelosi !! FUNNY AS HELL" (12 pages) http//www.youtube.com/all_comments?v=5sz9Vjz9554&page=2 | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 75 | **Document:** Comments Posted to YouTube Video "Response to CNN Democratic Debate" (39 pages) http//www.youtube.com/all_comments?v=FlK7zl6jfXg | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 76 | **Document:** Comments Posted to YouTube Video "Ron Paul's question makes Ben Bernake's voice quiver" (41 pages) http//www.youtube.com/all_comments?v=8pEiLHnjAiw&page=2 | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 75
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 77 | **Document:** Comments Posted to YouTube Video "3.5g blasting past vs. cooking pot and cd drives" (2 pages) http//www.youtube.com/ all_comments?v=palOSs 7kB38 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 1: intent to manufacture explosive Count 2: experience/knowledge of explosives Count 3: knowledge that training would be successful It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 78 | **Document:** Comments Posted to YouTube Video "300g Monster pipe Bomb w/ Flash Powder" (29 pages) http//www.youtube.com/ all_comments?v=qnGM Zhs-UJU | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 1: intent to manufacture explosive Count 2: experience/knowledge of explosives Count 3: knowledge that training would be successful It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 79 | **Document:** Comments Posted to YouTube Video "TATP 270gr TATP" (8 pages) http//www.youtube.com/ all_comments?v=PdW3g gN9ut8 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 1: intent to manufacture explosive Count 2: experience/knowledge of explosives Count 3: knowledge that training would be successful It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 80 | **Document:** Comments Posted to YouTube Video "A nightmare before Christmas" (41 pages) http//www.youtube.com/ all_comments?v=8uo_w E85JKk | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 76
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 81 | **Document:** Comments Posted to YouTube Channel "anfokg's channel" (2 pages) http//www.youtube.com/user/anfokg/feed?filter=1 | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 82 | **Document:** Comments Posted to YouTube Video "20 kg of anfo with Exploding stump" (9 pages) http//www.youtube.com/all_comments?v=qHFEgrYlJB8 | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 83 | **Document**: Channel (Home Page) "Terrorista95" (16 pages) http//www.youtube.com/user/terrorista95 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives<br>Count 2:  Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive;<br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 84 | **Document**: Channel (Home Page) "danielstwin" http//www.youtube.com/user/Danielstwin | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives<br>Count 2:  Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive;<br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>[ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 77
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 85 | **Document:** Comments Posted to YouTube Video "Timothy McVeigh: Martyr Without a Cause" (38 pages) http//www.youtube.com/all_comments?v=iom3Aahn6_0 | This is the Defendant's social media statement to [Govt. Ex. 39]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives<br>Count 2: Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive;<br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 86 | **Document:** Comments Posted to YouTube Video "Pipe Bomb vs. Washing Machine" (5 pages) http//www.youtube.com/all_comments?v=yr3rurGgTfo | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 87 | **Document:** Comments Posted to YouTube Video "1.5 Ammonium Nitrate Explosion" (5 pages) http//www.youtube.com/all_comments?v=JSbvJXnJYX8 | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 88 | **Document:** Comments Posted to YouTube Video "35kg gjodselbombe (fertilizer bomb) at 3000 frames/second" (5 pages) http//www.youtube.com/all_comments?v=vK9Taib5TLQ | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 78
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 89 | **Document:** Comments Posted to YouTube Video "Napolitano Apologizes To Vets on Fox News For DHS Report ut Adds: Timothy McVeigh 'Was a Vet'" (2 pages) http//www.youtube.com/ all_comments?v=qufoqn TXhCg | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 90 | **Document:** Comments Posted to YouTube Video "Rep. Brian Baird accuses protesters of driving people to violence like Timothy McVeigh" (12 pages) http//www.youtube.com/ all_comments?v=4k9P0 NlbSgo | This is the Defendant's social media statement to [Govt. Ex. 39]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives<br>Count 2: Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive;<br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 91 | **Document:** Comments Posted to YouTube Video "40lb. Tannerite" (9 pages) http//www.youtube.com/ all_comments?v=B3tV_J h-FqA | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 92 | **Document:** Comments Posted to YouTube Video "Consumer confidence, job programs, Greenspan" (43 pages) http//www.youtube.com/ all_comments?v=uWQn 0n5h8Kc | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 79
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 93 | **Document:** Comments Posted to YouTube Video "The Turner Diaries Audio Book Part 4" (5 pages) http://www.youtube.com/all_comments?v=sXKofl539OI | This is the Defendant's social media statement to [Govt. Ex. 40]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 1: Defendant's motive to manufacture chemical explosives <br> Count 2:  Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive; <br> <u>Count 3</u>: Defendant's *intent* to provide material support to terrorists. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 94 | **Document:** Comments Posted to YouTube Channel "jmurdaine88" (2 pages) http://www.youtube.com/user/jmurdaine88 | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 95 | **Document:** Comments Posted to YouTube Video "40lb tannerite" (12 pages) http://www.youtube.com/all_comments?v=B3tV_Jh-FqA | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 1: intent to manufacture explosive <br> Count 2: experience/knowledge of explosives <br> Count 3: knowledge that training would be successful <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 96 | **Document:** Comments Posted to YouTube Video "Blowing p a freezer with 500g APAN" (5 pages) http://www.youtube.com/all_comments?v=X4kQW4Lc2HI | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 1: intent to manufacture explosive <br> Count 2: experience/knowledge of explosives <br> Count 3: knowledge that training would be successful <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 80

| No.# | Description | Relevance |
|------|-------------|-----------|
| 97 | **Document:** Comments Posted to YouTube Video "good bye car ..." (3 pages) http//www.youtube.com/all_comments?v=YkW57eLnyxE | This is the Defendant's social media statement to *Govt. Ex.* 38. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 1: intent to manufacture explosive <br> Count 2: experience/knowledge of explosives <br> Count 3: knowledge that training would be successful <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 98 | **Document:** Comments Posted to YouTube Video "200g ANFO on high speed camera!" (6 pages) http//www.youtube.com/all_comments?v=gFpw9IAHJjI | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 1: intent to manufacture explosive <br> Count 2: experience/knowledge of explosives <br> Count 3: knowledge that training would be successful <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 99 | **Document:** Comments Posted to YouTube Video "Car Bomb with Concete Jersey Barriers" (10 pages) http//www.youtube.com/all_comments?v=dJv14fcDBVY | This is the Defendant's social media statement to [Govt. Ex. 41]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 1: Defendant's motive to manufacture chemical explosives <br> Count 3: Defendant's *intent* to provide material support to terrorists. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 100 | **Document:** Comments Posted to YouTube Video "475g ANFO + 70g Booster" (4 pages) http//www.youtube.com/all_comments?v=KUhhe_W3GaM | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 1: intent to manufacture explosive <br> Count 2: experience/knowledge of explosives <br> Count 3: knowledge that training would be successful <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 81
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 101 | **Document:** Comments Posted to YouTube Video "OKLAHOMA CITY BOMBING Was An INSIDE JOB by The CRIMINAL, BANKER-RUN U.S. GOVT., 3 of 3" (3 pages) http//www.youtube.com/all_comments?v=Qj0mNNlnf40 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 1: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives <br> Count 2: Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive; <br> Count 3: Defendant's *intent* to provide material support to terrorists. It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 102 | **Document:** Comments Posted to YouTube Video "Rosetta Stone" (28 pages) http//www.youtube.com/all_comments?v=KzGOitJyKxE | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 103 | **Document:** Comments Posted to YouTube Video "how to make a fake/prop pipe bomb" (9 pages) http//www.youtube.com/all_comments?v=VfSxs-GKaIE | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 1: intent to manufacture explosive <br> Count 2: experience/knowledge of explosives <br> Count 3: knowledge that training would be successful <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 104 | **Document:** Comments Posted to YouTube Video "We Are Waiting For the Enemy to Come: Vanguard Extra" (28 pages) http//www.youtube.com/all_comments?v=Hhul4BQ-DYA&page=1 | This is the Defendant's social media statement to [Govt. Ex. 43]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 3 to prove the Defendant's *intent* to provide material support to terrorists <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 82
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 105 | **Document:** Comments Posted to YouTube Video "Lou Dobbs Responds to Writer Accusing Him Of Hiring Illegal Immigrants" (4 pages) http//www.youtube.com/ all_comments?v=KlW5 XkwnDeA | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 106 | **Document:** Comments Posted to YouTube Video "Jon Robinson's McVeigh segment Part 1/6" (9pages) Site: http//www.youtube.com/ all_comments?v=Yo9Oh DZknXw | This is the Defendant's social media statement to [Govt. Ex. 44]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> <u>Count 1</u>: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives <br> <u>Count 2</u>:  Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive; <br> <u>Count 3</u>: Defendant's *intent* to provide material support to terrorists. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 107 | **Document:** Comments Posted to YouTube Video "5kg ANFO" (12 pages) http//www.youtube.com/ all_comments?v=ccQ9vk Lrvfo | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 1: intent to manufacture explosive <br> Count 2: experience/knowledge of explosives <br> Count 3: knowledge that training would be successful <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 108 | **Document:** Comments Posted to YouTube Video "Footage of Times Square Bomb Test" (1 page) http//www.youtube.com/ all_comments?v=lJfm-92JXVE | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 83

