FILED

DEC 30 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JOSEPH JEFFEREY BRICE, <br> AKA Joseph Jeffrey Brice, <br><br> Defendant - Appellant. | No. 13-30166 <br><br> D.C. No. 2:11-cr-00075-LRS-1 <br> Eastern District of Washington, <br> Spokane <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The court has received the appellee's motion for leave to file an oversized answering brief, the appellant's opposition, the appellee's reply and amended motion, and the appellant's opposition to the amended motion.

The appellee's motion for leave to file an oversized answering brief is denied. Within 28 days after the date of this order, the appellee shall file a substitute answering brief not to exceed 14,000 words.

The appellant's cross-motion for an extension of time to file the reply brief and for leave to file an oversized reply brief is denied. The optional reply brief is due within 14 days after service of the substitute answering brief.

Tah/12.23.13/Pro Mo