UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 26 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>JOSEPH JEFFEREY BRICE, AKA Joseph Jeffrey Brice,<br><br>    Defendant - Appellant. | No. 13-30166<br><br>D.C. No. 2:11-cr-00075-LRS-1<br>Eastern District of Washington, Spokane<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The government's opposed motion to seal the supplemental excerpts of record is denied.

Tah/2.24.14/Pro Mo