UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>JOSEPH JEFFEREY BRICE, AKA Joseph Jeffrey Brice,<br><br>　　　　　Defendant - Appellant. | No. 13-30166<br><br>D.C. No. 2:11-cr-00075-LRS-1<br>U.S. District Court for Eastern Washington, Spokane<br><br>**MANDATE** |

　　　　The judgment of this Court, entered September 08, 2014, takes effect this date.

　　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　Jessica F. Flores
　　　　　　　　　　　　　　　　　　Deputy Clerk