Honorable Judge Suko,

Nov. 17th 2020

    I understand your hesitancy regarding modifying someone's probation prior to their probation even beginning. The reason I am filing this motion ahead of that time is because I feel that due to the unique circumstances and seriousness of my case, prbbation and the halfway house will interpret your orders literally and may not wish to petition for them to change. I'm concerned that it will handicap my ability to operate in society if I cannot even use an internet enabled phone which is now essentially a computer. When I was sentenced SMART phones were relatively new and not everyone had one, people still used flip phones. I cite this because it shows how drastically the times have changed.

    I don't want this personal note to pollute any decision making regarding my motion but I once again want to express that I am grateful to yourself, as well as Prosecutor Smoot and Agents McEuen and Harrill for the time and effort they made on behalf of society and myself. They may not see their work as necessarily beneficial for my sake but I believe the term of imprisonment I am soon to complete was extremely positive. It allowed me time to truly self analyze and critically think on my issues and psychological state at the time of my crimes and post sentencing. I'm sorry that it took this much to correct me and I'm especially sorry the hostility, anger, bitterness, and resentment I held for myself was expressed or at least attempted to be expressed on others through my actions. I cannot take back what I did and I understand that every defendant before you is "sorry". I never would expect your Honor to accept that at face value. I'm only trying to show my contrition through my actions upon release. I will do whatever is asked of me by the Court and by Probation, I only ask that you give me the tools to be normal and functional again. I don't expect or ask for sympathy but simply the empathy you showed at sentencing. You treated me fairly and so did the Government. I wish I could express that to the other party as well. Being around other convicted criminals for this length of time has not only revealed deep pathological thinking on their part but also steered me in the opposite direction. I cannot stand drugs or substance abuse anymore which is why I have no issue with the no alcohol condition. The seriousness of my case, out of control to be honest, a lifetime of Supervised Release is justified. But access to technology for work, school, even relationship success is critical in today's world. Other's would not even be writing to you if they had smiliar conditions set forth, they would simply just try to circumvent your order by say getting a phone in someone elses name. I would never do that which is why I'm filing this motion and asking the Court to help me in this endeavor. No matter your response to my motion, I will always follow your order because I respect, the Court, the Government, and whomever my SUpervised Release Officer will be at a later point. When I wrote you a letter about a year and a half ago you told me you were hesitant at this point to modify any supervised release condition but perhaps to try again at a later date. That is what I have done. I hope this letter not only finds you but the Government representative as well.

    I appreciate what you did for me, no doubt it gets disappointing when you see your attempts at helping defendants fail or be ineffective. I want you to know that you at least helped one individual (a very young man at the time of sentencing) become better. I hope you can take that with you during the remainder of your life.

Thank you truly,
Joseph Brice

RECEIVED
11/27/20
CLERK, U.S. DISTRICT COURT