Joseph Brice #13776-085
Federal Correctional Institution Englewood
9595 W. Quincy Ave.
Littleton, CO 80123



Clerk
Federal Eastern District Of Washington
Thomas Foley Courthouse
920 W. Riverside Avenue
Spokane, WA 99201
(Legal Mail-Confidential)

RECEIVED
NOV 30 2020
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON