FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH JEFFREY BRICE,<br><br>　　　　　　Defendant. | No: 2:11-CR-00075-LRS-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY TERM OF SUPERVISED RELEASE |

　　BEFORE THE COURT is Mr. Brice's Motion to Modify Supervised Release. ECF No. 441. Mr. Bice is represented by attorney Amy Rubin of the Federal Defenders of Eastern Washington and Idaho.  The motion was heard without oral argument.

　　In September 2012, Mr. Brice plead guilty to one count of Manufacturing an Unregistered Firearm, in violation of 26 U.S.C. § 5861(f) (Count 1); and one count

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY TERM OF SUPERVISED RELEASE - 1

1  of Attempt to Provide Material Support to Terrorists, in violation of 18 U.S.C. §

2  2339A(a), (b)(1)-(3) (Count 3). ECF No. 342. In June 2013, he was sentenced to

3  10 years imprisonment on Count 1 and 12 years and 6 months imprisonment on

4  Count 3, to run concurrently, plus supervised release for life.  Tr. 419. Mr. Ward

5  commenced supervised release in May 2021.  ECF No. 441 at 2.

6      Mr. Brice asks the Court to reduce his term of supervised release from life to

7  eight years.  Mr. Brice's supervising U.S. Probation Officer has taken no position

8  regarding Mr. Brice's request, ECF No. 441 at 9, and the Assistant United States

9  Attorney assigned to the case has not filed any objection.

10     According to the motion, since commencing supervised release, Mr. Brice

11 has reintegrated into society as a lawful citizen.  ECF No. 441 at 2. He has

12 completed 37 months of supervised release with no violations or issues and has

13 been transferred to the lowest level of supervision, which involves monthly check-

14 ins via online reports. He has maintained full-time employment, has a long-term

15 girlfriend, and rents a home in Spokane.  ECF No. 441 at 5-6.

16     Pursuant to 18 U.S.C. § 3583(e)(1), the Court has considered the factors set

17 forth in 18 U.S.C. § 3553(a). Having considered the contents of the motion and the

18 files and records herein, the Court concludes that modification of Mr. Brice's term

19 of supervised release is warranted by the conduct of the defendant since being

20 released and the interests of justice.

21

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY TERM OF SUPERVISED RELEASE - 2

Additionally, Defendant raises the issue of an opportunity to petition for early termination of supervised release after five years under supervision. ECF No. 441 at 3, 7. Any petition for early termination shall be determined by the law and evidence before the Court at that time, and this Court makes no statement or finding as to what the outcome of any such petition will or should be.

Accordingly, **IT IS HEREBY ORDERED:**

1. The request for modification of supervised release, **ECF No. 441**, is **GRANTED**.

2. Defendant's term of supervised release is reduced to eight (8) years.

The District Court Executive is directed to enter this order and provide copies to counsel and to the U.S. Probation Office.

**DATED** May 12, 2025.

_____
LONNY R. SUKO
Senior United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY TERM OF SUPERVISED RELEASE - 3