| No.# | Description | Relevance |
|------|-------------|-----------|
| 109 | **Document:** Comments Posted to YouTube Video "10kg ANFO" (12 pages) http//www.youtube.com/ all_comments?v=izW12 3ONO7M | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 110 | **Document:** Comments Posted to YouTube Video "4409 – Timothy McVeigh Tapes: MSNBC Documentary Confessions of an American Terrorist" (29 pages) http//www.youtube.com/ all_comments?v=CloZV viEdK4 | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives<br>Count 2:  Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive;<br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 111 | **Document:** Comments Posted to YouTube Video "Jon Robinson's McVeigh segment Part 6/6" (3 pages) http//www.youtube.com/ all_comments?v=7gLwH FAU21Y | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives<br>Count 2:  Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive;<br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 84

| No.# | Description | Relevance |
|------|-------------|-----------|
| 112 | **Document:** Comments Posted to YouTube Video "Oklahoma City Bombing RARE footage" (29 pages) http//www.youtube.com/all_comments?v=NWwrEEP8EBk | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives<br>Count 2: Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive;<br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 113 | **Document:** Comments Posted to YouTube Video "Bill O'Reilly SCARED by Richard Dawkins" (56 pages) http//www.youtube.com/all_comments?v=2FARDDcdFaQ&page=63 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 114 | **Document:** Comments Posted to YouTube Video "Mike Licona vs Shabir Ally" (56 pages) http//www.youtube.com/all_comments?v=grDPJmb3gAs&page=7 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 115 | **Document:** Comments Posted to YouTube Video "Wireless Fireworks Ignition Circuit" (5 pages) http//www.youtube.com/all_comments?v=JQtXlga4J2M | This is the Defendant's social media statemen to [Govt. Ex. 45]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 85
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 116 | **Document:** Comments Posted to YouTube Video "Ben Affleck defends Arabs" (53 pages) http://www.youtube.com/all_comments?v=O9d-9GM9RGQ&page=8 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:  Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403.  It is not unduly prejudicial pursuant to Rule 403.  [ Published through *Govt. Ex.* 146 ] |
| 117 | **Document:** Comments Posted to YouTube Video "Napolitano: 'We're Always Leaning Forward'" (1 page) http://www.youtube.com/all_comments?v=OthK4urNyt4 | This is the Defendant's social media statement to [Govt. Ex. 46]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:  Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403.  It is not unduly prejudicial pursuant to Rule 403.  [ Published through *Govt. Ex.* 146 ] |
| 118 | **Document:** Comments Posted to YouTube Video "Ed Show: Cenk Vs 'Muslim Seed' BS From Evangelical Christian" (33 pages) http://www.youtube.com/all_comments?threaded=1&v=jCqHiceDhuk | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:  Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403.  It is not unduly prejudicial pursuant to Rule 403.  [ Published through *Govt. Ex.* 146 ] |
| 119 | **Document:** Comments Posted to YouTube Video "FBI Stops Plot To Blow Up Car Bomb At Christmas Tree Lighting Ceremony" (10 pages) http://www.youtube.com/all_comments?v=wtt2sldlc9s | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:  Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403.  It is not unduly prejudicial pursuant to Rule 403.  [ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 86
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 120 | **Document:** Comments Posted to YouTube Video "YouTube user converts to Islam" (3 pages) http//www.youtube.com/all_comments?v=RHaua ojN_N4 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 121 | **Document:** Comments Posted to YouTube Video "Kirk Cameron gets Owned, Evolution is a myth!" (36 pages) http//www.youtube.com/all_comments?v=r5J0cS nYnFg&page=4 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 122 | **Document:** Comments Posted to YouTube Video FBI Arrest Man After Selling Him A Bomb To Blow Up Recruitment Center" (3 pages) http//www.youtube.com/all_comments?v=GanosF vDI_M | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 123 | **Document:** Comments Posted to YouTube Video "Feeling the hate in Israel" (11 pages) http//www.youtube.com/all_comments?v=0EnWk pnVek | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 87
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 124 | **Document:** Comments Posted to YouTube Video "Terror From Hell: The Children of Beslan Tell Their Stories (3 of 6)" (2 pages) http://www.youtube.com/all_comments?v=3nf2tG9Xi34 | This is the Defendant's social media statement to [Govt. Ex. 47]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 125 | **Document:** Comments Posted to YouTube Video "Chechen Shoots Down Russian Helicopter pt. 2" (6 pages) http://www.youtube.com/all_comments?v=VYuPBt5-dkA | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 126 | **Document:** Comments Posted to YouTube Video "Six NATO Troops Killed in Afghanistan" (1 page) http://www.youtube.com/all_comments?v=iAQGfYCadeM | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 127 | **Document:** Comments Posted to YouTube Video "David Koresh tells it like it is" (31 pages) http://www.youtube.com/all_comments?v=Kn0hcpyGuac | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 88
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 128 | **Document:** Comments Posted to YouTube Video "[Unknown Title - Nusantarean -Subject Matter: Twin Towers" (2 pages) http://www.youtube.com/all_comments?threaded=1&v=hCTixaFJUNQ | This is the Defendant's own social media conversation statement **to** [*Govt. Ex. 49*] which is party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401:<br><br>Count 3: to prove the Defendant's *intent* to provide material support to terrorists<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[Published through *Govt. Ex.* 146] |
| 129 | **Document:** Comments Posted to YouTube Channel "Nustantarean" (2 pages) http://www.youtube.com/user/Nusantarean | This is the Defendant's own social media conversation statement which is party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401:<br><br>Count 3: to prove the Defendant's *intent* to provide material support to terrorists<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[Published through *Govt. Ex.* 146] |
| 130 | **Document:** Comments Posted to YouTube Video "New Video Released, '95 Oklahoma City Bombing Case" (5 pages) http://www.youtube.com/all_comments?v=vzyC6Z8VTME | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives<br>Count 2: Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive;<br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 131 | **Document:** Comments Posted to YouTube Video "Small 9gram Charge" (3 pages) http://www.youtube.com/all_comments?v=clj9PogNskM | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 89
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 132 | **Document:** Comments Posted to YouTube Video "'The Bomb Was Not Very Powerful' Swiss Embassy Bombing In Rome" (2 pages) http//www.youtube.com/ all_comments?v=uC53y B1h̄Jk0 | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 133 | **Document:** Comments Posted to YouTube Channel  "1168a" (3 pages) http//www.youtube.com/ user/1168a?blend=1&ob =video-mustangbase | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 134 | **Document:** Comments Posted to YouTube Video "Nice Nasheed by Chechen mujahideens" (9 pages) Site: http//www.youtube.com/ all_comments?v=wX76 mK̄j_HTQ | This is the Defendant's social media statement to [Govt. Ex. 51]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |
| 135 | **Document:** Comments Posted to YouTube Video "Chechen Mujahadeen Destroying Russian Military" (5 pages) http//www.youtube.com/ all_comments?v=KWHl EM̄OBwQl | This is the Defendant's social media statement to [Govt. Ex. 52]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. It is not unduly prejudicial pursuant to Rule 403. [ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 90
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 136 | **Document:** Comments Posted to YouTube Video "Russian Helicopter shot down on 2002/08/08" (21 pages) http//www.youtube.com/all_comments?v=KBJ8e_IVOO0 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 137 | **Document:** Comments Posted to YouTube Video "1.5 lb. Ammonium Nitrate Explosion" (5 pages) http//www.youtube.com/all_comments?v=JSbvJYX8 | This is the Defendant's social media statement.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 138 | **Document:** Comments Posted to YouTube Video "Mock Times Square Bomb Testing" (1 page) http//www.youtube.com/all_comments?v=XwOQnhoo_Hg | This is the Defendant's social media statement to [Govt. Ex. 53]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3 to prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 139 | **Document:** Comments Posted to YouTube Video "Jihadists Arrested in Denmark" (1 page) http//www.youtube.com/all_comments?v=F2jlzOaQOo | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3 to prove the Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 91
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|---|---|---|
| 140 | **Document:** Comments Posted to YouTube Video "Maryland Staged Terror FBI Caught Provocateuring Patsies" (1 page) http//www.youtube.com/all_comments?v=ocHN_b_BRb4 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3 to prove the Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 141 | **Document:** Comments Posted to YouTube Video "Witness to AZ Shooting Told Investigators Someone Else Was Working With Shooter" (11 pages) http//www.youtube.com/all_comments?v=B6vpWvvy9Eo | This is the Defendant's social media statement to [Govt. Ex. 54]. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3 to prove the Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 142 | **Document:** Comments Posted to YouTube Video "MSNBC Reports Gabrielle Giffords Shot in the Head in Tucson" (9 pages) http//www.youtube.com/all_comments?v=7FicnB_tDFc | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3 to prove the Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 143 | **Document:** Comments Posted to YouTube Video "Sarah Palin 'is gonna be ERASED' says Chris Matthews on MSNBC's Hardball" (2 pages) http//www.youtube.com/all_comments?v=-vEdwEv-2ZY | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3 to prove the Defendant's *intent* to provide material support to terrorists<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 92
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 144 | **Document:** Comments Posted to YouTube Video "Arrested 'Terrorist' in Texas Was Inspired to Kill Goerge W. Bush by the September 11 Attacks " (8 pages) http//www.youtube.com/ all_comments?v=tpc3Pr Y2uXY | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 3 to prove the Defendant's *intent* to provide material support to terrorists <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 145 | **Document:** Comments Posted to YouTube Video "Congressman Pete King Spreads Hate" (4 pages) http//www.youtube.com/ all_comments?v=t8silTH bghM | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 3 to prove the Defendant's *intent* to provide material support to terrorists <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 146 ] |
| 146 | **CD: PowerPoint Summary Exhibit** <br> (1) Data from 3 Google Search Warrant Returns <br> (2) Data from Internet Searches Related to Data from 3 Google Search Warrant Returns | Summary Exhibit Relevant to Counts 1, 2, 3 |
| 147 | **CD:** Response from Inland Cellular MJ-11-059-00 for User Information for Account **(509) 552-0072** stored at the Premises Controlled by **Inland Cellular** | Authentication/Identification of Defendant's Cellular Telephone for Admission of Text Message Conversations by the Defendant on (509) 552-0072 <br><br> [No Present Intent to Publish] |
| 148 | **CD:** Response from Inland Cellular MJ-11-138-00 for User Information for Account **(509) 552-0072** stored at the Premises Controlled by **Inland Cellular** | Authentication/Identification of Defendant's Cellular Telephone for Admission of Text Message Conversations by the Defendant on (509) 552-0072 <br><br> [No Present Intent to Publish] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 93

| No.# | Description | Relevance |
|------|-------------|-----------|
| 149 | **Document:** Inland Cellular Registration Information for **(509) 522-0072** | Authentication/Identification of Defendant's Cellular Telephone for Admission of Text Message Conversations by the Defendant on (509) 552-0072 |
| 150 | **CD: PowerPoint Summary Exhibit** (1)     Data from 2 Inland Cellular Search Warrant Returns | Summary Exhibit Relevant to Counts 1, 2, 3 |
| 151 | **CD:** Response from Search Warrant MJ-11-030-00 for Information Associated with **User Account** [joey_brice@hotmail.com] stored at the Premises Controlled by **Microsoft** | Authentication/Identification of Defendant's Use of joey_brice@hotmail.com and Admission of Relevant Documents<br><br><br>[No Present Intent to Publish] |
| 152 | **CD: PowerPoint Summary Exhibit** (1)     Data from **Microsoft** Search Warrant Return | Summary Exhibit Relevant to Counts 1, 2, 3 |
| 153 | **Document:** Plan for Zion Bank Robbery Emailed from joey_brice@hotmail.com to Brady Zachow Zion_Job.pdf (4 pages) | This is the Defendant's statement expressing a motive and/or plan to used explosives as a diversion during a bank robbery.  The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent/motive to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 146 ] |
| 154 | **Document:** PayPal Account Information Including joey_brice@hotmail.com Using the Name "Timothy McVeigh" | Defendant'suse of the name "Timothy McVeigh" coorborateshis emulation of Timothy McVeigh and motive to manufacture chemical explosives |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 94

| No.# | Description | Relevance |
|------|-------------|-----------|
| 155 | **CD:** Response from Search Warrant MJ-11-225-00 for Information Associated with **User Account** stored at the Premises Controlled by **MediaFire** P-2-4 | Authentication/Identification of Defendant's use of Mediafire to store electronic media files<br><br>[No Present Intent to Publish] |
| 155.1 | **Document:** Response from Search Warrant MJ-11-225-00 for Information Associated with **User Account** stored at the Premises Controlled by **MediaFire** May 17, 2011 | Authentication/Identification of Defendant's use of Mediafire to store electronic media files |
| 155.2 | **Document**: Response from Subpoena for information associated with specified URL's stored at the premises controlled by MediaFire May 9, 2011 | Authentication/Identification of Defendant's use of Mediafire to store electronic media files |
| 156 | **CD: PowerPoint Summary Exhibit**<br>(1)    Data from **Mediafire** Search Warrant Return | Summary Exhibit Relevant to Counts 1, 2, 3 |
| 157 | **Document:** Basic Guide to Ammonium Nitrate-Nitro Methane | This document was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful and to prove the Defendant's *intent* to provide material support to terrorists<br><br>It is not unduly prejudicial pursuant to Rule 403. |
| 158 | **Document:** Clandestine Activity Organization Guide | This document was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to:<br><br>Count 3: prove the Defendant's *intent* to provide material support to terrorists<br><br>It is not unduly prejudicial pursuant to Rule 403. |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 95
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 159 | **Document:** How to Kill Tanks | This document was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to: Count 3: prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. |
| 160 | **Document:** Fuel-Air Explosives | This document was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to: Count 3: prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. |
| 161 | **Document:** Chemistry of PETN Explosive | This document was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to: Count 3: prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. |
| 162 | **Document:** Portable Self-Contained Explosives System | This document was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to: Count 3: prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. |
| 163 | **Document:** Undercover Operations Policy Manual | This document was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to: Count 3: prove the Defendant's *intent* to provide material support to terrorists It is not unduly prejudicial pursuant to Rule 403. |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 96
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 164 | **Document:** Make a Zip Gun | This document was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to: <br><br> Count 3: prove the Defendant's *intent* to provide material support to terrorists <br><br> It is not unduly prejudicial pursuant to Rule 403. |
| 165 | **Document:** Engineering-Fluid Dynamics | This document was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to: <br><br> Count 3: prove the Defendant's *intent* to provide material support to terrorists <br><br> It is not unduly prejudicial pursuant to Rule 403. |
| 166 | **Document:** Guard Dog Training | This document was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to: <br><br> Count 3: prove the Defendant's *intent* to provide material support to terrorists <br><br> It is not unduly prejudicial pursuant to Rule 403. |
| 167 | **CD:** 500g APAN Charge (Video) | This document was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to: <br><br> Count 3: prove the Defendant's *intent* to provide material support to terrorists <br><br> It is not unduly prejudicial pursuant to Rule 403. |
| 168 | **CD: PowerPoint Summary Exhibit** (1)Data from www.bombshock.com Use JoeB  Public Search | Summary Exhibit Relevant to Counts 1, 2, 3 |
| 169 | **Document:** Printout from www.bombshock.com Indicating that "JoeB" joined in August 2009 and posted information about acquiring false identification | Identification of Defendant's use of "ARIehtpU" as a moniker for posting on www.bombshock.com <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br><br> [ Published through *Govt. Ex.* 168 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 97

| No.# | Description | Relevance |
|------|-------------|-----------|
| 170 | **Document:** Printout from www.bombshock.com Indicating "JoeB" discussed explosives on September 27, 2009 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 168 ] |
| 171 | **Document:** Printout from www.bombshock.com Indicating "JoeB" discussed explosives on October 2, 2009 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 168 ] |
| 172 | **Document:** Printout from www.bombshock.com Indicating that "ARIehtpU" joined on November 7, 2009 | Identification of Defendant's use of "ARIehtpU" as a moniker for posting on www.bombshock.com<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 168 ] |
| 174 | **Document:** Printout from www.bombshock.com Indicating "JoeB" discussed explosives on November 13-19, 2009 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 168 ] |

| No.# | Description | Relevance |
|------|-------------|-----------|
| 175 | **Document:** Printout from www.bombshock.com Indicating "ARIehtpU" discussed explosives on December 16, 2009 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 1: intent to manufacture explosive <br> Count 2: experience/knowledge of explosives <br> Count 3: knowledge that training would be successful <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 168 ] |
| 176 | **Document:** Printout from www.bombshock.com Indicating "ARIehtpU" posted explosive diagram on December 23, 2009 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 1: intent to manufacture explosive <br> Count 2: experience/knowledge of explosives <br> Count 3: knowledge that training would be successful <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 168 ] |
| 177 | **Document:** Printout from www.bombshock.com Indicating "JoeB" discussed explosives and Timothy McVeigh on December 30, 2009 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 1: intent to manufacture explosive <br> Count 2: experience/knowledge of explosives <br> Count 3: knowledge that training would be successful <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 168 ] |
| 179 | **Document:** Printout from www.bombshock.com Indicating "ARIehtpU" posted explosive making advice on January 5, 2010 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to: <br><br> Count 1: intent to manufacture explosive <br> Count 2: experience/knowledge of explosives <br> Count 3: knowledge that training would be successful <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 168 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 99
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 180 | **Document:** Printout from www.bombshock.com Indicating "ARIehtpU" posted explosive making advice on January 9, 2010 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 168 ] |
| 181 | **Document:** Printout from www.bombshock.com Indicating "ARIehtpU" posted explosive making advice on January 13, 2010 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 168 ] |
| 182 | **Document:** Printout from www.bombshock.com Indicating "ARIehtpU" posted information identifying himself with the IRA on January 22, 2010 | Identification of Defendant's use of "ARIehtpU" as a moniker for posting on www.bombshock.com<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 168 ] |
| 183 | **Document:** Printout from www.bombshock.com Indicating "ARIehtpU" posted a photograph of a 20 lb. bag of AN on February 1, 2010 and Posting by ARIehtpU on ShadowRx same. | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 168 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 100
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 184 | **Document:** Printout from www.bombshock.com Indicating "ARIehtpU" posted explosive acquiring/making advice on February 7, 2010 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 168 ] |
| 185 | **CD: PowerPoint Summary Exhibit**<br>(1)    Data from www.shadowrx.com and www.bombshock.com user name ARIEHTPU, public Search | Summary Exhibit Relevant to Counts 1, 2, 3 |
| 186 | **Document:** Printout from www.shadowrx.com Indicating "ARIehtpU" joined on January 2, 2010 and had 82 posts, same avatar as on Brice's computer and started threads. | Identification of Defendant's use of "ARIehtpU" as a moniker for posting on www.shadowrx.com<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 185 ] |
| 187 | **Document:** Printout from www.shadowrx.com Indicating "ARIehtpU" discussed explosives on January 4, 2010 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 185 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 101

P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 188 | **Document:** Printout from www.shadowrx.com Indicating "ARIehtpU" discussed making explosives on January 19, 2010 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 185 ] |
| 189 | **Document:** Printout from www.shadowrx.com indicating "ARIehtpU started thread "Finaly found bulk Ammonium Nitrate seller" on February 1, 2010 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 185 ] |
| 190 | **Document:** Printout from www.shadowrx.com Indicating "ARIehtpU" posted a photograph of himself (Joseph Jefferey Brice) on February 8, 2010 | Identification of Defendant's use of "ARIehtpU" as a moniker for posting on www.shadowrx.com<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 185 ] |
| 191 | **Document:** Printout from www.shadowrx.com Indicating "ARIehtpU" posted armored car robbery strategy that included the use of explosives on February 10, 2010 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: motive/intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 185 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 102
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 192 | **Document:** Printout from www.shadowrx.com Indicating "ARIehtpU" posted to the thread "bio-toxins" on February 17, 2010 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3: prove the Defendant's *intent* to provide material support to terrorists<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 185 ] |
| 193 | **CD: PowerPoint Summary Exhibit**<br>(1)    Data from www.dinhaqq.info Search and Google Search Warrant | Summary Exhibit Relevant to Counts 1, 2, 3 |
| 194 | **Document:** Printout from www.dinhaqq.info Indicating that "Yusuf90" joined in November 2010 | Identification of Defendant's use of "Yusuf90" as a moniker for posting on www.dinhaqq.info<br><br>It is not unduly prejudicial pursuant to Rule 403. |
| 195 | **Document:** Printout from www.dinhaqq.info Indicating that "Yusuf90" posted links to explosive-related documents and other documents on the Explosives Guides Forum on December 18, 2010, that were posted on Mediafire. | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 2:  Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive; Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 193 ] |
| 196 | **Document:** Printout from www.dinhaqq.info Indicating that "Yusuf90" posted information about hand-to-hand combat on the Deen Al Haq Explosives Guides Forum on December 21,2010 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 193 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 103
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 197 | **Document:** Printout from www.dinhaqq.info Indicating that "Yusuf90" posted a link to the YouTube channel www.youtube.com/user/strengthofallah on December 28, 2010 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 193 ] |
| 198 | **Document:** Printout from www.dinhaqq.info Indicating that "Yusuf90" indicated that he fights for the cause of Allah and Islam and posted a link to the YouTube channel www.youtube.com/user/strengthofallah on January 10, 2011 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 193 ] |
| 199 | **Document:** Printout from www.dinhaqq.info Indicating that "Yusuf90" replied to thread: "I am a Proud Terrorist" on December 26, 2010 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 193 ] |
| 200 | **Document:** Printout from www.dinhaqq.info Indicating that "Yusuf90" replied to thread: "Anyone Know What Happened to the Inspire 5" on April 28, 2011 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 193 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 104
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 202 | **Document:** Copy of Inspire Magazine No. 5 | The magazine was posted by the Defendant and is relevant pursuant to Rule 401 to:<br><br><u>Count 3</u>: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403. |
| 203 | **Document:** Printout from www.dinhaqq.info Indicating that "Yusuf90" replied to thread: "Medical Care" on May 1, 2011 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br><u>Count 3</u>: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 193 ] |
| 204 | **Document:** Printout from www.dinhaqq.info Indicating that "Yusuf90" replied to private messages from "Abu Harith" on May 2, 2011 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br><u>Count 3</u>: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 193 ] |
| 205 | **Document:** Printout from www.dinhaqq.info Indicating that "Yusuf90" replied to private messages from "Abu Harith" on May 2, 2011 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br><u>Count 3</u>: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 193 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 105
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 206 | **Document:** Printout of email conversation between "allahguidance@gmail.com" and abuharith1978@gmail.com between May 3, 2011, and May 8, 2011 | This is the Defendant's social media conversation with the FBI Undercover Employee. The statements are admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 193 ] |
| 206 | **CD: PowerPoint Summary Exhibit**<br>(1)      Data from theync.com Search | Summary Exhibit Relevant to Counts 1, 2, 3 |
| 207 | **CD:** Undercover downloads of Din Haqq (15 pdf's) | This is the Defendant's social media conversation with the FBI Undercover Employee. The statements are admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 206 ] |
| 208 | **Document:** Post by "Joey" on  theync.com Indicating he hurt himself with an 8# bomb of fertilizer and aluminum, on May 30. 2010. | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 206 ] |
| 209 | **Document:** Printout from theync.com Indicating that "Joey Super Moderator" joined on June 15, 2008 | Identification of Defendant's use of "Joey Super Moderator" as a moniker for posting on theync.com<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 206 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 106
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 210 | **Document:** Printout from theync.com Indicating that "Joey" posted a link http://theunjustmedia.com/Islamic%20...July10/in2.pdf (Inspire Magazine) "'make a bomb in the kitchen of your mom' Al Qaeda releases INSPIRE, an Jihadi magazine." on Decemnber 7, 2010 | The magazine was posted by the Defendant and is relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 206 ] |
| 211 | **Document:** Printout from theync.com Indicating that "Joey Super Moderator" started a thread "Suicide Bomb Aftermath – 22 Killed" on December 18, 2010 | This is the Defendant's social media statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 193 ] |
| 212 | **Document:** Printout from theync.com Indicating that "Yusuf" was registered on November 30, 2010 | Identification of Defendant's use of "Joey Super Moderator" as a moniker for posting on theync.com<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 206 ] |
| 213 | **Item**: Dell Laptop (Apartment) | Seized During Execution of Search Warrants on May 9, 2012 |
| 214 | **CD: PowerPoint Summary Exhibit**<br>(1)　　Data from FBI Search of Dell laptop computer | Summary Exhibit Relevant to Counts 1, 2, 3 |
| 215 | **CD**: Forensic results of Dell Laptop | Authentication of Dell Laptop Computer<br><br>[No Present Intent to Publish] |
| 216 | **Item**: HP Laptop (Apartment) | Seized During Execution of Search Warrants on May 9, 2012 |
| 217 | **CD**: Forensic results of HP Laptop | Authentication of HP Computer<br><br>[No Present Intent to Publish] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 107
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 218 | **Document:** Inspire Spring 2011 (70 pages) | Seized During Execution of Search Warrants on May 9, 2012 |
| 219 | **CD: PowerPoint Summary Exhibit** (1)　　Data from FBI Search of HP laptop computer | Summary Exhibit Relevant to Counts 1, 2, 3 |
| 220 | **Document:** Inspire Fall 2010 (74 pages) | Located on Defendant's HP laptop computer, relevant pursuant to Rule 401 to: <br><br> <u>Count 3</u>: Defendant's *intent* to provide material support to terrorists. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 219 ] |
| 221 | **Document:** Inspire Winter 2010 (67 pages) | Located on Defendant's HP laptop computer, relevant pursuant to Rule 401 to: <br><br> <u>Count 3</u>: Defendant's *intent* to provide material support to terrorists. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 219 ] |
| 222 | **Document:** Wilderness Evasion (84 pages) | Located on Defendant's HP laptop computer, relevant pursuant to Rule 401 to: <br><br> <u>Count 3</u>: Defendant's *intent* to provide material support to terrorists. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 219 ] |
| 223 | **CD:** Video of, Explosion at river "it didn't go" | Located on Defendant's HP laptop computer, relevant pursuant to Rule 401 to: <br><br> <u>Count 3</u>: Defendant's *intent* to provide material support to terrorists. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 219 ]ø |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 108

| No.# | Description | Relevance |
|------|-------------|-----------|
| 224 | **CD:** Video of Original 50 KG dynamite house | Located on Defendant's HP laptop computer, relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 219 ] |
| 225 | **CD:** Chechen fighting, one killed head shot) | Located on Defendant's HP laptop computer, relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 219 ] |
| 226 | **CD:** Video (Jihadist making and using IED) (57 min) | Located on Defendant's HP laptop computer, relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 219 ] |
| 227 | **CD:** Video of explosion at river "it didn't go" long version, showing Brice running | This video was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful and to prove the Defendant's *intent* to provide material support to terrorists<br><br>It is not unduly prejudicial pursuant to Rule 403. |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 109

| No.# | Description | Relevance |
|------|-------------|-----------|
| 228 | **CD:** Video of explosion at river "feel it?" | This video was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful and to prove the Defendant's *intent* to provide material support to terrorists<br><br>It is not unduly prejudicial pursuant to Rule 403. |
| 229 | **CD:** Video of Bin Laden, no sound. | Located on Defendant's HP laptop computer, relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 219 ] |
| 230 | **CD:** Video by Ansar 1.info of Chechen leader speech(19 min) | Located on Defendant's HP laptop computer, relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 219 ] |
| 231 | **CD:** Nasheed chant used in Strengthofallah videos | Located on Defendant's HP laptop computer, relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 219 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 110

| No.# | Description | Relevance |
|------|-------------|-----------|
| 232 | **Document:** "The criminal rules" (5 pages) | Located on Defendant's HP laptop computer, relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 219 ] |
| 233 | **CD:** Audio of nasheed chant | Located on Defendant's HP laptop computer, relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 219 ] |
| 234 | **CD:** 50 kilo dynamite blowing up house long version | Located on Defendant's HP laptop computer, relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 219 ] |
| 235 | **CD:** Martyr video (Edited Strengthofallah) | Located on Defendant's HP laptop computer, relevant pursuant to Rule 401 to:<br><br>Count 3: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 219 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 111
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 236 | **CD:** Jihad photo show with chant (20 min) | Located on Defendant's HP laptop computer, relevant pursuant to Rule 401 to: <br><br> <u>Count 3</u>: Defendant's *intent* to provide material support to terrorists. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 219 ] |
| 237 | **CD:** Jihad (19 min) | Located on Defendant's HP laptop computer, relevant pursuant to Rule 401 to: <br><br> <u>Count 3</u>: Defendant's *intent* to provide material support to terrorists. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 219 ] |
| 238 | **CD: PowerPoint Summary Exhibit** <br> (1)   Data from FBI Search of Cyberpower laptop computer | Summary Exhibit Relevant to Counts 1, 2, 3 |
| 239 | **CD:** 50 kilo dynamite blowing up house long version | Located on Defendant's Cyberpower laptop computer, relevant pursuant to Rule 401 to: <br><br> <u>Count 3</u>: Defendant's *intent* to provide material support to terrorists. <br><br> It is not unduly prejudicial pursuant to Rule 403. <br><br> [ Published through *Govt. Ex.* 238 ] |
| 240 | **Item**: Cyberpower Laptop (Apartment) | Seized During Execution of Search Warrants on May 9, 2012 |
| 240.1 | **CD**: Forensic results of Cyberpower computer | Authentication of Cyberpower Computer <br><br> [No Present Intent to Publish] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 112
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 241 | **Document:** "Some aspects o f the chemistry and toxic action of Organic Compounds Containing Phosphorous and Fluorine" (245 pages) | This document was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful and to prove the Defendant's *intent* to provide material support to terrorists<br><br>It is not unduly prejudicial pursuant to Rule 403. |
| 242 | **CD:** Video of explosion at river, "You feel it?" | This video was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful and to prove the Defendant's *intent* to provide material support to terrorists<br><br>It is not unduly prejudicial pursuant to Rule 403. |
| 243 | **CD:** Video of explosion at river "it didn't go" long version with Brice running | This video was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful and to prove the Defendant's *intent* to provide material support to terrorists<br><br>It is not unduly prejudicial pursuant to Rule 403. |
| 244 | **Document:** "Anarchy Cookbook Version 2000" (329 pages) | This document was located in an electronic media storage controlled by the Defendant and is relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful and to prove the Defendant's *intent* to provide material support to terrorists<br><br>It is not unduly prejudicial pursuant to Rule 403. |
| 245 | **Item**: Silver CPU (House) | Seized During Execution of Search Warrants on May 9, 2012 |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 113
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 246 | **CD:** Forensic results of Silver CPU | Authentication of CPU Computer<br><br>[No Present Intent to Publish] |
| 247 | **CD: PowerPoint Summary Exhibit**<br>(1)    Data from FBI Search of silver CPU computer | Summary Exhibit Relevant to Counts 1, 2, 3 |
| 254 | **CD:** Timothy McVeigh the unknown soldier (4 min) | Located on Defendant's CPU laptop computer, relevant pursuant to Rule 401 to:<br><br><u>Count 1</u>: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives<br><u>Count 2</u>:  Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive;<br><u>Count 3</u>: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 247 ] |
| 255 | **CD:** Timothy McVeigh why I did it (4 min) | Located on Defendant's CPU laptop computer, relevant pursuant to Rule 401 to:<br><br><u>Count 1</u>: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives<br><u>Count 2</u>:  Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive;<br><u>Count 3</u>: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 247 ] |
| 256 | **CD:** Timothy McVeigh unknown soldier with sound by rzaforshiza (4 min) | Located on Defendant's CPU laptop computer, relevant pursuant to Rule 401 to:<br><br><u>Count 1</u>: Defendant's emulation of Timothy McVeigh and motive to manufacture chemical explosives<br><u>Count 2</u>:  Defendant's *knowledge* that the information he was distributing pertained to manufacture of an explosive;<br><u>Count 3</u>: Defendant's *intent* to provide material support to terrorists.<br><br>It is not unduly prejudicial pursuant to Rule 403.<br><br>[ Published through *Govt. Ex.* 247 ] |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 114
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 257 | **PowerPoint Summary Exhibit**<br>(1)    Data from FBI Search of Iphone | Summary Exhibit Relevant to Counts 1, 2, 3 |
| 258 | **CD**: Forensic results of Iphone | Authentication of Iphone<br><br>[No Present Intent to Publish] |
| 259 | **Item**: Iphone (Apartment) | Seized During Execution of Search Warrants on May 9, 2012 |
| 260 | **CD**: Forensic results of camera | Authentication of camera<br><br>[No Present Intent to Publish] |
| 261 | **Item**: Casio Camera (Apartment) | Seized During Execution of Search Warrants on May 9, 2012 |
| 262 | **Document**: Diagram of bomb by Brice given to TFO Collins | This is the Defendant's statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to:<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful<br><br>It is not unduly prejudicial pursuant to Rule 403. |
| 263 | **CD**: Video by Loseth of bomb location | Relevant to Count 1 |
| 265 | **Document:** Diagram of bombs by Brice e-mailed to TFO Collins | This is the Defendant's statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to Count 1, Count 2, Count 3 |
| 267 | **CD:** Post-Arrest Interview of Joseph Jeffery Brice on May 9, 2011 | This is the Defendant's statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to Count 1, Count 2, Count 3 |
| 268 | **Document:** Transcript of Post-Arrest Interview of Joseph Brice on May 9, 2011 | This is the Defendant's statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to Count 1, Count 2, Count 3 |
| 269 | **Document:** Timeline initialed by Joseph Brice on May 9, 2011 | This is the Defendant's statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to Count 1, Count 2, Count 3 |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 115
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 269.1 | **Document:** Zion Job initialed by Joseph Brice on May 9, 2011 (4 pages) | This is the Defendant's statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to Count 1 |
| 270 | **Document:** Photographs of Explosive Practice Range, initialed by Joseph Brice on May 9, 2011 (3 photos) | This is the Defendant's statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 270.1 | **Document:** Photograph of metal endcap, initialed by Joseph Brice on May 9, 2011. | This is the Defendant's statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to<br><br>Count 1: intent to manufacture explosive<br>Count 2: experience/knowledge of explosives<br>Count 3: knowledge that training would be successful |
| 271 | **Document:** Printout from theync.com initialed by Joseph Brice on May 9, 2011 (make bomb in kitchen 7 pages) | This is the Defendant's statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to to Count 1, Count 2, Count 3 |
| 272 | **Document:** Printout from theync.com initialed by Joseph Brice on May 9, 2011 (Suicide bomb 7 pages) | This is the Defendant's statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to to Count 1, Count 2, Count 3 |
| 273 | **Document:** Consent to assume on-line identity signed by Joseph Brice on May 9, 2011 | This is the Defendant's statement. The statement is admissible as a party admission pursuant to Rule 801(d)(2)(A), relevant pursuant to Rule 401 to to Count 1, Count 2, Count 3 |
| 274 | **Photograph:** Of Jeep at Clarkston WA 5/9/2011 | Photograph Taken During Execution of Search Warrants on May 9, 2012 |
| 275 | **Photograph:** Cannon Fuse located in Jeep vehicle on May 9, 2011 | Photograph Taken During Execution of Search Warrants on May 9, 2012 |
| 276 | **Item:** Cannon Fuse located in Jeep vehicle on May 9, 2011 | Seized During Execution of Search Warrants on May 9, 2012 |
| 277 | **Photograph:** Drill located in vehicle on May 9, 2011 | Seized During Execution of Search Warrants on May 9, 2012 |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 116

| No.# | Description | Relevance |
|------|-------------|-----------|
| 278 | **Photograph:** Televisions located in apartment on May 9, 2011 | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |
| 279 | **Photograph**: Metal pipe end-cap at store (SA Slack) | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |
| 280 | **Photograph**: Red time fuse at store (SA Slack) | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |
| 281 | **CD:** PEN results | Authentication of PEN Results<br><br>[No Present Intent to Publish] |
| 282 | **Document:** Summary of PEN results | Summary Exhibit |
| 283 | **Item:** Estes rocket kit (Missing ignition) | Seized During Execution of Search Warrants on May 9, 2012 |
| 284 | **Photograph:** Of Estes Rocket kit at 1748 Westwood Dr. Clarkston WA 5/9/2011 | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |
| 285 | **Photograph:** Of Photolog for search at 1748 Westwood Dr. Clarkston WA 5/9/2011 | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |
| 286 | **Photograph:** Of residence at 1748 Westwood Dr. Clarkston WA 5/9/2011 | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |
| 287 | **Photograph:** Of dental lab at 1748 Westwood Dr. Clarkston WA 5/9/2011 | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |
| 288 | **Photograph:** Of dental lab at 1748 Westwood Dr. Clarkston WA 5/9/2011 | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |
| 290 | **Photograph:** Of generic silver computer at 1748 Westwood Dr. Clarkston WA 5/9/2011 | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 117
P20907rs.RSA.billofparticulars.evidence.wpd

| No.# | Description | Relevance |
|------|-------------|-----------|
| 291 | **Photograph:** Of Hydro-Flouric Acid at 1748 Westwood Dr. Clarkston WA 5/9/2011 | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |
| 292 | **Photograph:** Of Photolog for search at 538 Riverview Blvd #3, Clarkston WA 5/9/2011 | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |
| 293 | **Photograph:** Of front of apartment at 538 Riverview Blvd #3, Clarkston WA 5/9/2011 | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |
| 294 | **Photograph:** Of livingroom and TV's at 538 Riverview Blvd #3, Clarkston WA 5/9/2011 | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |
| 295 | **Photograph:** Of Dell laptop at 538 Riverview Blvd #3,  Clarkston WA 5/9/2011 | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |
| 296 | **Photograph:** Of Dell Laptop at 538 Riverview Blvd #3,  Clarkston WA 5/9/2011 | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |
| 297 | **Photograph:** Of HP Laptop at 538 Riverview Blvd #3,  Clarkston WA 5/9/2011 | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |
| 298 | **Photograph:** Of Cyberpower laptop at 538 Riverview Blvd #3, Clarkston WA 5/9/2011 | Photograph Taken  During Execution of Search Warrants on May 9, 2012 |
| 300 | **Document:** CableOne response to subpoena (4 pages) | Authentication of Cable One Response

[No Present Intent to Publish] |

The United States respectfully reserves the right to supplement the above statements of relevancy during oral argument on September12, 2012.

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 118
P20907rs.RSA.billofparticulars.evidence.wpd

1

C.    **Legal Authority:**

2

In addition to the "bill of particulars," "road map," and "discussion of

3

relevant evidence," the United States provides the following legal authority

4

addressing the admission of similar evidence in similar cases.

5

1.    **"The First Amendment does not prohibit the evidentiary use of speech to establish the elements of a crime or to prove motive or intent." <u>Wisconsin v. Mitchell</u>, 508 U.S. 476, 489 (1993).**

6

7

"Speech does not become inadmissible to show context or intent simply

8

because standing alone it is protected." <u>Planned Parenthood of

9

Columbia/Willamette, Inc. v. Am. Coal. of Life Activists</u>, 290 F.3d 1058, 1083

10

(9th Cir. 2002) (allowing the ); <u>see also</u>  <u>United States v. Barnett</u>, 667 F.2d 835,

11

844 (9th Cir. 1982)( "...the first amendment does not compel the exclusion of

12

evidence simply because it consists of speech. If a defendant's words or his silence

13

are relevant to prove some issue in the case, they are admissible subject to the

14

rules of evidence and the fifth amendment privilege against self-incrimination.).

15

When holding that the First Amendment does not prohibit the evidentiary use of

16

speech to establish the elements of a crime or to prove motive or intent in

17

<u>Wisconsin v. Mitchell</u>, the Supreme Court cited to an earlier case. The case was

18

<u>Haupt v. United States</u>, 330 U.S. 631 (1947) and involved the prosecution of a

19

naturalized citizen of German birth for treason.

20

In <u>Haupt</u>, the prosecution used the defendant's statements along with other

21

evidence to prove the acts were committed out of "adherence to the enemy."

22

<u>Haupt</u>, 330 U.S. at 641. The defendant's statements introduced against him

23

included, "that after the war he intended to return to Germany, that the United

24

States was going to be defeated, that he would never permit his boy to join the

25

American Army, that he would kill his son before he would send him to fight

26

27

28

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 119
P20907rs.RSA.billofparticulars.evidence.wpd

1  Germany, and others to the same effect...." <u>Id</u>. at 642. When addressing whether

2  the statements should have been used as evidence, the court indicated,

3      It is also urged that errors were made in admission of evidence. Some of this
       concerned conversations and occurrences long prior to the indictment which

4      were admitted to prove intent. They consisted of statements showing
       sympathy with Germany and with Hitler and hostility to the United States.

5      Such testimony is to be scrutinized with care to be certain the statements are
       not expressions of mere lawful and permissible difference of opinion with

6      our own government or quite proper appreciation of the land of birth. *But
       these statements were explicit and clearly were admissible on the question*

7      *of intent and adherence to the enemy. Their weight was for the jury.*

8  <u>Id</u>. at 642.

9      The Supreme Court and the Ninth Circuit case law is clear: A defendant's

10  statements can be introduced as evidence to establish the elements of a crime, to

11  prove motive or intent, or show context regardless of whether the speech is

12  protected by the first amendment or otherwise non-criminal. <u>*See e.g.,*</u> Mitchell,

13  508 U.S. at 489. In the instant case, the Defendant's statements about Timothy

14  McVeigh, violence towards the government, jihad, terrorism, religion, and bomb

15  making are evidence of the Defendant's intent, motive, knowledge, preparation,

16  and planning. The Defendant's statements do not have to rise to the level of

17  criminality to be used as evidence of intent against him. Of course, the statements

18  are subject to the rules of evidence. <u>*Barnett*</u>, 667 F.2d at 844. However, whether

19  these statements are protected by the First Amendment or are criminal by

20  themselves is irrelevant because "[s]peech does not become inadmissible to show

21  context or intent simply because standing alone it is protected." <u>Planned</u>

22  <u>Parenthood of Columbia/Willamette, Inc.</u>, 290 F.3d at 1083.

23      **2.    Evidence of Speech and Videos and Other Media Have**
               **Been Admitted, and Evidentiary Rulings Upheld, in Similar**

24             **Cases.**
           Admitting evidence of a defendant's statements and videos and other media

25  in his possession to show intent is common in terrorism prosecutions. The first

26  example is <u>United States v. Jayyousi</u>, 657 F.3d 1085 (11th Cir. 2011). In <u>Jayyousi</u>,

27

28

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 120
P20907rs.RSA.billofparticulars.evidence.wpd

1    the defendant Kifah Wael Jayyousi, among others, were charged with providing

2    material support to terrorist in violation of 18 U.S.C. § 2339A and two other

3    counts.  Jayyousi, 657 F.3d at 1091. After a four month trial each defendant was

4    found guilty on every count. Id. at 1092. On appeal, Jayyousi contended that the

5    district court erred "by admitting into evidence a portion of a 1997 CNN interview

6    with Osama bin Laden." Id. at 1107-1108. Jayyousi maintained that the video was

7    both irrelevant and unfairly prejudicial. Id. at 1108. Jayyousi also claimed he never

8    saw the video, however, the United States "presented evidence of numerous calls,

9    ... in which Jayyousi and [another defendant] ... discussed the videotaped

10   interview and an August fatwa that ... was 'very likely' issued by bin Laden as a

11   threat to America." Id. at 1109.

12       The original video of the interview was twenty-four minutes but the jury

13   was shown seven minutes of the video one time. Id. Further, the United States was

14   not allowed to ask questions about the contents of the video after it was played. Id.

15   When holding that the district court properly admitted the evidence, the Eleventh

16   Circuit stated,

17   The district court conducted the proper balancing test and mitigated the
     prejudice to the defendants by instructing the jury to consider the video not

18   for its truth, *but rather as state of mind evidence* against Hassoun and
     Jayyousi. The district court clearly expressed to the jury that there was no

19   indication that the defendants were connected to the 9/11 attacks.

20   Id.(internal citations omitted) (emphasis added). Thus, the Eleventh Circuit upheld

21   the introduction of the Osama Bin Laden video, not because watching, possessing,

22   or talking about the video is criminal, but because is provides evidence as to the

23   state of mind of the defendant. Id.

24       The second example is United States v. Abu-Jihaad, 630 F.3d 102 (2d Cir.

25   2010), cert. denied, 131 S. Ct. 3062 (2011). In Abu-Jihaad, the defendant Hassan

26   Abu-Jihaad was charged with communicating national defense information

27   respecting the movements of a United States Navy battlegroup to a jihadi website

28

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 121
P20907rs.RSA.billofparticulars.evidence.wpd

named "Azzam Publications" and for providing material support to terrorists.
Abu-Jihaad, 630 F.3d at 116-117. After a jury trial, Abu-Jihaad was convicted of
both counts. Id. However, the district court granted Abu-Jihaad's motion for a
judgment of acquittal on the material support count as a matter of law. Id. at 117,
n.17.

At both the district court and the Second Circuit, Abu-Jihaad argued against
the admission of, among other exhibits, three videos entitled Martyrs of Bosnia,
Part I; Russian Hell in the Year 2000; and Russian Hell in 2000, Part II. United
States v. Abu-Jihaad, 553 F. Supp. 2d 121, 127 (D. Conn. 2008). The videos
depicted "fighting between the mujahideen and Russian troops, replete with
numerous explosions, shootings, and dead soldiers as well as Muslim fighters." Id.
Abu-Jihaad contended that the videos would inflame the passions of the jury and
had little probative value. Id. When overruling Abu-Jihaad's objections, the
district court wrote,

> The Court shares Mr. Abu-Jihaad's concerns about the more gruesome portions of the videos, but disagrees completely regarding their probative value. In this case, the Government will have to prove that Mr. Abu-Jihaad sent the Battle Group document to Azzam Publications *with the intent and knowledge that it would be used to inflict death on U.S. personnel.* To shoulder that heightened mens rea burden, the Government wants to provide information about both Mr. Abu-Jihaad's mindset as well as Azzam Publication's. There is evidence in this case that Mr. Abu-Jihaad ordered the videos in question from Azzam Publications and had them in his possession until he destroyed them around the time articles appeared in newspapers about the Battle Group document. Mr. Kohlmann will testify that these videos were popular among jihadists and were used by Azzam Publications to recruit Muslim fighters. The videos themselves glorify martyrdom and also the killing of non-believers. *The videos, therefore, provide circumstantial information that the jury could use to determine Mr. Abu-Jihaad's intent as well as the motives and intent of Azzam Publications.* Also, the Government in this case will have to answer the question of why Mr. Abu-Jihaad would send information to terrorists that could be used to blow up the very ship on which he was stationed. As the Government points out, these videos glorify martyrs and also state explicitly that martyrs never actually die but instead dwell in paradise, thus possibly providing the jury with an answer to that important question. Therefore, the Court finds that the videos are probative of intent and motive.

Abu-Jihaad, 553 F. Supp. 2d at 127-128 (emphasis added).

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 122
P20907rs.RSA.billofparticulars.evidence.wpd

1      The district court allowed segments of the videos to be played for the jury,
2  minus the most gruesome portions. Id. at 129. The district court also provided the
3  jury with limiting instructions: "first, that the videos are evidence only of intent
4  and do not provide any evidence whatsoever that Mr. Abu-Jihaad ever sent the
5  Battle Group document to Azzam Publications; and second, that the jury must not
6  let this evidence, or any other evidence, inflame their passions, prejudices, or
7  biases." Id. at 128.

8      The Second Circuit upheld the district court's admission of the evidence.
9  Abu-Jihaad, 630 F.3d at 134. The Court held, "We identify no error, let alone
10  arbitrary or irrational error, in the decision of admissibility under these
11  circumstances. Moreover, any danger of unfair prejudice was here again
12  minimized by the district court's limiting instructions, which we presume the jury
13  followed." Id.

14      The third example is United States v. Salameh, 152 F.3d 88 (2nd Cir. 1998).
15  In Salameh, the defendants were indicted on various charges relating to their
16  participation in the plot to bomb the World Trade Center in 1993. Salameh, 152
17  F.3d at 108. After a six month long jury trial, the defendants were convicted on all
18  counts. Id. Among the raft of assignments of error addressed by the Second Circuit
19  in the defendants' appeal was whether certain evidence should have been
20  admitted. The evidence in question included a videotape of the bombing of an
21  American embassy which also provided instruction on how to make explosives
22  and timing devices; a videotape containing a chemistry lesson on manufacturing
23  explosives; a document entitled "Facing the enemies of God terrorism is a
24  religious duty and force is necessary," which urged acts of terrorism against the
25  enemies of Islam; and (6) a book entitled "Rapid Destruction and Demolition,"
26  which described the destruction of buildings and contained a formula for using
27  explosives to accomplish this end. Id. at 110.

28

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 123
P20907rs.RSA.billofparticulars.evidence.wpd

The defendants argued that the judge erred in admitting the evidence because it was unfairly prejudicial and violated the First Amendment. *Id.* The Second Circuit disagreed. Id. The court held that "the materials that were admitted established the existence of the conspiracy to bomb American targets and *demonstrated the defendants' intent and motivation* to use violence to protest American foreign policy in the Middle East." Id at 111. The court further explained that "the materials, in addition to establishing a link between the co-conspirators, evidenced the conspiracy's *motive and intent* to bomb targets in the United States. In addition, the materials provided the jury with background and 'an explanation of the *understanding or intent* with which certain acts were performed.'" Id.

Finally, when dismissing the defendants' First Amendment claim the Second Circuit indicated:

> [the defendants were not] prosecuted for possessing or reading terrorist materials. The materials seized from Ajaj were used appropriately to prove the existence of the bombing conspiracy and its motive. Moreover, any prejudicial effect they might have had was ameliorated by the trial court's instruction that mere possession of the literature is not illegal and that the defendants' political beliefs were not on trial.

Salameh, 152 F.3d at 112.

The final example of a court admitting evidence of a defendant's statements and videos and other media in his possession to show intent is common in terrorism prosecutions is United States v. Parr, 545 F.3d 491 (7th Cir. 2008). In Parr, the defendant was convicted of threatening to use a weapon of mass destruction against a federal government building in violation of 18 U.S.C. § 2332a(a)(3). Parr, 545 F.3d at 493. During his appeal the defendant argued "that he was convicted for conduct protected by the First Amendment and that the district court abused its discretion in allowing the jury to hear evidence of his

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 124
P20907rs.RSA.billofparticulars.evidence.wpd

extensive background relating to bomb-making and his fascination with domestic terrorism." Id. at 493-494.

Among the evidence admitted at trial included was testimony of the defendant's former girlfriends and neighbors about the defendant's pervasive interest in explosives; his history of building pipe bombs and experimenting with chemicals; and his admiration for domestic terrorist. Id. at 498. The court also allowed a recording which contained:

> Parr explain[ing] that he wanted to be "the next McVeigh" and that he had chosen the federal building in Milwaukee as his target because it was in "down home America" and would "make a wonderful statement." He said that antigovernment "militia groups" would be inspired by his bombing, just as they were when McVeigh blew up the federal building in Oklahoma City. He said: "I may not be as radical as [McVeigh], but I surely agree with him and it might unite more people. It might generate some people to stand up and say, you know what? Enough is enough." Parr promised to give Schultz an interview afterward so he could sell his story as Parr's former cellmate to the National Enquirer and other publications.

Id. at 495

The Second Circuit upheld the admission of the evidence. Indicating, "Parr put his intent at issue, and the jury was instructed to evaluate Parr's statements for their objective meaning and Parr's subjective intent. Accordingly, the background evidence of Parr's antigovernment convictions and his history of bombmaking was highly relevant." Id. at 500. The Court went on to state, "In short, when a person says he plans to blow up a building, he will naturally be taken more seriously if he has a history of building bombs and supporting terrorism." Id.

The above cases have two important aspects in common. First, the statements and other materials were admissible because it was relevant to the defendant's *intent* to commit the crime charged. As the Salameh court said, "the materials provided the jury with background and 'an explanation of the *understanding or intent* with which certain acts were performed.'" Salameh, 152

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 125
P20907rs.RSA.billofparticulars.evidence.wpd

F.3d at 111. Second, the evidence was introduced with limiting instructions that ameliorate any potential unfair prejudice. See  Abu-Jihaad, 553 F. Supp. 2d at 128.

The above cases also have a notable similarity to the instant case in terms of the type of evidence admitted in similar cases compared to the evidence in this matter: The video of Osama Bin Laden and discussion of Jihad in Jassyoui, 657 F.3d at 1109; the Chechen mujahideen videos in Abu-Jihaad, 553 F. Supp. 2d at 127; the terrorism propaganda and bomb building materials in Salameh, 152 F.3d at 110; and the bomb building materials and Timothy Mcveigh related statements in Parr, 545 F.3d at 495. In Short, each piece of evidence is remakably similar to the evidence in this case. Further, each of the above peices of evidence were admitted by the district courts to show intent and, more importantly, each of those evidentiary rulings were upheld by the circuits on appeal. See e.g., Salameh, 152 F.3d at 112.

**V. Conclusion:**

The United States respectfully submits this Bill of Particulars, Road Map, and Discussion of Relevant Evidence.

DATED September 7, 2012.

Michael C. Ormsby
United States Attorney

*s/ Russell E. Smoot*

Russell E. Smoot
Assistant United States Attorney

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 126
P20907rs.RSA.billofparticulars.evidence.wpd

1

2          I hereby certify that on September 7, 2012, I electronically filed the

3    foregoing with the Clerk of the Court using the CM/ECF System which will send

4    notification of such filing to the following, and/or I hereby certify that I have

5    mailed by United States Postal Service the document to the following non-

6    CM/ECF participant(s):

7

8          Matthew Campbell
           Federal Defenders
9          10 North Post Street, Suite 700
           Spokane, WA 99201

10

11                              *s/Russell E. Smoot*

12                              Russell E. Smoot
                                Assistant United States Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States' Bill of Particulars,
Road Map, and Discussion of Relevant Evidence - 127
P20907rs.RSA.billofparticulars.evidence.wpd